Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **New York City Vacations, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **New York City Vacati Packages (NYCVP)** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **23-3070549** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **300 Market St** <br> **Kingston, PA 18704-5426** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Luzerne** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.nyctrip.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

7.  **Describe debtor's business**       A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_\_

---

8.  **Under which chapter of the Bankruptcy Code is the debtor filing?**

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| _____ | | _____ |
| District | When | Case number, if known |
| _____ | _____ | _____ |

**11.  Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

       Contact name _____

       Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**

.  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 10, 2020**
                 MM / DD / YYYY

X **/s/ Barry Tenenbaum**                                 **Barry Tenenbaum**
  Signature of authorized representative of debtor         Printed name

Title      **President**

**18. Signature of attorney**

X **/s/ David Harris**                          Date **June 10, 2020**
  Signature of attorney for debtor                   MM / DD / YYYY

**David Harris**
Printed name

**Law Office of David J. Harris**
Firm name

**67-69 Public Sq Ste 700**
**Wilkes Barre, PA 18701-2515**
Number, Street, City, State & ZIP Code

Contact phone   **(570) 823-9400**          Email address   **dh@lawofficeofdavidharris.com**

**48558 (PA)**
Bar number and State

Debtor name    **New York City Vacations, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA, WILKES-BARRE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*................................................................................. $     **1,238,338.16**

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.................................................................................. $     **1,238,338.16**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................... $     **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $     **0.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     **2,227,153.12**

4. **Total liabilities** ...........................................................................................
     Lines 2 + 3a + 3b      $     **2,227,153.12**

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor name    **New York City Vacations, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA, WILKES-BARRE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 10, 2020**        X **/s/ Barry Tenenbaum**
                                          Signature of individual signing on behalf of debtor

                                          **Barry Tenenbaum**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$175,000.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$7,912,272.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$7,040,287.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document     Page 7 of 255

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    SEE ATTACHED EXHIBIT -- SOFA #3 | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    See EXHIBIT SOFA #30 | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Debtor | New York City Vacations, Inc. | Case number (if known) | |
|---|---|---|---|

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Office of David J. Harris<br>67-69 Public Sq Ste 700<br>Wilkes Barre, PA 18701-2515 | $7835.00 = Advance of Attorney's Fee and Filing Fee | 5/12/2020 and 5/26/2020 | $7,835.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 2020 CINGroup - www.cincompass.com

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Mass Mutual 401(k)** | EIN: _____ |

    Has the plan been terminated?
    ■ No
    ☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document      Page 11 of 255

**25. Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Tom Stires, CPA**<br>**22 Preston Rd**<br>**Dallas, PA 18612-9082** | **1998 to Present** |
| 26a.2.  **Maria Jardines**<br>**27 Yellow Run Rd**<br>**Jim Thorpe, PA 18229-2704** | **September 2018 to**<br>**Present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2
   years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Same as 26(a)** | |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable,<br>explain why |
|---|---|
| 26c.1.  **Same as 26(a)** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement
   within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1.  **Elavon**<br>**7300 Chapman Hwy**<br>**Knoxville, TN 37920-6612** |
| 26d.2.  **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** |
| 26d.3.  **Commonwealth Bank**<br>**64 N Franklin St**<br>**Wilkes Barre, PA 18701-1301** |

**27. Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Barry Tenenbaum | 178 Pioneer Ave<br>Shavertown, PA 18708 | President and Shareholder | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Estate Of Faye Tenenbaum | | Shareholder | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Joel Cohen | | Executive Vice President | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Faye Tenenbaum | | Secretary/Treasurer | From inception until her death in 2019 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | Shareholders, Officers, Directors | | Last 365 Days | |
| | **Relationship to debtor**<br>See EXHIBIT -- SOFA #30 | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Contributions to 401(k), but not to a pension.** | EIN: |

---

**Part 14:**   **Signature and Declaration**

    **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 10, 2020** _____

**/s/ Barry Tenenbaum** _____      **Barry Tenenbaum** _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 2020 CINGroup - www.cincompass.com

```
AAA Central PennGroup
2301 Paxton Church Rd
Harrisburg, PA  17110-9688


AAA Central Penn
2301 Paxton Church Rd
Harrisburg, PA  17110-9688


AdeleGrubbs
1010 Grantham Way
Marietta, GA  30006


Adrian Patrick
32811 State Highway Dd
Macon, MO  63552-3145


Agnes Hash
400 E Center St
Kingsport, TN  37660-4804


Alan Aceves
1663 Pinot Pl
Brentwood, CA  94513-4259


Alan Kennish
5013 5th Ave
Key West, FL  33040-5731
```

```
AlbertWeems
9695 Lazy S Rd
Warrior, AL  35180-3019


AlexaAngell
109 Brennan Pl
Greenville, SC  29609-6855


AlexisGaspard
PO Box 643
Marksville, LA  71351


Alexis Pope
514 Manchester Ln
Byron, GA  31008-3865


Alice Jones
110 Bottino Dr
Vicksburg, MS  39180-9721


Allison Hawk
7415 Compton Cir
Cumming, GA  30040-7671


Alvin Bethea
839 Palafox St
Flomaton, AL  36441-5415
```

Amanda Cameron
223 Millside Ct
Commerce, GA  30529-7216


Amanda Dejohn
2821 Edgemont Ln
Nederland, TX  77627-4624


Amanda LaBarge
3990 Westchester Dr
Orange, TX  77630-1040


Amanda Yarbrough
114 Wood Ridge Dr
Nederland, TX  77627-9002


American Museum of Natural History
200 Central Park W
New York, NY  10024-5102


Amy Dawson
61 Barnes Ln
Fremont, CA  94536-1689


Amy Hall
296 Forest Trl
Marshall, TX  75672-1472

Anamary Poehling
261 Fountain Dr
Glen Carbon, IL  62034


Anastasia (Stacy)Alexander
5209 Lick Skillet Rd
Hamilton, GA  31811-3532


Andrew Bronson
9000 Glenistar
Las Vegas, NV  89044


Andrew Hankes
208 Fox Trl
Omro, WI  54963-1028


Andrew Thorry
Travel Expressions
806 26th Ave
Vero Beach, FL  32960-3963


AngelaMiller
8785 Turkey Bluff Rd
Navarre, FL  32566-2468


Angela Burke
422 13th Way
Pleasant Grove, AL  35127-2605

Angela Clark
3407 Rusack Dr
Killeen, TX  76542-6408


Angela Holtzclaw
395 Red Bird Rd
Spruce Pine, NC  28777-8708


Angela Olson Myers
31233 N 69th St
Scottsdale, AZ  85266-3153


Angella Lebove
11843 Great Oaks Dr
College Station, TX  77845-5073


Ann Heath
5136 Dahlia Dr
Plainfield, IN  46168-5716


Ann Paulson
12949 W El Sueno Ct
Sun City West, AZ  85375-1533


AnneSmith
1240 W Heidelberg Rd SW
Corydon, IN  47112-5239

Annette Langley
381 James Hill Cir
Hoover, AL   35216


Annie Locke
2729 21st Ave N
Texas City, TX   77590-4815


Annisa Houseman
610 Morgan St
Chapin, IL   62628-2036


Antoinette Hale
3929 San Remo Dr
Jacksonville, FL   32217-4644


April Hicks
2845 Azalea Bluff Dr
Cumming, GA   30041-3209


April Johnson
140 Sparrow Ln
Jefferson, GA   30549-7230


Aptum Peer 1 / SERVERBEACH
106 Jefferson St
San Antonio, TX   78205-1005

Arnette Cowan
229 Liberty Star Rd
Wendell, NC  27591-6876


Ashley Peltier
1999 Summerville Ln
Orange, TX  77630-2330


Audra R McKenzie
1330 John Rosser Rd
Sanford, NC  27332-6477


B. ANTIQUENE NICHOLS
2773 Stan Summers Rd
Hallsville, TX  75650-4651


BarbaraOrr
3592 Haystack Dr
Carson City, NV  89705-8018


Barbara Chow
1723 Veneto Ln
Brentwood, CA  94513-5278


Barbara Lehr
215 Longmont St
Hallsville, TX  75650-5124

Barbara Roadcap
8192 Satches Ln
Bridgewater, VA  22812-3318


Barbara Sanderson
233 Wiltshire Dr
Montgomery, AL  36117-6067


Barbara Snider
5265 Stockton Pass
Trussville, AL  35173-2513


Barby Gohringer
1606 Laird St
Key West, FL  33040-5312


Barry Tenenbaum
178 N Pioneer Ave
Shavertown, PA  18708


Be Our Guest Travel Company
"
45 Brookhaven Rd
Pinehurst, NC  28374-7086


Becky Dodd
1080 Gary Ln
Fallon, NV  89406-3624

```
BelindaStivers
2366 Port Royal Rd
Campbellsburg, KY  40011-7408


Ben's Kosher Deli
"Attn: Accounts Receivable
209 W 38th St
New York, NY  10018-4405


Berenda ODUM
2254 Grangeway Rd
Marshall, TX  75672-5064


BetsySheerin
490 Cedar Brg
Schertz, TX  78154-3640


Betty Oshiro
1528 Symphony Cir
Brentwood, CA  94513-4263


Betty Rubenstein
1550 Johnson St
Key West, FL  33040-4928


Beverly Faldmo
163 W 950 N
Farmington, UT  84025-3715
```

```
Beverly Johnson
1300 George Gregg St
Marshall, TX  75670-1586


Bill Powell
7609 Riverview Kno Ct
Clemmons, NC  27012


Bobbie May
22292 Highway 42
Livingston, LA  70754-4243


Bobby Abigando
104 Nestrick Dr
Madison, AL  35756-3994


Bodnar Sales and Service
204 W Front St
Berwick, PA  18603-4704


Bonita Vize
7165 Belle Fountain Blvd
Middleton, WI  53562


Bonnie Kegley
PO Box 758
Eagle River, WI  54521
```

Bonnie Newman
2040 N 1100th Ave
Lynn Center, IL  61262-9545


Bradley Owens
125 Forestdale Dr
Gaffney, SC  29341-2625


Brady Chapman
609 Honeyflower Loop
Bradenton, FL  34212-5003


Brandi Diggs
944 E Silva St
Long Beach, CA  90807-1033


Brandy Colunga
185 Potomac Dr
Bridge City, TX  77611-3752


Brenda Anthony
8025 NW 72nd St
Tamarac, FL  33321-2744


Brenda Lee
216 Riverwalk Blvd
Saint Johns, FL  32259-8624

```
Brenda Tamplin
455 W Walton Rd
Lumberton, TX  77657-7419


BrianBrown
401 Maddox Simpson Pkwy
Lebanon, TN  37090-5347


Brian Beach
8705 S Dana
Orange, TX  77632-8229


Brian Brady
114 Overhill Dr
Salisbury, NC  28144-7549


Brian Musselman
441 Red Hill Rd
Pequea, PA  17565-9726


Brian Person
904 Eisenhower Ave
Jasper, IN  47546-3804


BrianaPage
2108 S 7th St
Temple, TX  76504-7319
```

Bridgett LeJunie
117 S 16th St
Nederland, TX   77627


Bridgette Alford
8874 Stone Heritage Rd
Middlesex, NC   27557-9249


Brittany Spires
101 Iron Horse Rd
Lexington, SC   29073-6983


Bruce Charles Baird
1751 Chardonnay Ct
Brentwood, CA   94513-4265


Bufkin Frazier
Must Love Travel
2046 Tr3405 Eaton Rd
Vero Beach, FL   32960-0927


Burma Cardwell
127 Dundee Dr
Carthage, NC   28327-9592


Byron George Barclay
1584 California Trl
Brentwood, CA   94513-4337

```
Candy Webb
3706 Dax Ln
Bridgeton, MO  63044-3507


Carla Porterfield
3730 Slater St
Cumming, GA  30041-1902


Carla Adams
301 Lamplighter Ln
Birmingham, AL  35214-6601


Carmen Valley/Odyssey Travel
800 Honeysuckle Rd
Dothan, AL  36305-1158


Carol Lion
508 Berwick Rd S
Syracuse, NY  13208-3209


Carol Magill
3600 SW Randolph Sq
Topeka, KS  66611-3001


Carol Yates
3343 Eastview Dr
Shingle Springs, CA  95682-9531
```

Carol Phillips
620 Frances St
Key West, FL  33040-7181


Carol Smith
21 N Idlewild Ave
Mundelein, IL  60060-2035


Carol Stopher
7010 Peartree Ln
Fort Wayne, IN  46825-3741


CarolynVarner
534 Lake Pointe Ln
Madison, MS  39110-8752


Carroll McCain
5970 Gladys Ave
Beaumont, TX  77706-4410


Catharine Skidmore
336 Sunset Dr
Athens, GA  30606-2850


CathyWoodbury
1230 Heather Dr
Murphys, CA  95247-9687

Cathy Rohrer
5147 Silverbell Dr
Plainfield, IN  46168-5706


Chareese Cherry
2606 Ballentine Blvd
Norfolk, VA  23509-2304


CharlesKnabusch, Jr
1310 Roberts St
Vidor, TX  77662-3555


CharlesMecklin Jr
87 Old Mill Ct
Carrollton, GA  30117-4247


Charlotte Ann Grabill
1626 Gamay Ln
Brentwood, CA  94513-4332


Chelcie Barnett
131 Dorothy Dr
Nederland, TX  77627-3113


CherylLentz
9961 Foxrun Rd
Santa Ana, CA  92705-6103

Cheryl Lentz
9961 Foxrun Rd
Santa Ana, CA  92705-6103


Cheryl McCaslin
2601 Addison Ave
Scottsbluff, NE  69361-1882


Chris Rigsby
324 Chisholm Trl
Hallsville, TX  75650-7318


Christen Oganowski
3633 Newhouse Pl
Greenwood, IN  46143-9461


ChristinaHanigan
1801 Grandview Dr E
Garden City, KS  67846-8493


Christina Arrick
422 13th Way
Pleasant Grove, AL  35127-2605


ChristineRich
5060 Kirkwood Trl
Titusville, FL  32780-6728

Christino DeCarlo
871 Coronado Dr
Henderson, NV  89002


ChristopherNunzir
4579 Windcrest Dr
Reno, NV  89523-9421


Christopher Lynch
215 N Center St Apt 502
San Antonio, TX  78202-2760


ChristyAdams
6900 Ridge Rd
Columbus, MS  39705-8270


Cindy Bermes
12408 Tanzanite Ct
Fort Wayne, IN  46818-8541


Cindy Smith
303 Twelve Oaks Dr
Warner Robins, GA  31088-2563


Cindy Wall
4170 Suwanee Bend Dr
Suwanee, GA  30024-6460

```
Circle Line Cruises(NY)
"Pier
83 W 42nd St
New York, NY  10036-8004


ClareCrawford
1 Oak Grove Dr
Belleville, IL  62221-2535


ClaudiaRobinette
349 Cognac Rd
Marston, NC  28363-8505


Cleve Williams
507 3rd Ave
Jasper, IN  47546-3504


ColleenClasen
11108 Laverham Ct
Bakersfield, CA  93312-7017


Colleen Freking
511 12th St
Heron Lake, MN  56137-4020


Colleen Price
45 Bridgetown Rd
Hilton Head Island, SC  29928-3365
```

```
Comcast - Xfinity - Barry's
PO Box 70219
Philadelphia, PA  19176-0219


ConnieRupp
217 Pin Oak Dr
Baytown, TX  77520-1214


Connie Conover
5083 Silverbell Dr
Plainfield, IN  46168-5737


Connie Lindsey
10323 Sweetgum Ln
Lumberton, TX  77657-5505


Constance Waddle
PO Box 235
Bakersfield, CA  93302


Cori Convertito
281 Front St
Key West, FL  33040-8313


Corrie Case
8783 Randall Dr
Fishers, IN  46038-1080
```

```
Courtyard Manhattan Times Square South
114 W 40th St
New York, NY  10018-2699


Cristie Thomas
5468 Old Carthadge Rd
Carthage, NC  28327


Crowne Plaza Times Square Manhattan
1605 Broadway
New York, NY  10019-7406


Cruise Planners (Coral Springs)
3111 N University Dr Ste 800
Coral Springs, FL  33065-5099


Cruises and Tours Unlimited
9125 Phillips Hwy
Jacksonville, FL  32099


Crystal Wilbers
904 Ashridge Ct
Erlanger, KY  41018-2981


Crystal Hanks
PO BOX 164
Excel, AL  36439
```

CynthiaPerrone
260 N Tropical Trl
Merritt Island, FL  32953-4800


CynthiaSmith
3033 Heritage Lakes Dr
Hilliard, OH  43026


Cynthia A. McAdams
PO Box 33365
San Diego, CA  92163


Cynthia Hill
1969 Sunset Point Rd Ste 16
Clearwater Beach, FL  33765-1145


Cynthia Rigsby
324 Chisholm Trl
Hallsville, TX  75650-7318


Cynthia Sieve
24296 190th St
Reading, MN  56165-2101


Cynthia Welborn
211 Nix Way
Warner Robins, GA  31093-2333

Cynthia Zimmerman
1673 Gamay Ln
Brentwood, CA  94513-4330


Cynthia Zulkosky
630 Anne Ct
Delano, MN  55328-4509


Dacia Griffin
8340 Lake Powell Dr
Nederland, TX  77627-5655


Dale Clarken
300 Boardwalk Dr
Fort Collins, CO  80525-3070


Dan Shenberger
12173 Pine St
Felton, PA  17322-8402


Dana Adams
103 South Dr
Covington, LA  70433-4813


Dana Dooley
37522 Copperstone Dr
Sterling Heights, MI  48312-4806

Dana Roycroft
2002 Gum Springs Rd
Longview, TX  75602-7123


Daniel Costello
7919 Carnell Ln
Lenexa, KS  66062


Daniel Siegrist
394 Cinder Rd
New Providence, PA  17560-9513


Danielle Badgett
7635 Superior Dr
Nederland, TX  77627-5666


Daphne Lea Hemmer
32 Keiffer Rd
Shrewsbury, VT  05738-9591


David Daub
60 Narcissus Ln
Levittown, PA  19054-3402


David Griffin
16 Woods Edge Dr
Gorham, ME  04038-2765

```
DavidSchoewe
2808 S 22nd St
Rogers, AR  72758-6135


David Mays
1736 Latour Ave
Brentwood, CA  94513-4333


DawnPaulson
763 Riesgraf Rd
Carver, MN  55315-4522


DawnWeathersbee
1016 Bookie Richardson Rd
Chapin, SC  29036-9142


Dawn C Meelberg
41274 Poplar Dr
Emily, MN  56447-3018


Dawn Meelberg
41274 Poplar Dr
Emily, MN  56447-3018


Dayne Crumpler
131 Harris Ave
Raeford, NC  28376
```

Debbie Sparks
8 Sunset Canyon Ln
Santa Fe, NM  87508-1454


Deborah Carrico
2505 Littlebrook Trl
Owensboro, KY  42303-2188


Deborah Guilbeaux
6664 Guy Ln
Orange, TX  77632-3901


Deborah Lynn Wiener
5830 Las Positas Rd
Livermore, CA  94551-7800


Deborah Madsen
925 W Branch St
Princeton, MN  55371-1553


Debra Balliram-Manohalal
9868 Woolworth Ct
Wellington, FL  33414-6463


Debra Callahan
763 Kenowood Dr
Port Orange, FL  32129-4266

```
DebraFreeman
1910 Tupelo Trl
Holt, MI  48842-1557


DebraKeithley
1503 Hawthorn Dr
Macon, MO  63552-2244


DebraRand
30 Fairchild Way
Greenville, SC  29607-5569


DebraRice
11770 20 Mile Rd NE
Cedar Springs, MI  49319-9742


Debra Joiner
6108 Highway 613
Lucedale, MS  39452-3160


Debra Lange
4896 Lilium Dr
Plainfield, IN  46168-5739


Delana Ludlow
5048 Lilium Dr
Plainfield, IN  46168-5701
```

Delmar Riesterer
14086 Saint Andrews Dr
Valders, WI  54245-9556


Delta Trudel
2142 SE Abcor Rd
Port Saint Lucie, FL  34952-5650


Denise Noel
101 Heron Dr
Kathleen, GA  31047-2534


Dennis Bachtel
1516 Miwok Ct
Brentwood, CA  94513-4343


Dennis Beaver
1207 Whitehead St
Key West, FL  33040-7526


Dennis Frese
1593 California Trl
Brentwood, CA  94513-4337


DerekOsburn
4403 88th St
Lubbock, TX  79424-4201

DianaOakley
Gifted Travel Network
425 E Statesville Ave
Mooresville, NC  28115-2533


Diane Kirchner
707 N Columbia Ave
Fulda, MN  56131-1144


Diane Tatman
9225 Shadbush Cir
Centerville, OH  45458-5912


Don Shumock
448 Highland Ave
Monroeville, AL  36460-2114


DonaldSteffen
26799 Pepperwood Dr
Woodhaven, MI  48183-4466


Donald Neff
49 Ridgefield Dr
Lancaster, PA  17602-6107


Donna Bradley
121 Pelican Point Ln
Bohannon, VA  23021-2008

Donna Spencer
1808 Chrisco Rd W
Seagrove, NC  27341-7447


Donna Terry Hollimon
425 County Road 325
Moulton, AL  35650-8043


Dwight Monroe
1609 Harmony Ln
Tuscaloosa, AL  35406-1930


Ed Fritch
1831 Withrow Rd
Greensboro, GA  30642-2553


Edana  L Nail
602 W Hill St
Fulton, MS  38843-1022


Edana L Nail
602 W Hill St
Fulton, MS  38843-1022


Eden Gilley
601 Rock Forge Ct
Jefferson, GA  30549-6443

```
EdwardMattiuz
11370 Hickory Woods Dr
Fishers, IN  46038-1887


Edward Pressnell
1748 Chardonnay Ct
Brentwood, CA  94513-4265


Ekonomy Travel Services
2403 S 4th Street Sable Palm Plz
Fort Pierce, FL  34945


ElaineObershaw
20055 Hoya Ct
Lakeville, MN  55044-6829


Eleanor Smith
604 Rolling Acres Dr
Kathleen, GA  31047-1608


Elizabeth Spence
5134 Old Hickory Cir
Marianna, FL  32446-0149


Elizabeth Chamberlain
1418 Pine St
Key West, FL  33040-7245
```

Elizabeth Hisaw
919 Taylor Ave
Godfrey, IL  62035-2537


Elizabeth Joy
1401 Country Club Rd N
Saint Petersburg, FL  33710-4428


Elizabeth M Hoppe
6005 W Wisconsin Ave
Wauwatosa, WI  53213-4182


Elizabeth McCoy
25523 Shafer Rd
Thebes, IL  62990-2141


Elizabeth Odello
5468 Ruthwood Dr
Calabasas, CA  91302-1048


Elizabeth Russell
1923 W Parkside Ave
Burbank, CA  91506-2910


Elizabeth Simon
25859 160th St NW
Big Lake, MN  55309-8571

Ella Crawford
7060 N Thorne Ave
Fresno, CA  93650-1073


EllenStein
3912 Royal Oak Dr
Birmingham, AL  35243-5930


Ellice Smart
8060 Frankford Rd Apt 106
Dallas, TX  75252-6872


Emily Brown
353 Hanna St
Medina, TN  38355-8712


Emma Starr
1616 Catherine St
Key West, FL  33040-3532


Empire State Realty Observatory TRS LLC
PO Box 21078
New York, NY  10087-1078


Ensemble Travel Group
56 W 38th St Fl 11
New York, NY  10018-6203

Eric Bartels
347 Columbo Cir
Orlando, FL  32804-6301


Erica March
6289 Fieldbrook Cir
Mc Calla, AL  35111


Ernestine Brown
3320 Cliff Rd S Apt 12
Birmingham, AL  35205-1555


Felicia Anderson
5809 Cheshire Cove Trl
Mc Calla, AL  35111


Felicia Frost
6201 Dayburst Way
Sacramento, CA  95823-6101


Felicia Thompson
709 70th Pl S
Birmingham, AL  35206-5402


Fran Decker
600 Elizabeth St
Key West, FL  33040-6823

```
FrancesMorrow
3837 Rue Left Bank
Alexandria, LA  71303-4160


FrancesShipper
1157 Kestrel Way
Salisbury, MD  21804-9328


Frances Kelly
1577 California Trl
Brentwood, CA  94513-4337


FrancisMorton
7999 Honeysuckle Ln
West Chester, OH  45069-2458


FrankWerhun
207 Willow Rd
Pittston, PA  18640-3759


Frankie Miller
2607 Thorndale Pl
Dothan, AL  36303-1513


FredAlmade
1237 SW Addie St
Port Saint Lucie, FL  34983-2403
```

Frontier
PO Box 740407
Cincinnati, OH  45274-0407


GaryKrakowski
21121 Kenmare Dr
Shorewood, IL  60404-8194


Geauxing Places
112 Hummell St
Denham Springs, LA  70726-3418


Gema Sweeney
3409 Chapel Creek Cir
Wesley Chapel, FL  33544-7705


Gennie Perry
12 Alex Ln
Hattiesburg, MS  39402-3680


Geoffry Landis
210 S Main St
Goshen, IN  46526-3723


Gerald Gray
1614 Zinfandel Dr
Brentwood, CA  94513-4338

Gerald Schwarzauer
516 Camelot Way
Opelika, AL  36801-2500


Gina Guess
71 E 3rd St
Tuscumbia, AL  35674


Gina Marsiglio
4105 Amaryllis Dr
Plainfield, IN  46168-5708


Ginger Fulton
2144 Roscoe Rd
Newnan, GA  30263-4003


Gisele Jones
PO Box 582891
Elk Grove, CA  95758


Giselle Gibbs
PO Box 582891
Elk Grove, CA  95758


Giselle Jones
PO Box 582891
Elk Grove, CA  95758

Glenda Frye
3831 Old Forest Rd
Lynchburg, VA  24501-6955


Gracie Hancock
402 E Lomax Dr
Longview, TX  75603-9635


Graciella Boltiansky
432 N Palm Dr Apt 409
Beverly Hills, CA  90210-3944


Greg Holestin
454 Peace Haven Dr
Norfolk, VA  23502-5716


Gregory Cobbler
6932 Medical Center Rd
Axton, VA  24054-2940


Gregory Plaisance
188 E 85th St
Cut Off, LA  70345-3822


Gregory R Phillips
1324 S College Ave
Tulsa, OK  74104-4816

Gretchen Garner-Easter
24 Pebble River Cir
Sacramento, CA  95831-2979


Gwedolyn Lewis
26248 Glenmare St
Highland, CA  92346-1632


Gwendolyn Boutte
PO BOX 112
Slidell, LA  70459


Harvest Builders Center
2007 Elberta Rd
Warner Robins, GA  31093-1352


HeatherRice
374 W 6th Ave
Columbus, OH  43201-3135


HeatherVanKleeck
8304 Hampton Cir E
Indianapolis, IN  46256-9777


Heather N Witt
27985 Jaguar St
Macon, MO  63552-4331

Heidi Hershberger
2313 Highway 82
Statham, GA  30666


Holly Lowder
229 Liberty Star Rd
Wendell, NC  27591-6876


Holly Robertson
28814 Stone Ridge Ct
Waterford, WI  53185-5609


Holly Salk
12189 282nd Ave NW
Zimmerman, MN  55398-4671


Holly Seales
5782 S State Highway 605
Dothan, AL  36301-6512


Hunt Bascom
1549 Symphony Cir
Brentwood, CA  94513-4263


Ina Tabak
2118 Solera St
Brentwood, CA  94513-6482

InteleTravel.com
777 E Atlantic Ave Ste 300
Delray Beach, FL  33483-5352


IvaMoore
4675 FM 2587
Wildorado, TX  79098-6206


J Espitia Espinosa
4916 Lumley Rd
Durham, NC  27703-5867


J. Brett Bettis
5959 Valley Way
Trussville, AL  35173-2877


Jacqueline Ligon
2012 Hollins Dr
Birmingham, AL  35205-6354


Jacquelyn Pepper
1943 Burgundy Ln
Brentwood, CA  94513-6479


JaimeBriseno
3183 Normington Dr
Sacramento, CA  95833-1248

Jaime Laino
PO Box 908
Key West, FL  33041


JameniaDuncan
1631 Vista View Dr
Montgomery, AL  36110-3219


James DouglasNichols
10948 Alandale Way
Rancho Cordova, CA  95670-5133


James Rego
1635 Gamay Ln
Brentwood, CA  94513-4331


JamieGreen
539 Autumn Ridge Ln
Lafayette, TN  37083-3680


Jamita Stepna
8534 Alpine Vineyards Ct
Las Vegas, NV  89139-6818


Jane Goldsmith
17 Brackett Ln # B
Hudson, NH  03051-3276

```
Jane Reed
121 Pelican Point Ln
Bohannon, VA  23021-2008


Jane Grannis
620 Mickens Ln
Key West, FL  33040-6533


Jane Schaible
4301 SW 56th Ct
Topeka, KS  66610-9453


Janet Joslyn
3278 Twilight Ct
Baldwinsville, NY  13027-4247


janet Ruffin
1622 14th Ave N
Bessemer, AL  35020-4672


Janette Weber
2025 Hilltop Dr
Redding, CA  96002-0209


Janice Harmon
498 Morning Star Blvd
Ephrata, WA  98823-3004
```

```
Jason Luna
221 S Paloma
Show Low, AZ  85901-3604


Jason Dollar
606 Buddys Ln
Mc Calla, AL  35111


Jay Griggs
3114 S Philadelphia St
Amarillo, TX  79103-4510


Jayawnah Bailey
5916 Bullboat Ct
North Las Vegas, NV  89031-3489


Jean Johnston
4404 Nailor Rd
Vicksburg, MS  39180-8953


Jean Marie Salay
1660 Gamay Ln
Brentwood, CA  94513-4330


Jeanette Douglas
PO BOX 4144
Camp Connell, CA  95223
```

JeanetteFonte
1148 Aurora Ave
Metairie, LA  70005-1504


Jeanette Dizaar
709 24th Ave NW
Birmingham, AL  35215-3049


Jeanne Qualen
11210 County 77 SW
Nisswa, MN  56468-2014


JeffCouch
1591 New Deal Potts Rd
Portland, TN  37148-4606


Jeff Meyer
1501 N Ashland Ave
De Pere, WI  54115


Jeff Ratliff
560 Ervin Coker Rd NE
Rome, GA  30161-9621


Jenifer Breaux
15210 Fishhawk Preserve Dr
Lithia, FL  33547-1734

Jenna Wolfe
529 Macbeth Dr
Pittsburgh, PA  15235-4611


JennieLarson
1100 Forrest Glenn Dr
Arkansas City, KS  67005-4122


JenniferFischer
3590 Parfet St
Wheat Ridge, CO  80033-5426


Jennifer Brown
1171 Stagg Run Trl
Pelham, AL  35124-3265


Jennifer Dolezal
94 Bailey Park Ct
Jefferson, GA  30549-7109


Jennifer Lovejoy
228 Millstone Trl
Jefferson, GA  30549-6978


Jennifer Meadows
6318 Lickton Pike
Goodlettsville, TN  37072-9151

Jennifer Missildine
120 Brigadoon Dr
Madison, AL  35757-8735


Jerald Jensen
1470 Santa Clara View Dr
Santa Clara, UT  84765-5719


Jeremy Hershberger
PO BOX 981
Jefferson, GA  30549


Jessica Vincent
3147 Norris Ln
Orange, TX  77632-8479


Jill Bartler
500 Burlington Cir Apt 204
Wheeling, IL  60090-4115


Jill Bowen
560 Acorn Ridge Rd
Dawson, IL  62520-3352


Jimmie Anne
3600 N Milton Rd
Fort Pierce, FL  34946-1909

Jo Nell Rowell
680 Ridgewood Dr
Port Neches, TX  77651-6107


Joan Drury
9277 State Hwy N
Scott City, MO  63780-9235


Joanie Waldron
6550 Riverbend Dr
Trussville, AL  35173-1512


JoAnn Calegari
1946 Burgundy Ln
Brentwood, CA  94513-6479


Joanne Masters
109 Riverhill Ct
Cayce, SC  29033-4376


Jodie Baacke
2052 S 84th St
West Allis, WI  53227-1704


Joel Cohen / BROADWAY INBOUND TICKET
38 Grandville Dr
Swoyersville, PA  18704-1239

```
JohnHeaton
108 Pennsylvania Ave
Lynchburg, VA  24502-4728


JohnKennedy
1046 Gaston Manor Dr
Durham, NC  27703-8964


JohnLussier
208 Wimberly Way
Bristol, TN  37620-7166


JohnThomas
106 Phillips Ridge Dr
Huntsville, AL  35801


John Spellman
1920 Corporate Dr Ste 204
San Marcos, TX  78666-6283


JohnMorgan
2828 Old Hickory Blvd Apt 716
Nashville, TN  37221-3731


JohnnieMuncy
PO Box 123
Corona, NM  88318
```

```
JonRobinson
41225 Calle de Suenos
Murrieta, CA  92562-7142


Jonathan Marashlian
9712 Mill Run Dr
Great Falls, VA  22066-1815


Jonathan Peacock
430 Willow Point Dr
Dublin, GA  31021-6461


Jonathan Shoemaker
515 Trailridge Cir
Hallsville, TX  75650-5144


Joseph and Lori Przybysz
13452 Route 78
South Wales, NY  14139-9717


Joshua and Julie Matthews
2103 Hannah Dr
Wentzville, MO  63385-4592


Joy Jones
2288 Deaver Walker Rd
Cleveland, AL  35049-5317
```

Joyce Anderson
245 Oak Leaf Cir
Pell City, AL  35125-9321


Joyce Bono
2001 Maple Tree St
Saint Peters, MO  63376-6717


Joyce Cann
2573 E Caramillo St
Colorado Springs, CO  80909-3071


Jude Armistead
3329 Woodward Dr
Mobile, AL  36695-6502


JudeeSpansel
4527 Cleveland Pl
Metairie, LA  70003-1245


Judith Kremer
304 8th St NE
Fulda, MN  56131-9688


Judith Rayburn
133 Crawford Dr
Martin, TN  38237-3807

Judy Adams
109 Highgate Ln
Lexington, NC  27292-5372


Judy Morgan
1619 Zinfandel Dr
Brentwood, CA  94513-4338


Julie Baty
11771 Orchard Park Dr
Sparta, MI  49345-8451


Julie Damigella
95 Gregory Rd
Holliston, MA  01746-2516


Julie Jolley
4441 Parkwood Cir
Trussville, AL  35173-1526


Julie Hylwa
113 Candora Rd
Maryville, TN  37804-3659


Julie Walker
9831 FM 365 Rd
Beaumont, TX  77705-9325

Justin Gibbs
5217 Escondido Pass # Ass
McAllen, TX  78504-9001


Justine Bartoloni
3471 Colby Chase Dr
Apex, NC  27539-9068


Kailey Labove
11843 Great Oaks Dr
College Station, TX  77845-5073


Karalynn Cromeens
8431 Katy Fwy
Houston, TX  77024-1931


KarenAnderson
2425 Forest Primeval Rd
Saint Germain, WI  54558-9714


KarenGeorge
1204 Old Crows Way
Springfield, IL  62712-8669


KarenMurphy
2212 Concord Cir
Harrisburg, PA  17110-9202

```
KarenPollert
425 Lasher Dr
Seymour, IN  47274-2213


Karen Gregory
2533 NW 58th St
Oklahoma City, OK  73112-7102


Karen McLendon
6649 Greenwell St
Pensacola, FL  32526-7931


Karen Moffett
136 Grimes St
Roanoke, VA  24019-8435


Karina Conway
1804 Scarsdale Ct
Lafayette, CO  80026-9166


Karla White
14531 Misty Meadow Ln
Houston, TX  77079-3172


Karyne Coven
840 Mission Valley Ln
Annapolis, MD  21401-7382
```

Kashawna Edwards
4747 W Waters Ave Apt 402
Tampa, FL  33614-1450


KatharineWood
1855 N Tegner St
Wickenburg, AZ  85390-2657


KatherineParr
24100 Pratt Rd
Armada, MI  48005-1545


Katherine Bares-Cochrun
9831 FM 365 Rd
Beaumont, TX  77705-9325


Kathesia Thomas
105 Laurel Woods Dr
Warner Robins, GA  31088-9203


KathleenHeffernan
PO BOX 4544
Camp Connell, CA  95223


Kathleen Goss
1 Box Elder Ln
Willow Street, PA  17584-9605

Kathleen Mathis
2097 Rioja Way
Brentwood, CA  94513-5289


Kathleen Schober
2010 Tempranillo Ln
Brentwood, CA  94513-5290


Kathryn Shaw
1322 Trenton Ln
Franklin, TN  37067-6407


Kathy Barnes
1604 Eagon Ct
Fuquay Varina, NC  27526-9383


Katie Adamczyk
9612 Two and a Half Rd
East Leroy, MI  49051


Katie Snyder
11909 286th Ave NW
Princeton, MN  55371-4784


Katie Swafford
5136 Dahlia Dr
Plainfield, IN  46168-5716

```
KatieMcGowan
172 E Lakeview Dr
Milledgeville, GA  31061


KayClinton
1273 Country Place Dr
Houston, TX  77079-3123


Kay Marie Carden
1702 Zinfandel Dr
Brentwood, CA  94513-4342


Kaylene Nienhueser
10521 Cary St
La Vista, NE  68128-3248


KayronSmith
2443 Stewarts Ferry Pike
Hermitage, TN  37076-3926


Keely Culpepper
3309 Dunbrooke Dr
Birmingham, AL  35243-4818


KeithKirkman
2104 Surrey Ln
Rock Hill, SC  29732-7302
```

Keith Young
308 Bluebonnet Dr
Lafayette, LA  70508-5412


KelleyBrown Lutz
9 Colberts Ln
Newport News, VA  23601-3115


KellyRuml
PO Box 807
South Wellfleet, MA  02663


Kelly Johnson
29665 442nd Ave
Aitkin, MN  56431-4625


Kelly Moore
10234 SE Harrison St
Portland, OR  97216-2914


Kenice Earleen Short
1630 Healing Rock Ct
Brentwood, CA  94513-4264


KennethGooden
8705 Witherbee Ct
Lewisville, NC  27023-7749

```
Kenneth Furby
3165 Capitan Dr
Port Neches, TX  77651-5803


Kenneth Marion Gwin
2110 Solera St
Brentwood, CA  94513-6482


Keri Collins
1407 N 22nd St
Nederland, TX  77627-5737


Keri Merchman
332 Honeysuckle Trl
Hamilton, AL  35570-5234


Kim Bastin-Myers
1400 Gloria Terrell Dr
Wilder, KY  41076-9188


Kimberly Cagle
653 Vass Carthage Rd
Carthage, NC  28327-9416


Kimberly Hodge
13713 Randa Pkwy
Northport, AL  35475-3473
```

```
Kimberly Jump
14328 Misty Meadow Ln
Houston, TX  77079-3185


Kory Wuenschal
6738 Hansen St
Groves, TX  77619-5910


KristeneRuddle
8471 Southwestern Blvd
Dallas, TX  75206-2243


Kristi Sackett
2127 280th St
Mount Ayr, IA  50854-8964


Kristin Hanson
13219 Oakwood Rd
Zimmerman, MN  55398-9331


Kristine Coates
PO Box 1835
Julian, CA  92036


LaJean Herman
1105 Fairway Dr
Princeton, MN  55371-2242
```

Larinda Rainwater
1825 E Nettleton Ave Ste H
Jonesboro, AR  72401-5152


LarryGoddard
5255 Eastside Rd
Redding, CA  96001-4271


Larry Lunsford
313 Camp Forrest Trl
Helena, AL  35080-8622


Latasha Powell
329 Chapel Creek Way
Fultondale, AL  35068-6036


Latretta Morvant
9831 FM 365 Rd
Beaumont, TX  77705-9325


LauraRondot
4312 Briarwood Rd
Louisville, KY  40207-4038


Laura F Tyree
19129 Forest Rd
Lynchburg, VA  24502-4487

Laura Lequire
1249 Butler Rd
Maryville, TN  37804-2313


Laura Perry
PO Box 1360
Wimberley, TX  78676


Lauren Brown
2530 SW Longleaf Dr
Pinehurst, NC  28374


Lauren Malueg
932 Edward Ave
Jefferson, GA  30549-7295


LawrenceMcghee
3 Brightleaf Ct
Durham, NC  27713-9018


LBAC Travel
"
1907 Julia Goldbach Ave
Ronkonkoma, NY  11779-6416


Leisure Pass Group, Inc.
711 Atlantic Ave Fl 4
Boston, MA  02111-2809

```
Lesa Wilson
2296 Breland Rd
Mathiston, MS  39752-4442


LesiaStuart
310 Island Ave
Chattanooga, TN  37405-4276


Letrice Golden
3083 Malcolm Ave
Oakland, CA  94605-5349


Lezli Madden
16890 N River Shores Rd
Northport, AL  35475-2519


Like A Local Tours
730 Lafayette Ave Apt 1R
Brooklyn, NY  11221-6176


LindaBrooks
1810 Hiawatha Pl
Ann Arbor, MI  48105-1235


LindaClarke
146 Royster Dr
Crawfordville, FL  32327-4626
```

LindaTassin
107 Wakefield Dr
Lafayette, LA  70503-4242


LindaWilliams
1999 S Marion Ave
Lake City, FL  32025-0003


Linda Fields
3115 Pennywell Ln
Katy, TX  77494-4546


Linda Marie Rhodes Parks
1634 Healing Rock Ct
Brentwood, CA  94513-4264


Linda Ralston
4946 Mimosa Dr
Plainfield, IN  46168-5734


Linda Schmoeller
12111 Logan St
Alton, IL  62002


LisaBaker
715 Estates Rd SE
Roanoke, VA  24014-4303

```
LisaCaloss
121 Hawthorne Vale
Ridgeland, MS  39157-2345


LisaSimpson
1349 Sunhaven Rd
Alpine, CA  91901-2378


Lisa Burud
PO Box 21597
Bakersfield, CA  93390


LizaDozier
PO Box 2754
Augusta, GA  30914


LoisHamilton
2027 Elm St
Quincy, IL  62301-3233


Lois Songer
1310 Newton St
Key West, FL  33040-7026


LorelyLopez
341 31st St
Nacogdoches, TX  75964-8729
```

```
Lori Pelosi
619 Guernseytown Rd
Watertown, CT  06795-1820


Lori Przybysz
1342 Route 78
South Wales, NY  14139


Lori Culotta
6040 Brookhill Cir
Birmingham, AL  35242-3711


Lori Mandich
PO Box 91
Seville, OH  44273


Lorraine Crane
22824 N Padaro Dr
Sun City West, AZ  85375-1621


Lotte New York Palace
455 Madison Ave
New York, NY  10022-6845


Lula Waskom
39 Buena Vista Dr
Marshall, TX  75670-6603
```

Luzie Maxwell Lewallen
PO Box 3393
McAllen, TX  78502


LyndaAnderson
68393 Moonlight Dr
Cathedral City, CA  92234-2105


LyndaStrickland
11559 Dunn Rd
Dunn, NC  28334-5067


Lynda Eason
1519 Hibiscus Ave
McAllen, TX  78501-3225


Lynda Last
3670 Dam Ln
Phelps, WI  54554-9499


LynnEubanks
PO Box 260
O Brien, FL  32071


Lynne Brown
1 Foggy Field Ln
Fredericksburg, VA  22406-8440

Lynne Hickney / My Travel Agency
229 Russells Mills Rd
Dartmouth, MA  02748-2022


M Shannan Fastzkie
13015 Old White Horse Rd
Travelers Rest, SC  29690-7830


M. Teri Long
20 Inverness Cir
Royersford, PA  19468-1545


Maccie Hardin
24151 Bella Dolce Ln
Katy, TX  77494-7901


Machelle Crowley
1628 W 400 S
Peru, IN  46970-7924


Madonna Barry
9799 Josey St
Beaumont, TX  77707-1016


Magical Moments Vacations
2447 Tiffin Ave # 196
Findlay, OH  45840-8672

Magnolia Travel Group
PO Box 1666
Madison, MS  39130-1666


Makayla Burkett
606 Milligan Dr
Longview, TX  75604-3926


Mandy Herman
1933 Glenn Rd
Gaston, SC  29053-9393


Marbert Sise
1614 Trinidad Dr
Key West, FL  33040-5220


Marcia VanValkenburg
650 Main St NW
Elk River, MN  55330-1503


Margaret Bolejack
PO Box 271
Pittsboro, NC  27312-0271


Margaret Hughes
1321 Mountain Ridge Rd
Hickory, KY  42051-8954

Margaret Spearin
16479 W Rowel Rd
Surprise, AZ  85387-6869


Marian Janet Sanchez
1841 Vallejo Way
Sacramento, CA  95818-3840


MarianneSchwarz
5 Knaves Ct
Nottingham, MD  21236-2708


Marion Fulce
Ambassador Travel
5250 Vogel Rd
Evansville, IN  47715-7814


MarkelHelms
2213 Croydon Dr
Tallahassee, FL  32303-4305


Market Street Partnership
300 Market St
Kingston, PA  18704-5426


Marquis Johnson
5949 E Christine Ave
Fresno, CA  93727-6558

```
Marriott Business Services
Bank of America
PO Box 402642
Atlanta, GA  30384-2642


Marriott Marquis
Marriott Business Services
PO Box 403003
Atlanta, GA  30384-3003


Marsha Seldon
103 Dewey St
Warner Robins, GA  31093-2410


Marth Newsome
4721 Martha Ln
Groves, TX  77619-5539


MarthaRiggs
206 W Division St
Dowagiac, MI  49047-1734


Martha Depoo
108 Front St
Key West, FL  33040-8310


Martha Green
6745 Capitol St
Groves, TX  77619-5905
```

```
Martha L. Taylor
7272 N Belvedere Ave
Fresno, CA  93722-3407


Martha Smart
14329 Still Meadow Dr
Houston, TX  77079-3131


Martha Taylor
7272 N Belvedere Ave
Fresno, CA  93722-3407


MaryHollenkamp
10590 Prairie Dr
Breese, IL  62230


Mary Allen
740 Kings Mountain Rd
Tuscaloosa, AL  35406-2732


Mary Archer
9706 Harrowgate Dr
Houston, TX  77031-3117


Mary Ellen Beattie
1200 4th St
Key West, FL  33040-3763
```

Mary Jane Keller
4912 Mimosa Dr
Plainfield, IN  46168-5734


Mary Jo Toler
4880 Mimosa Dr
Plainfield, IN  46168-5735


Mary Kathleen Koontz
1417 Jolliff Rd
Chesapeake, VA  23321-1303


Mary Lane Burford
738 Coachlight Rd
Shreveport, LA  71106-7230


Mary Ledford
PO Box 1561
Dunlap, TN  37327


Mary LouiseDi Vito
51 Bridgetown Rd
Hilton Head Island, SC  29928-3365


Mary Lucey
15015 Pratolino Way
Naples, FL  34110-2717

Mary Smith
1219 Grinnell St
Key West, FL  33040-3283


Mary Waters King
PO Box 771
Hawkins, TX  75765


Mary White
3408 E Briarcliff Rd
Birmingham, AL  35223-1309


MatthewThiel
1725 N Main St
High Point, NC  27262-2645


Matthew Brown
1 Foggy Field Ln
Fredericksburg, VA  22406-8440


Matthew Whitenack
15 W 139th St Apt 3A
New York, NY  10037-1512


Matthew Williams
2203 Wimberly Woods Dr
Sanford, NC  27330-7089

Maureen Plauche
7296 Backridge Rd
Sabine Pass, TX  77655-2004


McCall and George Govignon
125 Stone Haven Dr
Calhoun, GA  30701-2053


Mechelle Bailey
5242 Jungle Orchard St N
Las Vegas, NV  89044


Mega Travel
3 N 5th St
Temple, TX  76501-4237


MelanieDavis
108 Lamport Blvd
Staten Island, NY  10305-3629


MelanieKing
70 Bullock Rd
East Freetown, MA  02717-1016


Melanie McKenzie
720 Connell Rd
Carthage, NC  28327-7970

MelindaMosca
4085 Canvas Ave
Rock Hill, SC  29732-8195


Melindie Burke
15235 Old SD Highway 79
Newell, SD  57760-5871


MelissaKing-Polsinelli
1701 Spruce Ave
Winter Park, FL  32789-2021


Melissa McNatt
144 Linville Ln
Easley, SC  29640-6625


Mendy Ford
410 Scottsville Rd
Marshall, TX  75672-3337


MichaelConway
335 W 7th St
Salem, OH  44460-2121


MichaelCulotta
388 Strathaven Dr
Pelham, AL  35124-6282

```
MichaelGrout
941 Collins Rd
Villa Hills, KY  41017-1113


MichaelSeverin
9122 Cottonwood Canyon Dr
Lenexa, KS  66219-8145


Michael Bailey
5916 Bullboat Ct
North Las Vegas, NV  89031-3489


Michael Cavanugh
7020 Concord Rd
Savannah, GA  31410-2506


Michael Maita
1515 Miwok Ct
Brentwood, CA  94513-4343


Michael Meninger
3440 Laurelwood Ct NE
Roswell, GA  30075-5250


Michael Sattler CC
700 Colorado Blvd # 325
Denver, CO  80206-4084
```

Michayla Davis
3845 Glaze Rd
Kountze, TX  77625-8119


MicheleChapman
11360 Halcyon Loop
Daphne, AL  36526-8472


Michele Doleshal
1270 Covey Ln
Eagle River, WI  54521-9441


Miriam Payne
345 River Club Rd
Lexington, SC  29072-6720


Misha Dent
152 Glenwood Ln
Hurricane, WV  25526-9138


Mollie Tharp
103 Lincoln Ave
Denton, KS  66017-4041


Molly Hammack
7481 Meadow Violet Ct
Avon, IN  46123-7630

Mona Daugherty
310 S Tyler St Apt 7
Morgantown, KY  42261-8184


Monica Donahue
PO Box 1676
Eagle River, WI  54521


Monica Haskell
2819 Harris Ave
Key West, FL  33040-4039


Monyette Cousett
8224 Swallow Falls St
North Las Vegas, NV  89085-4415


Mountain Heritage High School Group
PO Box 70
Burnsville, NC  28714


Nancy Busch
5119 Fairhaven Rd
Davenport, IA  52807-3078


Nancy Davis
506 E 11th St
Dell Rapids, SD  57022-1051

Nancy Marie Christian
1930 Burgundy Ln
Brentwood, CA  94513-6479


Nancy Shelbourne
5094 Lilium Dr
Plainfield, IN  46168-5701


Natasha Williams
2917 Chace Lake Dr
Birmingham, AL  35244-1070


National September 11 Memorial
Attention: Finance
200 Liberty St Fl 16
New York, NY  10281-2103


Nay Roach
305 Holcomb St
Marshall, TX  75670-3849


New York Hilton
Attn: Accounting Dept.
1335 Avenue of Americas
New York, NY  10001-6078


New York Water Taxi
459 E 12th St Pier 79
New York, NY  10009-4024

Nexion LLC
Linda Briseno, Nexion Accounting
6565 N Macarthur Blvd Ste 400
Irving, TX  75039-2468


NicholeHarward
350 S 200 E
Glenwood, UT  84730-7716


NicoleChelius
2112 Kings Xing SW
Winter Haven, FL  33880-2769


Nicole Gray
121 Jacks Run Rd
Pittsburgh, PA  15122


Nida Hollimon Purser
7473 County Road 23
Mount Hope, AL  35651-9792


NitaMartin
2431 New Holland Cir
Murfreesboro, TN  37128-8272


Noelle Wachter
4152 54th Ave NE
Hickory, PA  15340

Norma Bull
PO Box 169
Riner, VA  24149


Norma Guillen
14359 Misty Meadow Ln
Houston, TX  77079-3167


Northland Travel
206 E Broadway Ave
Bismarck, ND  58501-3841


Northwood Travel Inc
1969 Sunset Point Rd Ste 16
Clearwater Beach, FL  33765-1145


NYC & Company
810 7th Ave Fl 3
New York, NY  10019-5896


Olga M. Bezditny
Box 3116
Steinbach, Manitoba,     R5G 1-P4


Palm Coast Travel
4800 N Federal Hwy Ste D-200
Boca Raton, FL  33431-5188

PamWhite
20026 Walnut Main St
Aberdeen, MS  39730-8787


Pam Spooner
5909 Stonegate Ln
Trussville, AL  35173-1087


Pamela Bruse
33133 Paul Ave
Bigelow, MN  56117-1105


Pamela Jean Bhaila
2015 Andalucia Ln
Brentwood, CA  94513-6491


Pamela Kranig
4930 Brookglen Way
Carmichael, CA  95608-0957


Pamela Mathews
105 Mizell Ln
West Monroe, LA  71291-9058


Pamela Schaper
14180 Misty Meadow Ln
Houston, TX  77079-3180

Pamela Spilbeler
4983 Dahlia Dr
Plainfield, IN  46168-5712


PatriciaBushnell
1006 Barstow Ave
Eugene, OR  97404-1510


PatriciaTorrence
800 S Main St
Rossville, KS  66533-9660


Patricia Annette Kassawara
1872 Fiano Ln
Brentwood, CA  94513-5280


Patricia Cox
1700 Fairburn Dr
Cumming, GA  30040-7842


Patricia Graham
397 Ashbury Way
Naples, FL  34110-1321


Patricia Gray
PO Box 1868
Lusby, MD  20657

Patricia Schossler
16465 Hodges Ave
Cedar Key, FL  32625-4683


Patricia Smith
3111 Sleepy Hollow Ln
Temple, TX  76502-7145


Patricia Worley
4810 Trailing Fox Dr
Cumming, GA  30040-9596


Patrick Weaver
2828 E Linda Ct
Gilbert, AZ  85234-6399


Patrick H Clements
6165 Emily Ln
Longview, TX  75605-6781


Patsy and Rodney Plummer
148 Woodstone Dr
Ruston, LA  71270-7522


Patsy Talberg
904 Fairway Dr
Princeton, MN  55371-2241

Patti Jo Styka
1951 Burgundy Ln
Brentwood, CA  94513-6479


Paul Wendt
1401 Laurel Leaf Ln
Pearland, TX  77581-3551


Paula Dean
180 Windwood Rd
Dothan, AL  36301-8374


Paula Dearringer
9380 Oak St
Zionsville, IN  46077-7656


Pauline Anderson
2081 Judith Pl
Longwood, FL  32779-2781


Penny Key
2310 Caroline Park Ln
Spring, TX  77386-1824


Perry Kaye
8330 Charleston Peak St
Las Vegas, NV  89166-5168

PhyllisLoudermilk
576 NW 1391st Rd
Holden, MO  64040-8477


PhyllisTucker
319 County Road 466
Gainesville, TX  76240-1759


Phyllis Grantham
1414 Cypress Bend Cv
New Braunfels, TX  78130-3061


Polly Pressley
PO Box 302
Jefferson, GA  30549


Rachel M Hobbs
133 Oak Hollow Rd
Monroeville, AL  36460-5710


Ramona Pound
5029 Silverbell Dr
Plainfield, IN  46168-5737


Ramona Pound
4713 E Donington Dr
Bloomington, IN  47401-8897

Randall Robertson
3291 NW 96th Ave
City of Sunrise, FL   33351-7138


RandySwartz
2420 NW 63rd Pl
Ocala, FL   34475-2458


Rebeca Anselet
623 S 6th St
Nederland, TX   77627-2621


Rebecca Bossley
524 W Bilbo St # Steet
Orange, TX   77630-2628


Rebecca Ferguson
1570 Burgundy Ct
Brentwood, CA   94513-6480


Rebecca Jerrell
888 SE Santee Dr
Greensburg, IN   47240-7810


Rebecca Rodriguez
14514 Misty Meadow Ln
Houston, TX   77079-3110

Rebecca Smith
4985 Silverbell Dr
Plainfield, IN  46168-5707


Rebecca Starnes
3122 Mayhem Dr Ste 801-270
Tallahassee, FL  32301


Regina Butts
202 Stafford Beach Dr
Byron, GA  31008-3861


Renee Keilman
14453 Pine Valley Dr
Lathrop, CA  95330-9690


Reni Miguez
2734 15th St
Port Neches, TX  77651-5139


Residence Inn by Marriott
1717 Broadway
New York, NY  10019-5214


Rhonda Christianson
8100 Ridgewood Rd
Goodlettsville, TN  37072-9465

RichardBerning
10 Beachview Ln
Springfield, IL  62712-9513


Richard J Duckworth
1990 Blue Spring Rd
Decherd, TN  37324-3920


RickBlack
1114 Macarthur Dr
Papillion, NE  68046-3859


Rinda Dedering
N3130 Alfreds Rd
Weyauwega, WI  54983-8700


Rita Smith
1548 S Scott Park Rd
Eldridge, IA  52748-1308


Rob Simons
221 Legends Club Dr
Mount Pleasant, SC  29466-9045


Robert Largent
840 Freedom Cir
Hazel Green, WI  53811-9382

Robert McGriff
1021 Regas Dr S
Atlantic Beach, FL  32233-7008


Robert Quinn
524 Faulkner Dr
Schertz, TX  78154-1142


Robert Williams
1425 SE 13th Ave
Deerfield Beach, FL  33441-7313


Robert Albert Woods
1635 Shiraz Ct
Brentwood, CA  94513-4253


Robert Bond
255 Winminster Dr
Cocoa, FL  32922


Robert Deasey
8040 Lohn Road
Halfmoon Bay, BC  VON-1Y1


Robert Mark Linett
2058 Navarra Way
Brentwood, CA  94513-5285

Robert Miller
55 Morning Star Ln
Christiansburg, VA  24068


Roberta Gagliano
13504 James Ave S
Burnsville, MN  55306


Rodney Garcia
6 Shady Lake Ct
Sacramento, CA  95834-1516


Rodney Plummer
148 Woodstone Dr
Ruston, LA  71270-7522


Roger Arnold
5022 Wall Ln
Ball, LA  71405-3646


RonaldMosley
310 Maple Dr
Vidalia, GA  30474-8909


Ronda Holland
3300 Renwick Ave
Elk Grove, CA  95758-7490

```
Rosa L Rickman
600 Ervin Coker Rd NE
Rome, GA  30161-9621


Rosalina Arias
PO Box 2317
Julian, CA  92036


Rosalyn DEarl
8807 C Island Way
Tampa, FL  33601


Rose A. Yuhas
1829 Moscato Pl
Brentwood, CA  94513-5271


Rose Simmons
1905 E 47th Pl
Davenport, IA  52807-1268


Rosemary Henriksen
825 Maine Ave
Adrian, MN  56110-1068


RoxanneDonnan
682 Wildlife Rd # R
Clinton, SC  29325-3708
```

Roy Hutton
321 Palmer St
Adamsville, TN  38310-2445


Ruth Harriet Costa
1930 Burgundy Ln
Brentwood, CA  94513-6479


Sabine Collins
48 Sweet Gum Cir
Sanford, NC  27332-1346


Sadies Global Travel Ltd.
8412 Crossland Loop
Montgomery, AL  36117-0903


SallieMcBride
5150 Ellisboro Rd
Stokesdale, NC  27357-7445


Sammie Ryland
545 Jeffrey Ln
Deville, LA  71328-9387


Sandcastle Wishes Travel
PO Box 275
Kimberly, AL  35091

Sandra Nolen
58 Dogwood Ln
Fayette, AL  35555-1416


Sandra Preuss
12150 E Briarwood Ave Unit 145
Centennial, CO  80112-6755


Sandra Rhoads
264 State Road 327
Hudson, IN  46747-9405


Sandra W. Howell
9005 Saffron Ln
Silver Spring, MD  20901-4267


SaraCochran-Kelton
1132 Farmhouse Rd
Lascassas, TN  37085-4592


Sara Stokes
5519 McCommas Blvd
Dallas, TX  75206-5633


SarahOettle
463 High Tech Dr
Georgetown, TX  78626-2185

Sarah Rodgers
8300 Lake Powell Dr
Nederland, TX  77627-5655


Scherry Bryant
6006 Hobby Ln
Pinson, AL  35126-4466


Shabrya Lott
8224 Swallow Falls St
North Las Vegas, NV  89085-4415


Shanise Earl Johnson
5949 E Christine Ave
Fresno, CA  93727-6558


Shanise Johnson
5949 E Christine Ave
Fresno, CA  93727-6558


Shannon Burgess
315 S Wingfield Rd
Greer, SC  29650-3431


SharonBrown
8060 Frankford Rd Apt 424
Dallas, TX  75252-6883

SharonFilips
9060 Tucson St
Plymouth, MI  48170-4132


SharonRitchie
1326 Heather Dr
Murphys, CA  95247-9688


Sharon Ball
1572 California Trl
Brentwood, CA  94513-4337


Sharon Johnson
218 Hill Ln
West Blocton, AL  35184-5002


Sharon Lou Burris
229 Marble Dr
Antioch, CA  94509-6218


Sharyn Marie Metez
291 Cheshire Dr
Brentwood, CA  94513-2944


Shauna Richards
13716 Field Stream Ln
Manor, TX  78653-3776

SheaDiBenedetto
6962 Meadow Ridge Dr
Mc Calla, AL  35111


SheilaGray
115 Angel Oak Trl
Dallas, GA  30132-6315


ShelbieTarlowski
11013 N 35th Dr
Phoenix, AZ  85029-4001


Shelby St Romain
19021 Turnberry Ct
Baton Rouge, LA  70809-6607


ShelleyGreene
869 Cedar Creek Dr
Asheboro, NC  27205-2621


ShelleyScarborough
4346 Vista Ln
Lynn Haven, FL  32444-4419


Shelley Permenter
2010 Llano Rd
Beaumont, TX  77713-5612

ShellyMohr Johnsen
501 Belvedere Ave
Beatrice, NE  68310-4850


Sheraton NY Times Square
ATTN: Valerie Dillon
811 7th Ave
New York, NY  10019-6002


SherriSingleton
Premier Vacations LLC
4892 Colonial Hwy
Evington, VA  24550-1900


SherryHammond
471 Barbados Cir
Lakeland, FL  33803-5611


SherryHendrickson
6330 Atherly Cres
Mississauga, ON,     L5N 8-J2


SherryStauffer
3801 Steltz Rd
New Freedom, PA  17349-9285


Sherry Sinnard
1108 Plantation Lakes Cir
Chesapeake, VA  23320-8106

Shirah Umansky
4150 Regents Park Row
La Jolla, CA   92037


Sondra McCorquodale
PO Box 8980
Rocky Mount, NC   27804


St. Louis ThanksgivingGroup
Dream Vacations, a Cruise
1 Company 1201 W Cypress Creek Rd
Fort Lauderdale, FL   33301


StacyTomlinson
44 Crestline Dr
Somerset, KY   42503-6242


StanleySilver
3688 Underbrush Trl
The Villages, FL   32163-2706


StephanieStrzelecki
8500 W Roseview Dr
Niles, IL   60714-1856


Stephanie Grayson
162 Royal Dr
Madison, AL   35758-3167

Stephanie Taylor
13200 Carriage Way
Oklahoma City, OK  73142-3310


Stephen Munt
5535 Shipley Ct
Centreville, VA  20120-3308


Stephen Muth
44087 W Granite Dr
Maricopa, AZ  85139-8865


Steven Johnson
Turnberry Travel
1184 Hill Rd N
Pickerington, OH  43147-8657


Steven Murphy
1624 Gamay Ln
Brentwood, CA  94513-4332


Steven W. Tsunekawa
7002 Harborhaven Way
Discovery Bay, CA  94505-1756


Stires & Company
22 Preston Rd
Dallas, PA  18612-9082

Stuart Rothenberg
10 Avondale Dr
Cold Spring Harbor, NY  11724-1602


Sue Paulzine
600 Parnell St
Iona, MN  56141-1009


Summer Moore
210 Cox Dr
Warner Robins, GA  31093-1910


Sundee Warren
1177 Brush Creek Rd
Colbert, GA  30628-3904


SusanCollins
916 E Green Acres Dr
Hobbs, NM  88240-4532


SusanGentry
2118 Companero Ave
Orlando, FL  32804-6504


Susan Birk
1790 Grandview Dr
Jasper, IN  47546-2434

Susan Dolinar
7212 Timberlake Rd
Lynchburg, VA  24502-2337


Susan Kettelhodt
12921 282nd Ave NW
Zimmerman, MN  55398-9447


Susan Lantz
3421 S 400 W
New Palestine, IN  46163-9155


Susan Lueck
9489 County Road 6 NW
Princeton, MN  55371-5202


Susan Poynor
6366 Elm Crest Ct
Fort Worth, TX  76132-4309


Susie Sarrasin
Box 664
St. Malo, MN  R0A-1T0


SuzanneMeyer
82039 Deniro Ct
Indio, CA  92201-8115

Suzanne Bowering
402 Main St
Wakefield, MA  01880-3018


Suzanne Brown
500 N Duke St Apt 54-103
Durham, NC  27701-2059


Suzzane Burtchaell
313 Henry Russell St
Franklin, TN  37064-1524


Tamara Elrite
11321 Silverton Dr
Milton, FL  32583-6905


Tamita T. Williams
1543 20th St N
Birmingham, AL  35234-2650


Tamita Williams
1543 20th St N
Birmingham, AL  35234-2650


Tammy Andrew
PO Box 875
Asheboro, NC  27204

Taylor Bastin-Platt
205 W Shelby St
Falmouth, KY  41040-1139


Taylor Whisneant
1030 Dalton St
Bridge City, TX  77611-2610


Teena Perry
13 Hidden Hills Ln
Ellisville, MS  39437-6401


Teresa Hail
604 Rolling Acres Dr
Kathleen, GA  31047-1608


Teresa Saenz
11 Moonrise Cir
Sacramento, CA  95834-3820


Terri Russell
1003 Crest Rd
Leeds, AL  35094-2306


Terri Easter
1354 Montague St NW
Washington, DC  20011-2876

Terri Huff
7295 Murley
Beaumont, TX  77701


Terri Pendergrass
13219 Oakwood Rd
Zimmerman, MN  55398-9331


TerryWilliams
2601 Quail Run
San Marcos, TX  78666-9477


Terry Flowers
1056 Bretts Way
Cantonment, FL  32533-5641


The Market Street Partnership
300 Market St
Kingston, PA  18704-5426


The Travel Company
1404 N 18th St
Monroe, LA  71201-4912


TheresaBennett
16607 Almy Rd
Howard City, MI  49329-9570

Theresa Callen
12807 Cradle Mountain Ln
Lakeside, CA  92040-5727


Theresa Shjandemaar
3117 Eagle Butte Ave
Frederick, CO  80516-2611


Theresa Smith
1622 Eugene St
Port Neches, TX  77651-3216


Theresa Staab
6 Sherman Pl
Bethpage, NY  11714


ThomasHearl
1625 SW 4th Pl
Cape Coral, FL  33991-5403


ThomasNawn
523 Pewter Dr
Exton, PA  19341-2077


Thomas (Joe)Campbell
415 Pisgah Way
Calhoun, GA  30701-1939

Thomas Edwards
817 McArthur Dr
Port Neches, TX  77651-2224


Tiffany Black
10670 N Whitney Ave
Fresno, CA  93730-5959


TimothyRyan
3004 Looking Glass Ct
Virginia Beach, VA  23456-8277


Timothy Tisdale
283 Saint Phillips Church Rd
Prosperity, SC  29127-6936


Tonia Epps
PO Box 443
Scottsville, TX  75688


Tonirae Vojacek
3935 E Rough Rider Rd Unit 1179
Phoenix, AZ  85050-7357


Tony Camara
2022 Red Hawk Rd
Prattville, AL  36067-8523

Tonya Hoffman
2004 Jadewood Dr
Midland, TX  79707-5057


Tonya Alexander
301 Millside Dr
Warner Robins, GA  31088-8159


Tonya Matthews
117 Dogwood Dr
Hazlehurst, MS  39083-2903


Tora Christopher
409 Canter Way
Jefferson, GA  30549-1445


Tracy Anderson
2910 Kerry Forest Pkwy
Tallahassee, FL  32309-6892


Tramaine Yarbrough
5125 Summer Place Pkwy
Hoover, AL  35244-3099


Travel Concepts Inc. (Lenexa)
9324 Rosner Dr Ste A
Lenexa, KS  66219-2214

Travel Equity Partners  (dba Travel Ques
70 Mansell Ct Ste 100
Roswell, GA  30076-4857


Travelport, LP
PO Box CS198537
Atlanta, GA  30301-8537


TrudyHughes
12121 S Fox Den Dr
Knoxville, TN  37934-3727


Trudy Crain
12985 N Ovenell Ln
Burlington, WA  98233-3816


Twin America LLC
1430 Broadway Rm 507
New York, NY  10018-3064


Twynette Goggins
2117 Carion Ct Unit 104
Birmingham, AL  35201


Univa Shaw
645 Westview Rd
Chattanooga, TN  37415-3407

Unum Life Insurance Company of America
PO Box 406968
Atlanta, GA  30384-6968


Valarie Eason
1112 46th St N
Birmingham, AL  35212-1335


Velma Powers
2627 NW Pollard Ave
Lawton, OK  73505-1912


Velma Dunn Cooper
29714 Orchard Grove Dr
Tomball, TX  77377-3965


Verizon Wireless
PO Box 25505
Lehigh Valley, PA  18002-5505


Vicki Steele
473 Walter Dr
West Jefferson, NC  28694-9372


Vicki Oxley
2550 S Ellsworth Rd Unit 543
Mesa, AZ  85209-2467

Vicki Thomas
12704 Shondel Rd
Rittman, OH  44270-9513


Vicki Vantrease
189 Baker Rd
Martin, TN  38237-3819


Vicky Gaddy
108 Millet Cir
Cantonment, FL  32533-7887


Victor Eyre
305 Glen Ellen Dr
Pineville, LA  71360-4439


Victor Martinez
1608 Highway 22 W
Falmouth, KY  41040-8865


VictoriaSidon
113 Ohio St
Wheeling, WV  26003-2118


Victoria Chastain
651 Iris Ln
Winder, GA  30680-3786

Victoria McCabe
724 Killdeer Ln
Plymouth, WI  53073-4994


Victoria McFadyen
PO Box 1693
Key West, FL  33041


Vincent O Driscoll
7 Heritage Dr
Plattsburgh, NY  12901


VirginiaDeMoss
403 N Jones Ave
Maquoketa, IA  52060


VirginiaMazry
501 Cliff Dr
Aptos, CA  95003-5309


Virginia Davis
1135 Woodland Trce
Cumming, GA  30041-7268


VivianCarr
7927 Blazing Gap
Missouri City, TX  77459-6054

Wallace State Hanceville
PO Box 2000
Hanceville, AL   35077


Wanda Schenk
3296 FM 2864
Nacogdoches, TX   75965-8100


Ward Fredrickson
2924 Gentry Cir
Bismarck, ND   58503-0158


Wendell Boner
115 E 11th St
Shiner, TX   77984-5419


Wendy Navarro
2593 E 1569th Rd
Ottawa, IL   61350-9261


Wendy Thompson
13505 290th Ave NW
Zimmerman, MN   55398-8692


William Knight
102 Tulip Ln
Westminster, SC   29693-6446

```
WinstonHensley
1700 Massanetta Springs Rd
Rockingham, VA  22801-2412


World Travel (Fort Pierce)
2403 S 4th Street US Hwy # 1
Fort Pierce, FL  34945-5996


Yvonne Culligan
1005 16th Ave S
Princeton, MN  55371-2326


Zack Kincheloe
1174 Vallombrosa Ave
Chico, CA  95926-2847
```

Debtor name **New York City Vacations, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA, WILKES-BARRE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Community Bank (Acct # 10006966)** | **Checking Account** | | $0.00 |
| 3.2. | **Community Bank (Acct #4418004972)** | **Payroll Account** | | $1,208.55 |
| 3.3. | **Community Bank (Acct #2140213899)** | **Deposit Account** | | $790,557.60 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $791,766.15 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | Deposits and payments on account to or for vendors, hotels, Broadway theater tickets, airline tickets | $230,069.39 |
|---|---|---|

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document        Page 130 of 255

Debtor    __New York City Vacations, Inc.__    Case number *(If known)* _____

         Name

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                  **$230,069.39**

      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 50,500.00 | - | 0.00 | = .... | $50,500.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 15,743.33 | - | 0.00 | = .... | $15,743.33 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 27,440.58 | - | 0.00 | = .... | $27,440.58 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 64,218.99 | - | 0.00 | = .... | $64,218.99 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 19.17 | - | 0.00 | = .... | $19.17 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 29,222.45 | - | 0.00 | = .... | $29,222.45 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 534.20 | - | 0.00 | = .... | $534.20 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                               **$187,678.72**

      Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 2

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document      Page 131 of 255

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Gift cards (Target and Walmart)** | | $1,820.00 | | $1,820.00 |
| **NYC Metro Cards** | | $1,205.50 | | $1,205.50 |
| **Empire State Builiding Observation Deck Admission Tickets** | | $2,364.00 | | $2,364.00 |
| **NY Yankee Tickets** | | $6,900.00 | | $6,900.00 |
| **US Open Tickets** | | $4,800.00 | | $4,800.00 |
| **Music Man Broadway Theater Tickets** | | $10,734.40 | | $10,734.40 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                           $27,823.90
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.

Debtor  **New York City Vacations, Inc.**
Name

Case number *(If known)* _____

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Offfice Furniture and Computers** | **$1,000.00** | | **$1,000.00** |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$1,000.00** |
|---|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** **NYCTripQuote (nyctripquote.nyctrip.com), NYCTicketMachine (nycsightseeing.nyctrip.com)** | **unknown** | | **unknown** |

62.   **Licenses, franchises, and royalties**

63.      **Customer lists, mailing lists, or other compilations**

64.      **Other intangibles, or intellectual property**

65.      **Goodwill**

66.      **Total of Part 10.**                                                                    **$0.00**
         Add lines 60 through 65. Copy the total to line 89.

67.      **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
         ■ No
         ☐ Yes

68.      **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
         ■ No
         ☐ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                              **Current value of
                                                                              debtor's interest**

71.      **Notes receivable**
         Description (include name of obligor)

72.      **Tax refunds and unused net operating losses (NOLs)**
         Description (for example, federal, state, local)

73.      **Interests in insurance policies or annuities**

74.      **Causes of action against third parties (whether or not a lawsuit
         has been filed)**

75.      **Other contingent and unliquidated claims or causes of action of
         every nature, including counterclaims of the debtor and rights to
         set off claims**

76.      **Trusts, equitable or future interests in property**

77.      **Other property of any kind not already listed** *Examples:* Season tickets,
         country club membership

         **AMEX Rewards Points**                                                    **unknown**

78.      **Total of Part 11.**                                                                    **$0.00**
         Add lines 71 through 77. Copy the total to line 90.

79.      **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $791,766.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $230,069.39 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $187,678.72 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $27,823.90 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,238,338.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,238,338.16 |

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name **New York City Vacations, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA, WILKES-BARRE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,848.00** |
|---|---|---|---|
| | **AAA Central Penn Group** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 2301 Paxton Church Rd | ☐ Disputed | |
| | Harrisburg, PA 17110-9688 | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Customer prepayment or Deposit** | |
| | Last 4 digits of account number **3612** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|
| | **AAA Central Penn** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 2301 Paxton Church Rd | ☐ Disputed | |
| | Harrisburg, PA 17110-9688 | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Customer prepayment or Deposit** | |
| | Last 4 digits of account number **4448** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,525.76** |
|---|---|---|---|
| | **Adele Grubbs** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 1010 Grantham Way | ☐ Disputed | |
| | Marietta, GA 30006 | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Customer prepayment or Deposit** | |
| | Last 4 digits of account number **5101** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,542.00** |
|---|---|---|---|
| | **Adrian Patrick** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 32811 State Highway Dd | ☐ Disputed | |
| | Macon, MO 63552-3145 | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Customer prepayment or Deposit** | |
| | Last 4 digits of account number **4491** | Is the claim subject to offset? ■ No ☐ Yes | |

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document    Page 137 of 255

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $848.00 |
|---|---|---|---|

**Agnes Hash**

400 E Center St
Kingsport, TN 37660-4804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5282__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Alan Aceves**

1663 Pinot Pl
Brentwood, CA 94513-4259

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5027__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Alan Kennish**

5013 5th Ave
Key West, FL 33040-5731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __4769__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,660.00 |
|---|---|---|---|

**Albert Weems**

9695 Lazy S Rd
Warrior, AL 35180-3019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5253__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,706.00 |
|---|---|---|---|

**Alexa Angell**

109 Brennan Pl
Greenville, SC 29609-6855

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __4898__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**Alexis Gaspard**

PO Box 643
Marksville, LA 71351

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5085__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Alexis Pope**

514 Manchester Ln
Byron, GA 31008-3865

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5340__

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.12 | Nonpriority creditor's name and mailing address | $2,754.78 |

**Alice Jones**

110 Bottino Dr
Vicksburg, MS 39180-9721

Date(s) debt was incurred __

Last 4 digits of account number __3064__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.13 | Nonpriority creditor's name and mailing address | $100.00 |

**Allison Hawk**

7415 Compton Cir
Cumming, GA 30040-7671

Date(s) debt was incurred __

Last 4 digits of account number __4369__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.14 | Nonpriority creditor's name and mailing address | $1,670.00 |

**Alvin Bethea**

839 Palafox St
Flomaton, AL 36441-5415

Date(s) debt was incurred __

Last 4 digits of account number __5152__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.15 | Nonpriority creditor's name and mailing address | $600.00 |

**Amanda Cameron**

223 Millside Ct
Commerce, GA 30529-7216

Date(s) debt was incurred __

Last 4 digits of account number __5190__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.16 | Nonpriority creditor's name and mailing address | $50.00 |

**Amanda Dejohn**

2821 Edgemont Ln
Nederland, TX 77627-4624

Date(s) debt was incurred __

Last 4 digits of account number __5175__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.17 | Nonpriority creditor's name and mailing address | $611.00 |

**Amanda LaBarge**

3990 Westchester Dr
Orange, TX 77630-1040

Date(s) debt was incurred __

Last 4 digits of account number __5175__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.18 | Nonpriority creditor's name and mailing address | $424.00 |

**Amanda Yarbrough**

114 Wood Ridge Dr
Nederland, TX 77627-9002

Date(s) debt was incurred __

Last 4 digits of account number __5175__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.50 |
|---|---|---|---|

**American Museum of Natural History**

200 Central Park W
New York, NY 10024-5102

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,161.40 |
|---|---|---|---|

**Amy Dawson**

61 Barnes Ln
Fremont, CA 94536-1689

Date(s) debt was incurred __

Last 4 digits of account number __5049__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,564.00 |
|---|---|---|---|

**Amy Hall**

296 Forest Trl
Marshall, TX 75672-1472

Date(s) debt was incurred __

Last 4 digits of account number __4097__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,167.26 |
|---|---|---|---|

**Anamary Poehling**

261 Fountain Dr
Glen Carbon, IL 62034

Date(s) debt was incurred __

Last 4 digits of account number __5304__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,578.00 |
|---|---|---|---|

**Anastasia (Stacy) Alexander**

5209 Lick Skillet Rd
Hamilton, GA 31811-3532

Date(s) debt was incurred __

Last 4 digits of account number __4536__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Andrew Bronson**

9000 Glenistar
Las Vegas, NV 89044

Date(s) debt was incurred __

Last 4 digits of account number __5338__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,377.00 |
|---|---|---|---|

**Andrew Hankes**

208 Fox Trl
Omro, WI 54963-1028

Date(s) debt was incurred __

Last 4 digits of account number __4237__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,210.90 |
|---|---|---|---|

**Andrew Thorry**
**Travel Expressions**
806 26th Ave
Vero Beach, FL 32960-3963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  3133

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,311.00 |
|---|---|---|---|

**Angela Miller**

8785 Turkey Bluff Rd
Navarre, FL 32566-2468

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  5273

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Angela Burke**

422 13th Way
Pleasant Grove, AL 35127-2605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  5019

Is the claim subject to offset? ■ No  ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Angela Clark**

3407 Rusack Dr
Killeen, TX 76542-6408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  5340

Is the claim subject to offset? ■ No  ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Angela Holtzclaw**

395 Red Bird Rd
Spruce Pine, NC 28777-8708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  3589

Is the claim subject to offset? ■ No  ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $986.00 |
|---|---|---|---|

**Angela Olson Myers**

31233 N 69th St
Scottsdale, AZ 85266-3153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  5156

Is the claim subject to offset? ■ No  ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $492.00 |
|---|---|---|---|

**Angella Lebove**

11843 Great Oaks Dr
College Station, TX 77845-5073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  5175

Is the claim subject to offset? ■ No  ☐ Yes

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document    Page 141 of 255

Debtor **New York City Vacations, Inc.**
Name
Case number (if known) _____

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Ann Heath**<br><br>**5136 Dahlia Dr**<br>**Plainfield, IN 46168-5716**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **3368** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer prepayment or Deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$550.00** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Ann Paulson**<br><br>**12949 W El Sueno Ct**<br>**Sun City West, AZ 85375-1533**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **4725** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer prepayment or Deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$538.00** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Anne Smith**<br><br>**1240 W Heidelberg Rd SW**<br>**Corydon, IN 47112-5239**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **5381** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer prepayment or Deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,846.00** |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Annette Langley**<br><br>**381 James Hill Cir**<br>**Hoover, AL 35216**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **5169** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer prepayment or Deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,111.00** |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Annie Locke**<br><br>**2729 21st Ave N**<br>**Texas City, TX 77590-4815**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **4947** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer prepayment or Deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,525.00** |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Annisa Houseman**<br><br>**610 Morgan St**<br>**Chapin, IL 62628-2036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **5379** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer prepayment or Deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,889.00** |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Antoinette Hale**<br><br>**3929 San Remo Dr**<br>**Jacksonville, FL 32217-4644**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **5330** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Customer prepayment or Deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,558.00** |

Official Form 206 E/F
Software Copyright (c) 2020 CINGroup - www.cincompass.com
Schedule E/F: Creditors Who Have Unsecured Claims
Page **6** of 116

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document   Page 142 of 255

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**April Hicks**

2845 Azalea Bluff Dr
Cumming, GA 30041-3209

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __4369__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,625.00 |
|---|---|---|---|

**April Johnson**

140 Sparrow Ln
Jefferson, GA 30549-7230

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5190__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,159.85 |
|---|---|---|---|

**Aptum Peer 1 / SERVERBEACH**

106 Jefferson St
San Antonio, TX 78205-1005

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.00 |
|---|---|---|---|

**Arnette Cowan**

229 Liberty Star Rd
Wendell, NC 27591-6876

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5351__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $424.00 |
|---|---|---|---|

**Ashley Peltier**

1999 Summerville Ln
Orange, TX 77630-2330

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5175__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,405.58 |
|---|---|---|---|

**Audra R McKenzie**

1330 John Rosser Rd
Sanford, NC 27332-6477

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5228__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,596.00 |
|---|---|---|---|

**B. ANTIQUENE NICHOLS**

2773 Stan Summers Rd
Hallsville, TX 75650-4651

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __4097__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,845.00 |

**Barbara Orr**

3592 Haystack Dr
Carson City, NV 89705-8018

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5059**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |

**Barbara Chow**

1723 Veneto Ln
Brentwood, CA 94513-5278

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5027**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,128.00 |

**Barbara Lehr**

215 Longmont St
Hallsville, TX 75650-5124

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4097**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,277.00 |

**Barbara Roadcap**

8192 Satches Ln
Bridgewater, VA 22812-3318

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5061**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $856.00 |

**Barbara Sanderson**

233 Wiltshire Dr
Montgomery, AL 36117-6067

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5032**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $669.50 |

**Barbara Snider**

5265 Stockton Pass
Trussville, AL 35173-2513

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **5275**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |

**Barby Gohringer**

1606 Laird St
Key West, FL 33040-5312

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4769**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Barry Tenenbaum**

178 N Pioneer Ave
Shavertown, PA 18708

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$609.90** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Be Our Guest Travel Company**
"
45 Brookhaven Rd
Pinehurst, NC 28374-7086

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,669.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**Becky Dodd**

1080 Gary Ln
Fallon, NV 89406-3624

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number **5358**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,902.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------------|

**Belinda Stivers**

2366 Port Royal Rd
Campbellsburg, KY 40011-7408

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Date(s) debt was incurred _

Last 4 digits of account number **5266**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35.98** |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Ben's Kosher Deli**
"Attn: Accounts Receivable
209 W 38th St
New York, NY 10018-4405

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,143.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------------|

**Berenda ODUM**

2254 Grangeway Rd
Marshall, TX 75672-5064

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Date(s) debt was incurred **194097**

Last 4 digits of account number **4097**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,102.30** |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------------|

**Betsy Sheerin**

490 Cedar Brg
Schertz, TX 78154-3640

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Date(s) debt was incurred _

Last 4 digits of account number **5254**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document          Page 145 of 255

| | | |
|---|---|---|
| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |

**3.61**

Nonpriority creditor's name and mailing address

**Betty Oshiro**

**1528 Symphony Cir**
**Brentwood, CA 94513-4263**

Date(s) debt was incurred __

Last 4 digits of account number __5027__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.62**

Nonpriority creditor's name and mailing address

**Betty Rubenstein**

**1550 Johnson St**
**Key West, FL 33040-4928**

Date(s) debt was incurred __

Last 4 digits of account number __4769__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.63**

Nonpriority creditor's name and mailing address

**Beverly Faldmo**

**163 W 950 N**
**Farmington, UT 84025-3715**

Date(s) debt was incurred __

Last 4 digits of account number __3406__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.64**

Nonpriority creditor's name and mailing address

**Beverly Johnson**

**1300 George Gregg St**
**Marshall, TX 75670-1586**

Date(s) debt was incurred __

Last 4 digits of account number __4097__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.65**

Nonpriority creditor's name and mailing address

**Bill Powell**

**7609 Riverview Kno Ct**
**Clemmons, NC 27012**

Date(s) debt was incurred __

Last 4 digits of account number __5289__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$4,129.14**

---

**3.66**

Nonpriority creditor's name and mailing address

**Bobbie May**

**22292 Highway 42**
**Livingston, LA 70754-4243**

Date(s) debt was incurred __

Last 4 digits of account number __9345__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$465.00**

---

**3.67**

Nonpriority creditor's name and mailing address

**Bobby Abigando**

**104 Nestrick Dr**
**Madison, AL 35756-3994**

Date(s) debt was incurred __

Last 4 digits of account number __4369__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.78 |

**Bodnar Sales and Service**

204 W Front St
Berwick, PA 18603-4704

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,592.76 |

**Bonita Vize**

7165 Belle Fountain Blvd
Middleton, WI 53562

Date(s) debt was incurred _

Last 4 digits of account number  **5265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |

**Bonnie Kegley**

PO Box 758
Eagle River, WI 54521

Date(s) debt was incurred _

Last 4 digits of account number  **5291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |

**Bonnie Newman**

2040 N 1100th Ave
Lynn Center, IL 61262-9545

Date(s) debt was incurred _

Last 4 digits of account number  **4172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $458.00 |

**Bradley Owens**

125 Forestdale Dr
Gaffney, SC 29341-2625

Date(s) debt was incurred _

Last 4 digits of account number  **5297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,830.00 |

**Brady Chapman**

609 Honeyflower Loop
Bradenton, FL 34212-5003

Date(s) debt was incurred _

Last 4 digits of account number  **4882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,495.00 |

**Brandi Diggs**

944 E Silva St
Long Beach, CA 90807-1033

Date(s) debt was incurred _

Last 4 digits of account number  **5065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document      Page 147 of 255

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Brandy Colunga**

**185 Potomac Dr**
**Bridge City, TX 77611-3752**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5175**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,196.00 |
|---|---|---|---|

**Brenda Anthony**

**8025 NW 72nd St**
**Tamarac, FL 33321-2744**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5224**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,665.50 |
|---|---|---|---|

**Brenda Lee**

**216 Riverwalk Blvd**
**Saint Johns, FL 32259-8624**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4172**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $474.00 |
|---|---|---|---|

**Brenda Tamplin**

**455 W Walton Rd**
**Lumberton, TX 77657-7419**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5175**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,224.00 |
|---|---|---|---|

**Brian Brown**

**401 Maddox Simpson Pkwy**
**Lebanon, TN 37090-5347**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5014**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Brian Beach**

**8705 S Dana**
**Orange, TX 77632-8229**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5175**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,671.00 |
|---|---|---|---|

**Brian Brady**

**114 Overhill Dr**
**Salisbury, NC 28144-7549**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4281**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,328.00 |
|---|---|---|---|
| | **Brian Musselman** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **441 Red Hill Rd**<br>**Pequea, PA 17565-9726** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **4828** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,394.00 |
|---|---|---|---|
| | **Brian Person** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **904 Eisenhower Ave**<br>**Jasper, IN 47546-3804** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **5264** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,689.00 |
|---|---|---|---|
| | **Briana Page** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **2108 S 7th St**<br>**Temple, TX 76504-7319** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **5006** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $424.00 |
|---|---|---|---|
| | **Bridgett LeJunie** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **117 S 16th St**<br>**Nederland, TX 77627** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **5175** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,736.14 |
|---|---|---|---|
| | **Bridgette Alford** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **8874 Stone Heritage Rd**<br>**Middlesex, NC 27557-9249** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **5288** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,504.00 |
|---|---|---|---|
| | **Brittany Spires** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **101 Iron Horse Rd**<br>**Lexington, SC 29073-6983** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **5111** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|
| | **Bruce Charles Baird** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **1751 Chardonnay Ct**<br>**Brentwood, CA 94513-4265** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **5027** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,981.00 |
|---|---|---|---|

**Bufkin Frazier**
**Must Love Travel**
**2046 Tr3405 Eaton Rd**
**Vero Beach, FL 32960-0927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Customer prepayment or Deposit**

Last 4 digits of account number  **5050**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Burma Cardwell**

**127 Dundee Dr**
**Carthage, NC 28327-9592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Customer prepayment or Deposit**

Last 4 digits of account number  **5055**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Byron George Barclay**

**1584 California Trl**
**Brentwood, CA 94513-4337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Customer prepayment or Deposit**

Last 4 digits of account number  **5027**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,232.00 |
|---|---|---|---|

**Candy Webb**

**3706 Dax Ln**
**Bridgeton, MO 63044-3507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Customer prepayment or Deposit**

Last 4 digits of account number  **5342**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.00 |
|---|---|---|---|

**Carla Porterfield**

**3730 Slater St**
**Cumming, GA 30041-1902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Customer prepayment or Deposit**

Last 4 digits of account number  **5327**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Carla Adams**

**301 Lamplighter Ln**
**Birmingham, AL 35214-6601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Customer prepayment or Deposit**

Last 4 digits of account number  **4521**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182.00 |
|---|---|---|---|

**Carmen Valley/Odyssey Travel**

**800 Honeysuckle Rd**
**Dothan, AL 36305-1158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Customer prepayment or Deposit**

Last 4 digits of account number  **4945**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,727.00 |
|------|--------------------------------------------------|------------------|-----------|

**Carol Lion**

508 Berwick Rd S
Syracuse, NY 13208-3209

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5092**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,290.50 |
|------|--------------------------------------------------|------------------|-----------|

**Carol Magill**

3600 SW Randolph Sq
Topeka, KS 66611-3001

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5352**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,755.00 |
|------|--------------------------------------------------|------------------|-----------|

**Carol Yates**

3343 Eastview Dr
Shingle Springs, CA 95682-9531

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5159**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|------|--------------------------------------------------|------------------|-----------|

**Carol Phillips**

620 Frances St
Key West, FL 33040-7181

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **4769**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.00 |
|-------|--------------------------------------------------|------------------|-----------|

**Carol Smith**

21 N Idlewild Ave
Mundelein, IL 60060-2035

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5034**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,846.38 |
|-------|--------------------------------------------------|------------------|-----------|

**Carol Stopher**

7010 Peartree Ln
Fort Wayne, IN 46825-3741

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5294**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,530.00 |
|-------|--------------------------------------------------|------------------|-----------|

**Carolyn Varner**

534 Lake Pointe Ln
Madison, MS 39110-8752

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5204**

Is the claim subject to offset? ■ No ☐ Yes

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document    Page 151 of 255

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Carroll McCain**

5970 Gladys Ave
Beaumont, TX 77706-4410

Date(s) debt was incurred __

Last 4 digits of account number  **5175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Catharine Skidmore**

336 Sunset Dr
Athens, GA 30606-2850

Date(s) debt was incurred __

Last 4 digits of account number  **5590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.00 |
|---|---|---|---|

**Cathy Woodbury**

1230 Heather Dr
Murphys, CA 95247-9687

Date(s) debt was incurred __

Last 4 digits of account number  **4336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Cathy Rohrer**

5147 Silverbell Dr
Plainfield, IN 46168-5706

Date(s) debt was incurred __

Last 4 digits of account number  **3368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Chareese Cherry**

2606 Ballentine Blvd
Norfolk, VA 23509-2304

Date(s) debt was incurred __

Last 4 digits of account number  **4786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,011.00 |
|---|---|---|---|

**Charles Knabusch, Jr**

1310 Roberts St
Vidor, TX 77662-3555

Date(s) debt was incurred __

Last 4 digits of account number  **5313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,124.00 |
|---|---|---|---|

**Charles Mecklin Jr**

87 Old Mill Ct
Carrollton, GA 30117-4247

Date(s) debt was incurred __

Last 4 digits of account number  **5031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

**Charlotte Ann Grabill**

1626 Gamay Ln
Brentwood, CA 94513-4332

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5027**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237.00 |

**Chelcie Barnett**

131 Dorothy Dr
Nederland, TX 77627-3113

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5175**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,708.00 |

**Cheryl Lentz**

9961 Foxrun Rd
Santa Ana, CA 92705-6103

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Deposit or Prepayment**

Last 4 digits of account number  **5270**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,708.00 |

**Cheryl Lentz**

9961 Foxrun Rd
Santa Ana, CA 92705-6103

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5270**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,430.36 |

**Cheryl McCaslin**

2601 Addison Ave
Scottsbluff, NE 69361-1882

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4841**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,403.00 |

**Chris Rigsby**

324 Chisholm Trl
Hallsville, TX 75650-7318

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4097**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,049.00 |

**Christen Oganowski**

3633 Newhouse Pl
Greenwood, IN 46143-9461

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4327**

Is the claim subject to offset? ■ No  ☐ Yes

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document        Page 153 of 255

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,947.00 |
|---|---|---|---|

**Christina Hanigan**

1801 Grandview Dr E
Garden City, KS 67846-8493

Date(s) debt was incurred __

Last 4 digits of account number **5007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.00 |
|---|---|---|---|

**Christina Arrick**

422 13th Way
Pleasant Grove, AL 35127-2605

Date(s) debt was incurred __

Last 4 digits of account number **5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,482.36 |
|---|---|---|---|

**Christine Rich**

5060 Kirkwood Trl
Titusville, FL 32780-6728

Date(s) debt was incurred __

Last 4 digits of account number **5369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,417.00 |
|---|---|---|---|

**Christino DeCarlo**

871 Coronado Dr
Henderson, NV 89002

Date(s) debt was incurred __

Last 4 digits of account number **5072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,381.00 |
|---|---|---|---|

**Christopher Nunzir**

4579 Windcrest Dr
Reno, NV 89523-9421

Date(s) debt was incurred __

Last 4 digits of account number **5302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,356.00 |
|---|---|---|---|

**Christopher Lynch**

215 N Center St Apt 502
San Antonio, TX 78202-2760

Date(s) debt was incurred __

Last 4 digits of account number **5094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,037.00 |
|---|---|---|---|

**Christy Adams**

6900 Ridge Rd
Columbus, MS 39705-8270

Date(s) debt was incurred __

Last 4 digits of account number **5178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 5:20-bk-01790-HWV     Doc 1     Filed 06/10/20     Entered 06/10/20 13:19:57     Desc
Main Document          Page 154 of 255

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,846.38 |
|---|---|---|---|

**Cindy Bermes**

12408 Tanzanite Ct
Fort Wayne, IN 46818-8541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5294**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Cindy Smith**

303 Twelve Oaks Dr
Warner Robins, GA 31088-2563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5340**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,478.00 |
|---|---|---|---|

**Cindy Wall**

4170 Suwanee Bend Dr
Suwanee, GA 30024-6460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5099**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.00 |
|---|---|---|---|

**Circle Line Cruises(NY)**
**"Pier**
**83 W 42nd St**
New York, NY 10036-8004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,498.00 |
|---|---|---|---|

**Clare Crawford**

1 Oak Grove Dr
Belleville, IL 62221-2535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **3781**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,160.00 |
|---|---|---|---|

**Claudia Robinette**

349 Cognac Rd
Marston, NC 28363-8505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5172**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $405.00 |
|---|---|---|---|

**Cleve Williams**

507 3rd Ave
Jasper, IN 47546-3504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **5142**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document    Page 155 of 255

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,710.00 |
|---|---|---|---|

**Colleen Clasen**

11108 Laverham Ct
Bakersfield, CA 93312-7017

Date(s) debt was incurred _

Last 4 digits of account number **4330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,340.00 |
|---|---|---|---|

**Colleen Freking**

511 12th St
Heron Lake, MN 56137-4020

Date(s) debt was incurred _

Last 4 digits of account number **5003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,694.00 |
|---|---|---|---|

**Colleen Price**

45 Bridgetown Rd
Hilton Head Island, SC 29928-3365

Date(s) debt was incurred _

Last 4 digits of account number **5328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.05 |
|---|---|---|---|

**Comcast - Xfinity - Barry's**

PO Box 70219
Philadelphia, PA 19176-0219

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,495.76 |
|---|---|---|---|

**Connie Rupp**

217 Pin Oak Dr
Baytown, TX 77520-1214

Date(s) debt was incurred _

Last 4 digits of account number **5246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Connie Conover**

5083 Silverbell Dr
Plainfield, IN 46168-5737

Date(s) debt was incurred _

Last 4 digits of account number **3368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $524.00 |
|---|---|---|---|

**Connie Lindsey**

10323 Sweetgum Ln
Lumberton, TX 77657-5505

Date(s) debt was incurred _

Last 4 digits of account number **5175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $792.00 |

**Constance Waddle**

PO Box 235
Bakersfield, CA 93302

Date(s) debt was incurred __

Last 4 digits of account number **5190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.00 |

**Cori Convertito**

281 Front St
Key West, FL 33040-8313

Date(s) debt was incurred __

Last 4 digits of account number **4769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Corrie Case**

8783 Randall Dr
Fishers, IN 46038-1080

Date(s) debt was incurred __

Last 4 digits of account number **4369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.06 |

**Courtyard Manhattan Times Square South**

114 W 40th St
New York, NY 10018-2699

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**Cristie Thomas**

5468 Old Carthadge Rd
Carthage, NC 28327

Date(s) debt was incurred __

Last 4 digits of account number **5055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,810.59 |

**Crowne Plaza Times Square Manhattan**

1605 Broadway
New York, NY 10019-7406

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $542.03 |

**Cruise Planners (Coral Springs)**

3111 N University Dr Ste 800
Coral Springs, FL 33065-5099

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.22 |

**Cruises and Tours Unlimited**

9125 Phillips Hwy
Jacksonville, FL 32099

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,807.14 |

**Crystal  Wilbers**

904 Ashridge Ct
Erlanger, KY 41018-2981

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Date(s) debt was incurred __

Last 4 digits of account number __5194__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,018.14 |

**Crystal Hanks**

PO BOX 164
Excel, AL 36439

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Date(s) debt was incurred __

Last 4 digits of account number __5271__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |

**Cynthia Perrone**

260 N Tropical Trl
Merritt Island, FL 32953-4800

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Date(s) debt was incurred __

Last 4 digits of account number __4888__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,215.00 |

**Cynthia Smith**

3033 Heritage Lakes Dr
Hilliard, OH 43026

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Date(s) debt was incurred __

Last 4 digits of account number __5162__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,784.00 |

**Cynthia A. McAdams**

PO Box 33365
San Diego, CA 92163

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Date(s) debt was incurred __

Last 4 digits of account number __4439__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**Cynthia Hill**

1969 Sunset Point Rd Ste 16
Clearwater Beach, FL 33765-1145

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Date(s) debt was incurred __

Last 4 digits of account number __4117__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **New York City Vacations, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Cynthia Rigsby**

324 Chisholm Trl
Hallsville, TX 75650-7318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __4097__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,788.00 |
|---|---|---|---|

**Cynthia Sieve**

24296 190th St
Reading, MN 56165-2101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5003__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Cynthia Welborn**

211 Nix Way
Warner Robins, GA 31093-2333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5340__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Cynthia Zimmerman**

1673 Gamay Ln
Brentwood, CA 94513-4330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5027__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,340.00 |
|---|---|---|---|

**Cynthia Zulkosky**

630 Anne Ct
Delano, MN 55328-4509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5003__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $356.00 |
|---|---|---|---|

**Dacia Griffin**

8340 Lake Powell Dr
Nederland, TX 77627-5655

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5175__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,220.00 |
|---|---|---|---|

**Dale Clarken**

300 Boardwalk Dr
Fort Collins, CO 80525-3070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5074__

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$905.00**

**Dan Shenberger**

12173 Pine St
Felton, PA 17322-8402

Date(s) debt was incurred __

Last 4 digits of account number **5213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,970.00**

**Dana Adams**

103 South Dr
Covington, LA 70433-4813

Date(s) debt was incurred __

Last 4 digits of account number **4977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,306.07**

**Dana Dooley**

37522 Copperstone Dr
Sterling Heights, MI 48312-4806

Date(s) debt was incurred __

Last 4 digits of account number **5357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,596.00**

**Dana Roycroft**

2002 Gum Springs Rd
Longview, TX 75602-7123

Date(s) debt was incurred __

Last 4 digits of account number **4097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,186.00**

**Daniel Costello**

7919 Carnell Ln
Lenexa, KS 66062

Date(s) debt was incurred __

Last 4 digits of account number **2390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,303.00**

**Daniel Siegrist**

394 Cinder Rd
New Providence, PA 17560-9513

Date(s) debt was incurred __

Last 4 digits of account number **4822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$849.00**

**Danielle Badgett**

7635 Superior Dr
Nederland, TX 77627-5666

Date(s) debt was incurred __

Last 4 digits of account number **5175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,543.00 |
|---|---|---|---|

**Daphne LeaHemmer**

☐ Contingent
☐ Unliquidated
**32 Keiffer Rd**
☐ Disputed
**Shrewsbury, VT 05738-9591**

Date(s) debt was incurred __   **Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5299**   Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,468.00 |
|---|---|---|---|

**David Daub**

☐ Contingent
☐ Unliquidated
**60 Narcissus Ln**
☐ Disputed
**Levittown, PA 19054-3402**

Date(s) debt was incurred __   **Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **3665**   Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,812.00 |
|---|---|---|---|

**David Griffin**

☐ Contingent
☐ Unliquidated
**16 Woods Edge Dr**
☐ Disputed
**Gorham, ME 04038-2765**

Date(s) debt was incurred __   **Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5130**   Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,537.00 |
|---|---|---|---|

**David Schoewe**

☐ Contingent
☐ Unliquidated
**2808 S 22nd St**
☐ Disputed
**Rogers, AR 72758-6135**

Date(s) debt was incurred __   **Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5384**   Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**David Mays**

☐ Contingent
☐ Unliquidated
**1736 Latour Ave**
☐ Disputed
**Brentwood, CA 94513-4333**

Date(s) debt was incurred __   **Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5027**   Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,810.00 |
|---|---|---|---|

**Dawn Paulson**

☐ Contingent
☐ Unliquidated
**763 Riesgraf Rd**
☐ Disputed
**Carver, MN 55315-4522**

Date(s) debt was incurred __   **Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5189**   Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,108.00 |
|---|---|---|---|

**Dawn Weathersbee**

☐ Contingent
☐ Unliquidated
**1016 Bookie Richardson Rd**
☐ Disputed
**Chapin, SC 29036-9142**

Date(s) debt was incurred __   **Basis for the claim: __**

Last 4 digits of account number  **5135**   Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Dawn C Meelberg**

41274 Poplar Dr
Emily, MN 56447-3018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5003__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,417.00 |
|---|---|---|---|

**Dawn Meelberg**

41274 Poplar Dr
Emily, MN 56447-3018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5003__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,250.14 |
|---|---|---|---|

**Dayne Crumpler**

131 Harris Ave
Raeford, NC 28376

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5216__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**Debbie Sparks**

8 Sunset Canyon Ln
Santa Fe, NM 87508-1454

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5175__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,117.00 |
|---|---|---|---|

**Deborah Carrico**

2505 Littlebrook Trl
Owensboro, KY 42303-2188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __3777__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|---|---|---|---|

**Deborah Guilbeaux**

6664 Guy Ln
Orange, TX 77632-3901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5175__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Deborah Lynn Wiener**

5830 Las Positas Rd
Livermore, CA 94551-7800

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5027__

Is the claim subject to offset? ■ No ☐ Yes

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document     Page 162 of 255

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,074.00 |
|---|---|---|---|

**Deborah Madsen**

925 W Branch St
Princeton, MN 55371-1553

Date(s) debt was incurred __

Last 4 digits of account number __5003__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,167.00 |
|---|---|---|---|

**Debra Balliram-Manohalal**

9868 Woolworth Ct
Wellington, FL 33414-6463

Date(s) debt was incurred __

Last 4 digits of account number __5124__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.00 |
|---|---|---|---|

**Debra Callahan**

763 Kenowood Dr
Port Orange, FL 32129-4266

Date(s) debt was incurred __

Last 4 digits of account number __5356__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,259.00 |
|---|---|---|---|

**Debra Freeman**

1910 Tupelo Trl
Holt, MI 48842-1557

Date(s) debt was incurred __

Last 4 digits of account number __4963__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,323.00 |
|---|---|---|---|

**Debra Keithley**

1503 Hawthorn Dr
Macon, MO 63552-2244

Date(s) debt was incurred __

Last 4 digits of account number __4491__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,676.00 |
|---|---|---|---|

**Debra Rand**

30 Fairchild Way
Greenville, SC 29607-5569

Date(s) debt was incurred __

Last 4 digits of account number __5071__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $769.00 |
|---|---|---|---|

**Debra Rice**

11770 20 Mile Rd NE
Cedar Springs, MI 49319-9742

Date(s) debt was incurred __

Last 4 digits of account number __5191__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,900.14 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Debra Joiner**

6108 Highway 613
Lucedale, MS 39452-3160

Date(s) debt was incurred __

Last 4 digits of account number __**5315**__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Debra Lange**

4896 Lilium Dr
Plainfield, IN 46168-5739

Date(s) debt was incurred __

Last 4 digits of account number __**3368**__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Delana Ludlow**

5048 Lilium Dr
Plainfield, IN 46168-5701

Date(s) debt was incurred __

Last 4 digits of account number __**3368**__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,985.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Delmar Riesterer**

14086 Saint Andrews Dr
Valders, WI 54245-9556

Date(s) debt was incurred __

Last 4 digits of account number __**5118**__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Delta Trudel**

2142 SE Abcor Rd
Port Saint Lucie, FL 34952-5650

Date(s) debt was incurred __

Last 4 digits of account number __**5366**__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Denise Noel**

101 Heron Dr
Kathleen, GA 31047-2534

Date(s) debt was incurred __

Last 4 digits of account number __**5340**__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Dennis Bachtel**

1516 Miwok Ct
Brentwood, CA 94513-4343

Date(s) debt was incurred __

Last 4 digits of account number __**5027**__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document    Page 164 of 255

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Dennis Beaver**

1207 Whitehead St
Key West, FL 33040-7526

Date(s) debt was incurred _

Last 4 digits of account number **4769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Dennis Frese**

1593 California Trl
Brentwood, CA 94513-4337

Date(s) debt was incurred _

Last 4 digits of account number **5027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,249.00 |
|---|---|---|---|

**Derek Osburn**

4403 88th St
Lubbock, TX 79424-4201

Date(s) debt was incurred _

Last 4 digits of account number **4481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,330.00 |
|---|---|---|---|

**Diana Oakley**
**Gifted Travel Network**
**425 E Statesville Ave**
**Mooresville, NC 28115-2533**

Date(s) debt was incurred _

Last 4 digits of account number **5205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,340.00 |
|---|---|---|---|

**Diane Kirchner**

707 N Columbia Ave
Fulda, MN 56131-1144

Date(s) debt was incurred _

Last 4 digits of account number **5003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $874.00 |
|---|---|---|---|

**Diane Tatman**

9225 Shadbush Cir
Centerville, OH 45458-5912

Date(s) debt was incurred _

Last 4 digits of account number **5230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **v**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,614.72 |
|---|---|---|---|

**Don Shumock**

448 Highland Ave
Monroeville, AL 36460-2114

Date(s) debt was incurred _

Last 4 digits of account number **5271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **New York City Vacations, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,572.00 |
|---|---|---|---|

**Donald Steffen**

26799 Pepperwood Dr
Woodhaven, MI 48183-4466

Date(s) debt was incurred _

Last 4 digits of account number **5080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,328.00 |
|---|---|---|---|

**Donald Neff**

49 Ridgefield Dr
Lancaster, PA 17602-6107

Date(s) debt was incurred _

Last 4 digits of account number **4824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,505.14 |
|---|---|---|---|

**Donna Bradley**

121 Pelican Point Ln
Bohannon, VA 23021-2008

Date(s) debt was incurred _

Last 4 digits of account number **5242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Donna Spencer**

1808 Chrisco Rd W
Seagrove, NC 27341-7447

Date(s) debt was incurred _

Last 4 digits of account number **5055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,975.54 |
|---|---|---|---|

**Donna Terry Hollimon**

425 County Road 325
Moulton, AL 35650-8043

Date(s) debt was incurred _

Last 4 digits of account number **4217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,972.00 |
|---|---|---|---|

**Dwight Monroe**

1609 Harmony Ln
Tuscaloosa, AL 35406-1930

Date(s) debt was incurred _

Last 4 digits of account number **5212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Ed Fritch**

1831 Withrow Rd
Greensboro, GA 30642-2553

Date(s) debt was incurred _

Last 4 digits of account number **5190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,650.00** |
|---|---|---|---|

**Edana L Nail**

602 W Hill St
Fulton, MS 38843-1022

Date(s) debt was incurred __

Last 4 digits of account number **5256**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,330.00** |
|---|---|---|---|

**Edana L Nail**

602 W Hill St
Fulton, MS 38843-1022

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Eden Gilley**

601 Rock Forge Ct
Jefferson, GA 30549-6443

Date(s) debt was incurred __

Last 4 digits of account number **5190**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,495.00** |
|---|---|---|---|

**Edward Mattiuz**

11370 Hickory Woods Dr
Fishers, IN 46038-1887

Date(s) debt was incurred __

Last 4 digits of account number **4584**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Edward Pressnell**

1748 Chardonnay Ct
Brentwood, CA 94513-4265

Date(s) debt was incurred __

Last 4 digits of account number **5027**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,197.54** |
|---|---|---|---|

**Ekonomy Travel Services**

2403 S 4th Street Sable Palm Plz
Fort Pierce, FL 34945

Date(s) debt was incurred __

Last 4 digits of account number **5366**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$930.00** |
|---|---|---|---|

**Elaine Obershaw**

20055 Hoya Ct
Lakeville, MN 55044-6829

Date(s) debt was incurred __

Last 4 digits of account number **3056**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Eleanor Smith**

604 Rolling Acres Dr
Kathleen, GA 31047-1608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer prepayment or Deposit

Last 4 digits of account number **5340**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Elizabeth  Spence**

5134 Old Hickory Cir
Marianna, FL 32446-0149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer prepayment or Deposit

Last 4 digits of account number **5088**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Elizabeth Chamberlain**

1418 Pine St
Key West, FL 33040-7245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer prepayment or Deposit

Last 4 digits of account number **4769**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,827.00 |
|---|---|---|---|

**Elizabeth Hisaw**

919 Taylor Ave
Godfrey, IL 62035-2537

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer prepayment or Deposit

Last 4 digits of account number **5255**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Elizabeth Joy**

1401 Country Club Rd N
Saint Petersburg, FL 33710-4428

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer prepayment or Deposit

Last 4 digits of account number **4369**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,470.00 |
|---|---|---|---|

**Elizabeth M Hoppe**

6005 W Wisconsin Ave
Wauwatosa, WI 53213-4182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer prepayment or Deposit

Last 4 digits of account number **3670**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $561.00 |
|---|---|---|---|

**Elizabeth McCoy**

25523 Shafer Rd
Thebes, IL 62990-2141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer prepayment or Deposit

Last 4 digits of account number **5312**

Is the claim subject to offset? ■ No ☐ Yes

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,116.00 |
|---|---|---|---|

**Elizabeth Odello**

5468 Ruthwood Dr
Calabasas, CA 91302-1048

Date(s) debt was incurred _

Last 4 digits of account number **5332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,208.00 |
|---|---|---|---|

**Elizabeth Russell**

1923 W Parkside Ave
Burbank, CA 91506-2910

Date(s) debt was incurred _

Last 4 digits of account number **5091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $959.00 |
|---|---|---|---|

**Elizabeth Simon**

25859 160th St NW
Big Lake, MN 55309-8571

Date(s) debt was incurred _

Last 4 digits of account number **5003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.00 |
|---|---|---|---|

**Ella Crawford**

7060 N Thorne Ave
Fresno, CA 93650-1073

Date(s) debt was incurred _

Last 4 digits of account number **5034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,136.50 |
|---|---|---|---|

**Ellen Stein**

3912 Royal Oak Dr
Birmingham, AL 35243-5930

Date(s) debt was incurred _

Last 4 digits of account number **5144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,067.00 |
|---|---|---|---|

**Ellice Smart**

8060 Frankford Rd Apt 106
Dallas, TX 75252-6872

Date(s) debt was incurred _

Last 4 digits of account number **3693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Emily Brown**

353 Hanna St
Medina, TN 38355-8712

Date(s) debt was incurred _

Last 4 digits of account number **4369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*       **$250.00** |

**Nonpriority creditor's name and mailing address**
**Emma Starr**

**1616 Catherine St**
**Key West, FL 33040-3532**

Date(s) debt was incurred __

Last 4 digits of account number **4769**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$250.00**

---

**3.230**
**Nonpriority creditor's name and mailing address**
**Empire State Realty Observatory TRS LLC**

**PO Box 21078**
**New York, NY 10087-1078**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

**$3,204.75**

---

**3.231**
**Nonpriority creditor's name and mailing address**
**Ensemble Travel Group**

**56 W 38th St Fl 11**
**New York, NY 10018-6203**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

**$397.51**

---

**3.232**
**Nonpriority creditor's name and mailing address**
**Eric Bartels**

**347 Columbo Cir**
**Orlando, FL 32804-6301**

Date(s) debt was incurred __

Last 4 digits of account number **5078**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$4,073.00**

---

**3.233**
**Nonpriority creditor's name and mailing address**
**Erica March**

**6289 Fieldbrook Cir**
**Mc Calla, AL 35111**

Date(s) debt was incurred __

Last 4 digits of account number **5019**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$324.00**

---

**3.234**
**Nonpriority creditor's name and mailing address**
**Ernestine Brown**

**3320 Cliff Rd S Apt 12**
**Birmingham, AL 35205-1555**

Date(s) debt was incurred __

Last 4 digits of account number **5019**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$904.00**

---

**3.235**
**Nonpriority creditor's name and mailing address**
**Felicia Anderson**

**5809 Cheshire Cove Trl**
**Mc Calla, AL 35111**

Date(s) debt was incurred __

Last 4 digits of account number **5019**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

**$170.00**

---

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document     Page 170 of 255

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.00 |
|---|---|---|---|

**Felicia Frost**

6201 Dayburst Way
Sacramento, CA 95823-6101

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5032**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.00 |
|---|---|---|---|

**Felicia Thompson**

709 70th Pl S
Birmingham, AL 35206-5402

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5019**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Fran Decker**

600 Elizabeth St
Key West, FL 33040-6823

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4769**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,666.20 |
|---|---|---|---|

**Frances Morrow**

3837 Rue Left Bank
Alexandria, LA 71303-4160

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5347**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,686.00 |
|---|---|---|---|

**Frances Shipper**

1157 Kestrel Way
Salisbury, MD 21804-9328

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **v**

Last 4 digits of account number  **4972**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Frances Kelly**

1577 California Trl
Brentwood, CA 94513-4337

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5027**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,979.00 |
|---|---|---|---|

**Francis Morton**

7999 Honeysuckle Ln
West Chester, OH 45069-2458

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5287**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $477.00 |
|---|---|---|---|

**Frank Werhun**

207 Willow Rd
Pittston, PA 18640-3759

Date(s) debt was incurred __

Last 4 digits of account number **5238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Frankie Miller**

2607 Thorndale Pl
Dothan, AL 36303-1513

Date(s) debt was incurred __

Last 4 digits of account number **5286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |
|---|---|---|---|

**Fred Almade**

1237 SW Addie St
Port Saint Lucie, FL 34983-2403

Date(s) debt was incurred __

Last 4 digits of account number **5321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.85 |
|---|---|---|---|

**Frontier**

PO Box 740407
Cincinnati, OH 45274-0407

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,654.00 |
|---|---|---|---|

**Gary Krakowski**

21121 Kenmare Dr
Shorewood, IL 60404-8194

Date(s) debt was incurred __

Last 4 digits of account number **5387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Geauxing Places**

112 Hummell St
Denham Springs, LA 70726-3418

Date(s) debt was incurred __

Last 4 digits of account number **3064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,826.00 |
|---|---|---|---|

**Gema Sweeney**

3409 Chapel Creek Cir
Wesley Chapel, FL 33544-7705

Date(s) debt was incurred __

Last 4 digits of account number **4840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $716.25 |
|---|---|---|---|

**Gennie Perry**

**12 Alex Ln**
**Hattiesburg, MS 39402-3680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4323**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $640.14 |
|---|---|---|---|

**Geoffry Landis**

**210 S Main St**
**Goshen, IN 46526-3723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5316**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Gerald Gray**

**1614 Zinfandel Dr**
**Brentwood, CA 94513-4338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5027**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,840.00 |
|---|---|---|---|

**Gerald Schwarzauer**

**516 Camelot Way**
**Opelika, AL 36801-2500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5272**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Gina Guess**

**71 E 3rd St**
**Tuscumbia, AL 35674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5026**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**Gina Marsiglio**

**4105 Amaryllis Dr**
**Plainfield, IN 46168-5708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **3368**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,232.05 |
|---|---|---|---|

**Ginger Fulton**

**2144 Roscoe Rd**
**Newnan, GA 30263-4003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5263**

Is the claim subject to offset? ■ No ☐ Yes

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.00 |
|---|---|---|---|

**Gisele Jones**

PO Box 582891
Elk Grove, CA 95758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5034**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,044.00 |
|---|---|---|---|

**Giselle Gibbs**

PO Box 582891
Elk Grove, CA 95758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5034**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,740.00 |
|---|---|---|---|

**Giselle Jones**

PO Box 582891
Elk Grove, CA 95758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5034**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Glenda Frye**

3831 Old Forest Rd
Lynchburg, VA 24501-6955

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5134**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

**Gracie Hancock**

402 E Lomax Dr
Longview, TX 75603-9635

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4097**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,618.00 |
|---|---|---|---|

**Graciella Boltiansky**

432 N Palm Dr Apt 409
Beverly Hills, CA 90210-3944

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4845**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,370.00 |
|---|---|---|---|

**Greg Holestin**

454 Peace Haven Dr
Norfolk, VA 23502-5716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5370**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **New York City Vacations, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,764.76** |
|---|---|---|---|
| | **Gregory Cobbler** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **6932 Medical Center Rd** | ☐ Disputed | |
| | **Axton, VA 24054-2940** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __V__ | |
| | Last 4 digits of account number **5259** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,353.00** |
|---|---|---|---|
| | **Gregory Plaisance** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **188 E 85th St** | ☐ Disputed | |
| | **Cut Off, LA 70345-3822** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **4861** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,730.28** |
|---|---|---|---|
| | **Gregory R Phillips** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1324 S College Ave** | ☐ Disputed | |
| | **Tulsa, OK 74104-4816** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number **5284** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|
| | **Gretchen Garner-Easter** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **24 Pebble River Cir** | ☐ Disputed | |
| | **Sacramento, CA 95831-2979** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **5034** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$870.00** |
|---|---|---|---|
| | **Gwedolyn Lewis** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **26248 Glenmare St** | ☐ Disputed | |
| | **Highland, CA 92346-1632** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **5034** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,985.00** |
|---|---|---|---|
| | **Gwendolyn Boutte** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO BOX 112** | ☐ Disputed | |
| | **Slidell, LA 70459** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **5125** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$480.00** |
|---|---|---|---|
| | **Harvest Builders Center** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **2007 Elberta Rd** | ☐ Disputed | |
| | **Warner Robins, GA 31093-1352** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **5340** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Name

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,555.00 |

**Heather Rice**

374 W 6th Ave
Columbus, OH 43201-3135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5154**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,746.14 |

**Heather VanKleeck**

8304 Hampton Cir E
Indianapolis, IN 46256-9777

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5364**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,542.00 |

**Heather N Witt**

27985 Jaguar St
Macon, MO 63552-4331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **4491**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |

**Heidi Hershberger**

2313 Highway 82
Statham, GA 30666

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5190**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,930.00 |

**Holly Lowder**

229 Liberty Star Rd
Wendell, NC 27591-6876

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5351**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |

**Holly Robertson**

28814 Stone Ridge Ct
Waterford, WI 53185-5609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5239**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $955.00 |

**Holly Salk**

12189 282nd Ave NW
Zimmerman, MN 55398-4671

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5003**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document      Page 176 of 255

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Holly Seales**

5782 S State Highway 605
Dothan, AL 36301-6512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number **4369**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Hunt Bascom**

1549 Symphony Cir
Brentwood, CA 94513-4263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number **5027**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Ina Tabak**

2118 Solera St
Brentwood, CA 94513-6482

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number **5027**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.28 |
|---|---|---|---|

**InteleTravel.com**

777 E Atlantic Ave Ste 300
Delray Beach, FL 33483-5352

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,179.00 |
|---|---|---|---|

**Iva Moore**

4675 FM 2587
Wildorado, TX 79098-6206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number **5311**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,219.00 |
|---|---|---|---|

**J Espitia Espinosa**

4916 Lumley Rd
Durham, NC 27703-5867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number **5309**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,559.00 |
|---|---|---|---|

**J. Brett Bettis**

5959 Valley Way
Trussville, AL 35173-2877

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number **5151**

Is the claim subject to offset? ■ No  ☐ Yes

Name

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.00 |

**3.285**

Nonpriority creditor's name and mailing address
**Jacqueline Ligon**

2012 Hollins Dr
Birmingham, AL 35205-6354

Date(s) debt was incurred _
Last 4 digits of account number __5019__

As of the petition filing date, the claim is: Check all that apply.    $312.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286**

Nonpriority creditor's name and mailing address
**Jacquelyn Pepper**

1943 Burgundy Ln
Brentwood, CA 94513-6479

Date(s) debt was incurred _
Last 4 digits of account number __5027__

As of the petition filing date, the claim is: Check all that apply.    $200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287**

Nonpriority creditor's name and mailing address
**Jaime Briseno**

3183 Normington Dr
Sacramento, CA 95833-1248

Date(s) debt was incurred _
Last 4 digits of account number __4408__

As of the petition filing date, the claim is: Check all that apply.    $538.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288**

Nonpriority creditor's name and mailing address
**Jaime Laino**

PO Box 908
Key West, FL 33041

Date(s) debt was incurred _
Last 4 digits of account number __4769__

As of the petition filing date, the claim is: Check all that apply.    $250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289**

Nonpriority creditor's name and mailing address
**Jamenia Duncan**

1631 Vista View Dr
Montgomery, AL 36110-3219

Date(s) debt was incurred _
Last 4 digits of account number __5350__

As of the petition filing date, the claim is: Check all that apply.    $1,445.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290**

Nonpriority creditor's name and mailing address
**James Douglas Nichols**

10948 Alandale Way
Rancho Cordova, CA 95670-5133

Date(s) debt was incurred _
Last 4 digits of account number __5226__

As of the petition filing date, the claim is: Check all that apply.    $924.05
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291**

Nonpriority creditor's name and mailing address
**James Rego**

1635 Gamay Ln
Brentwood, CA 94513-4331

Date(s) debt was incurred _
Last 4 digits of account number __5027__

As of the petition filing date, the claim is: Check all that apply.    $300.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document        Page 178 of 255

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $994.00 |
|---|---|---|---|

**Jamie Green**

539 Autumn Ridge Ln
Lafayette, TN 37083-3680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer prepayment or Deposit__

Last 4 digits of account number  __5053__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Jamita Stepna**

8534 Alpine Vineyards Ct
Las Vegas, NV 89139-6818

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer prepayment or Deposit__

Last 4 digits of account number  __5338__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,738.00 |
|---|---|---|---|

**Jane  Goldsmith**

17 Brackett Ln # B
Hudson, NH 03051-3276

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer prepayment or Deposit__

Last 4 digits of account number  __5137__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,497.00 |
|---|---|---|---|

**Jane  Reed**

121 Pelican Point Ln
Bohannon, VA 23021-2008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer prepayment or Deposit__

Last 4 digits of account number  __5244__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Jane Grannis**

620 Mickens Ln
Key West, FL 33040-6533

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer prepayment or Deposit__

Last 4 digits of account number  __4769__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,290.50 |
|---|---|---|---|

**Jane Schaible**

4301 SW 56th Ct
Topeka, KS 66610-9453

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer prepayment or Deposit__

Last 4 digits of account number  __5352__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,827.20 |
|---|---|---|---|

**Janet Joslyn**

3278 Twilight Ct
Baldwinsville, NY 13027-4247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  __5278__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**janet Ruffin**

☐ Contingent
☐ Unliquidated
☐ Disputed

**1622 14th Ave N**
**Bessemer, AL 35020-4672**

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4521**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Janette Weber**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2025 Hilltop Dr**
**Redding, CA 96002-0209**

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5086**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,352.00** |
|---|---|---|---|

**Janice Harmon**

☐ Contingent
☐ Unliquidated
☐ Disputed

**498 Morning Star Blvd**
**Ephrata, WA 98823-3004**

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5223**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Jason Luna**

☐ Contingent
☐ Unliquidated
☐ Disputed

**221 S Paloma**
**Show Low, AZ 85901-3604**

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5069**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,473.00** |
|---|---|---|---|

**Jason Dollar**

☐ Contingent
☐ Unliquidated
☐ Disputed

**606 Buddys Ln**
**Mc Calla, AL 35111**

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5053**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,290.00** |
|---|---|---|---|

**Jay Griggs**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3114 S Philadelphia St**
**Amarillo, TX 79103-4510**

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5266**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Jayawnah Bailey**

☐ Contingent
☐ Unliquidated
☐ Disputed

**5916 Bullboat Ct**
**North Las Vegas, NV 89031-3489**

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5338**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,486.72 |
|---|---|---|---|

**3.306**
Nonpriority creditor's name and mailing address
**Jean Johnston**

**4404 Nailor Rd**
**Vicksburg, MS 39180-8953**

Date(s) debt was incurred _

Last 4 digits of account number **3064**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,486.72**

---

**3.307**
Nonpriority creditor's name and mailing address
**Jean Marie Salay**

**1660 Gamay Ln**
**Brentwood, CA 94513-4330**

Date(s) debt was incurred _

Last 4 digits of account number **5027**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.308**
Nonpriority creditor's name and mailing address
**Jeanette Douglas**

**PO BOX 4144**
**Camp Connell, CA 95223**

Date(s) debt was incurred _

Last 4 digits of account number **4334**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$143.00**

---

**3.309**
Nonpriority creditor's name and mailing address
**Jeanette Fonte**

**1148 Aurora Ave**
**Metairie, LA 70005-1504**

Date(s) debt was incurred _

Last 4 digits of account number **5367**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,155.30**

---

**3.310**
Nonpriority creditor's name and mailing address
**Jeanette Dizaar**

**709 24th Ave NW**
**Birmingham, AL 35215-3049**

Date(s) debt was incurred _

Last 4 digits of account number **4521**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.311**
Nonpriority creditor's name and mailing address
**Jeanne Qualen**

**11210 County 77 SW**
**Nisswa, MN 56468-2014**

Date(s) debt was incurred _

Last 4 digits of account number **5003**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,340.00**

---

**3.312**
Nonpriority creditor's name and mailing address
**Jeff Couch**

**1591 New Deal Potts Rd**
**Portland, TN 37148-4606**

Date(s) debt was incurred _

Last 4 digits of account number **4887**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,332.50**

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document     Page 181 of 255

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,596.00 |
|---|---|---|---|

**Jeff Meyer**

**1501 N Ashland Ave**
**De Pere, WI 54115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5170__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,839.50 |
|---|---|---|---|

**Jeff Ratliff**

**560 Ervin Coker Rd NE**
**Rome, GA 30161-9621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5249__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Jenifer Breaux**

**15210 Fishhawk Preserve Dr**
**Lithia, FL 33547-1734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5250__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,427.00 |
|---|---|---|---|

**Jenna Wolfe**

**529 Macbeth Dr**
**Pittsburgh, PA 15235-4611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __4689__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,009.76 |
|---|---|---|---|

**Jennie Larson**

**1100 Forrest Glenn Dr**
**Arkansas City, KS 67005-4122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __5004__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,440.30 |
|---|---|---|---|

**Jennifer Fischer**

**3590 Parfet St**
**Wheat Ridge, CO 80033-5426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5131__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**Jennifer Brown**

**1171 Stagg Run Trl**
**Pelham, AL 35124-3265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5053__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
| --- | --- | --- | --- |

**Jennifer Dolezal**

94 Bailey Park Ct
Jefferson, GA 30549-7109

Date(s) debt was incurred _

Last 4 digits of account number **5190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
| --- | --- | --- | --- |

**Jennifer Lovejoy**

228 Millstone Trl
Jefferson, GA 30549-6978

Date(s) debt was incurred _

Last 4 digits of account number **5190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,944.00 |
| --- | --- | --- | --- |

**Jennifer Meadows**

6318 Lickton Pike
Goodlettsville, TN 37072-9151

Date(s) debt was incurred _

Last 4 digits of account number **5236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
| --- | --- | --- | --- |

**Jennifer Missildine**

120 Brigadoon Dr
Madison, AL 35757-8735

Date(s) debt was incurred _

Last 4 digits of account number **4369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,970.00 |
| --- | --- | --- | --- |

**Jerald Jensen**

1470 Santa Clara View Dr
Santa Clara, UT 84765-5719

Date(s) debt was incurred _

Last 4 digits of account number **5219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
| --- | --- | --- | --- |

**Jeremy Hershberger**

PO BOX 981
Jefferson, GA 30549

Date(s) debt was incurred _

Last 4 digits of account number **5190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,550.00 |
| --- | --- | --- | --- |

**Jessica Vincent**

3147 Norris Ln
Orange, TX 77632-8479

Date(s) debt was incurred _

Last 4 digits of account number **5175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,414.00** |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------------|

**Jill Bartler**

500 Burlington Cir Apt 204
Wheeling, IL 60090-4115

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5252**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,879.20** |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------------|

**Jill Bowen**

560 Acorn Ridge Rd
Dawson, IL 62520-3352

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5274**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,762.00** |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------------|

**Jimmie Anne**

3600 N Milton Rd
Fort Pierce, FL 34946-1909

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5149**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|-------|--------------------------------------------------|------------------------------------------------------------------------|------------|

**Jo Nell Rowell**

680 Ridgewood Dr
Port Neches, TX 77651-6107

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5175**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,120.00** |
|-------|--------------------------------------------------|------------------------------------------------------------------------|----------------|

**Joan Drury**

9277 State Hwy N
Scott City, MO 63780-9235

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5083**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$978.50** |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-------------|

**Joanie Waldron**

6550 Riverbend Dr
Trussville, AL 35173-1512

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5262**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-------------|

**JoAnn Calegari**

1946 Burgundy Ln
Brentwood, CA 94513-6479

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5027**

Is the claim subject to offset? ■ No ☐ Yes

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document     Page 184 of 255

| Debtor | **New York City Vacations, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,954.00** |
|---|---|---|---|

**Joanne Masters**

109 Riverhill Ct
Cayce, SC 29033-4376

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number  **5028**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Jodie Baacke**

2052 S 84th St
West Allis, WI 53227-1704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number  **4188**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,160.00** |
|---|---|---|---|

**Joel Cohen / BROADWAY INBOUND TICKET**

38 Grandville Dr
Swoyersville, PA 18704-1239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,318.00** |
|---|---|---|---|

**John Heaton**

108 Pennsylvania Ave
Lynchburg, VA 24502-4728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number  **5214**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,488.00** |
|---|---|---|---|

**John Kennedy**

1046 Gaston Manor Dr
Durham, NC 27703-8964

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number  **5292**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,034.76** |
|---|---|---|---|

**John Lussier**

208 Wimberly Way
Bristol, TN 37620-7166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number  **5010**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,505.00** |
|---|---|---|---|

**John Thomas**

106 Phillips Ridge Dr
Huntsville, AL 35801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number  **5375**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document     Page 185 of 255

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,215.70** |
|---|---|---|---|

**John Spellman**

1920 Corporate Dr Ste 204
San Marcos, TX 78666-6283

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer prepayment or Deposit**

Last 4 digits of account number **5075**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,088.00** |
|---|---|---|---|

**JohnMorgan**

2828 Old Hickory Blvd Apt 716
Nashville, TN 37221-3731

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer prepayment or Deposit**

Last 4 digits of account number **5082**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,845.00** |
|---|---|---|---|

**Johnnie Muncy**

PO Box 123
Corona, NM 88318

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer prepayment or Deposit**

Last 4 digits of account number **5051**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,606.79** |
|---|---|---|---|

**Jon Robinson**

41225 Calle de Suenos
Murrieta, CA 92562-7142

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer prepayment or Deposit**

Last 4 digits of account number **5146**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,452.00** |
|---|---|---|---|

**Jonathan Marashlian**

9712 Mill Run Dr
Great Falls, VA 22066-1815

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer prepayment or Deposit**

Last 4 digits of account number **5283**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,900.00** |
|---|---|---|---|

**Jonathan Peacock**

430 Willow Point Dr
Dublin, GA 31021-6461

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer prepayment or Deposit**

Last 4 digits of account number **5121**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$798.00** |
|---|---|---|---|

**Jonathan Shoemaker**

515 Trailridge Cir
Hallsville, TX 75650-5144

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Customer prepayment or Deposit**

Last 4 digits of account number **4097**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document     Page 186 of 255

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,558.00 |
|---|---|---|---|

**Joseph and Lori Przybysz**

13452 Route 78
South Wales, NY 14139-9717

Date(s) debt was incurred __

Last 4 digits of account number __4914__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,329.00 |
|---|---|---|---|

**Joshua and Julie Matthews**

2103 Hannah Dr
Wentzville, MO 63385-4592

Date(s) debt was incurred __

Last 4 digits of account number __4409__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $236.00 |
|---|---|---|---|

**Joy Jones**

2288 Deaver Walker Rd
Cleveland, AL 35049-5317

Date(s) debt was incurred __

Last 4 digits of account number __5187__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,175.50 |
|---|---|---|---|

**Joyce Anderson**

245 Oak Leaf Cir
Pell City, AL 35125-9321

Date(s) debt was incurred __

Last 4 digits of account number __5275__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Joyce Bono**

2001 Maple Tree St
Saint Peters, MO 63376-6717

Date(s) debt was incurred __

Last 4 digits of account number __3368__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Joyce Cann**

2573 E Caramillo St
Colorado Springs, CO 80909-3071

Date(s) debt was incurred __

Last 4 digits of account number __4282__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,502.00 |
|---|---|---|---|

**Jude Armistead**

3329 Woodward Dr
Mobile, AL 36695-6502

Date(s) debt was incurred __

Last 4 digits of account number __4853__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $938.00 |
|---|---|---|---|

**Judee Spansel**

4527 Cleveland Pl
Metairie, LA 70003-1245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5220**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,680.00 |
|---|---|---|---|

**Judith Kremer**

304 8th St NE
Fulda, MN 56131-9688

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5003**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,727.15 |
|---|---|---|---|

**Judith Rayburn**

133 Crawford Dr
Martin, TN 38237-3807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4724**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $928.00 |
|---|---|---|---|

**Judy Adams**

109 Highgate Ln
Lexington, NC 27292-5372

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5063**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Judy Morgan**

1619 Zinfandel Dr
Brentwood, CA 94513-4338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5027**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,165.12 |
|---|---|---|---|

**Julie Baty**

11771 Orchard Park Dr
Sparta, MI 49345-8451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5073**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,494.00 |
|---|---|---|---|

**Julie Damigella**

95 Gregory Rd
Holliston, MA 01746-2516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5025**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.362** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$3,032.00** |

**3.362** Nonpriority creditor's name and mailing address

**Julie  Jolley**

**4441 Parkwood Cir**
**Trussville, AL 35173-1526**

Date(s) debt was incurred __

Last 4 digits of account number  **5275**

As of the petition filing date, the claim is: *Check all that apply.*  **$3,032.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.363** Nonpriority creditor's name and mailing address

**Julie Hylwa**

**113 Candora Rd**
**Maryville, TN 37804-3659**

Date(s) debt was incurred __

Last 4 digits of account number  **5104**

As of the petition filing date, the claim is: *Check all that apply.*  **$4,286.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.364** Nonpriority creditor's name and mailing address

**Julie Walker**

**9831 FM 365 Rd**
**Beaumont, TX 77705-9325**

Date(s) debt was incurred __

Last 4 digits of account number  **5175**

As of the petition filing date, the claim is: *Check all that apply.*  **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.365** Nonpriority creditor's name and mailing address

**Justin Gibbs**

**5217 Escondido Pass # Ass**
**McAllen, TX 78504-9001**

Date(s) debt was incurred __

Last 4 digits of account number  **5034**

As of the petition filing date, the claim is: *Check all that apply.*  **$1,740.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.366** Nonpriority creditor's name and mailing address

**Justine Bartoloni**

**3471 Colby Chase Dr**
**Apex, NC 27539-9068**

Date(s) debt was incurred __

Last 4 digits of account number  **5041**

As of the petition filing date, the claim is: *Check all that apply.*  **$3,847.14**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.367** Nonpriority creditor's name and mailing address

**Kailey Labove**

**11843 Great Oaks Dr**
**College Station, TX 77845-5073**

Date(s) debt was incurred __

Last 4 digits of account number  **5175**

As of the petition filing date, the claim is: *Check all that apply.*  **$187.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.368** Nonpriority creditor's name and mailing address

**Karalynn Cromeens**

**8431 Katy Fwy**
**Houston, TX 77024-1931**

Date(s) debt was incurred __

Last 4 digits of account number  **5127**

As of the petition filing date, the claim is: *Check all that apply.*  **$14,657.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deposit or Prepayment**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Karen Anderson**

2425 Forest Primeval Rd
Saint Germain, WI 54558-9714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5291**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,834.00 |
|---|---|---|---|

**Karen George**

1204 Old Crows Way
Springfield, IL 62712-8669

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5335**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |
|---|---|---|---|

**Karen Murphy**

2212 Concord Cir
Harrisburg, PA 17110-9202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5234**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,308.00 |
|---|---|---|---|

**Karen Pollert**

425 Lasher Dr
Seymour, IN 47274-2213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4879**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,674.00 |
|---|---|---|---|

**Karen Gregory**

2533 NW 58th St
Oklahoma City, OK 73112-7102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4394**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,780.00 |
|---|---|---|---|

**Karen McLendon**

6649 Greenwell St
Pensacola, FL 32526-7931

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5361**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Karen Moffett**

136 Grimes St
Roanoke, VA 24019-8435

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5383**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,210.00 |
|---|---|---|---|

**Karina Conway**

**1804 Scarsdale Ct**
**Lafayette, CO 80026-9166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __3390__

Is the claim subject to offset? ■ No ☐ Yes

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,008.00 |
|---|---|---|---|

**Karla White**

**14531 Misty Meadow Ln**
**Houston, TX 77079-3172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __3923__

Is the claim subject to offset? ■ No ☐ Yes

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,161.00 |
|---|---|---|---|

**Karyne Coven**

**840 Mission Valley Ln**
**Annapolis, MD 21401-7382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5049__

Is the claim subject to offset? ■ No ☐ Yes

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $642.00 |
|---|---|---|---|

**Kashawna Edwards**

**4747 W Waters Ave Apt 402**
**Tampa, FL 33614-1450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5372__

Is the claim subject to offset? ■ No ☐ Yes

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,724.08 |
|---|---|---|---|

**Katharine Wood**

**1855 N Tegner St**
**Wickenburg, AZ 85390-2657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5308__

Is the claim subject to offset? ■ No ☐ Yes

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56.00 |
|---|---|---|---|

**Katherine Parr**

**24100 Pratt Rd**
**Armada, MI 48005-1545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5129__

Is the claim subject to offset? ■ No ☐ Yes

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Katherine Bares-Cochrun**

**9831 FM 365 Rd**
**Beaumont, TX 77705-9325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5175__

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.383 | **Nonpriority creditor's name and mailing address**<br>**Kathesia Thomas**<br><br>**105 Laurel Woods Dr**<br>**Warner Robins, GA 31088-9203**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **5640** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer prepayment or Deposit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$160.00** |
| 3.384 | **Nonpriority creditor's name and mailing address**<br>**Kathleen Heffernan**<br><br>**PO BOX 4544**<br>**Camp Connell, CA 95223**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **4333** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer prepayment or Deposit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$143.00** |
| 3.385 | **Nonpriority creditor's name and mailing address**<br>**Kathleen Goss**<br><br>**1 Box Elder Ln**<br>**Willow Street, PA 17584-9605**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **4825** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer prepayment or Deposit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,328.00** |
| 3.386 | **Nonpriority creditor's name and mailing address**<br>**Kathleen Mathis**<br><br>**2097 Rioja Way**<br>**Brentwood, CA 94513-5289**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **5027** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer prepayment or Deposit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$300.00** |
| 3.387 | **Nonpriority creditor's name and mailing address**<br>**Kathleen Schober**<br><br>**2010 Tempranillo Ln**<br>**Brentwood, CA 94513-5290**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **5027** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$300.00** |
| 3.388 | **Nonpriority creditor's name and mailing address**<br>**Kathryn Shaw**<br><br>**1322 Trenton Ln**<br>**Franklin, TN 37067-6407**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **5306** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer prepayment or Deposit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,475.07** |
| 3.389 | **Nonpriority creditor's name and mailing address**<br>**Kathy Barnes**<br><br>**1604 Eagon Ct**<br>**Fuquay Varina, NC 27526-9383**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **4667** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer prepayment or Deposit**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,351.00** |

| | | | |
|---|---|---|---|
| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,924.00** |
| | **Katie Adamczyk** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **9612 Two and a Half Rd** | ☐ Disputed | |
| | **East Leroy, MI 49051** | | |
| | Date(s) debt was incurred __ | Basis for the claim: **Customer prepayment or Deposit** | |
| | Last 4 digits of account number **5357** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
| | **Katie Snyder** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **11909 286th Ave NW** | ☐ Disputed | |
| | **Princeton, MN 55371-4784** | | |
| | Date(s) debt was incurred __ | Basis for the claim: **Customer prepayment or Deposit** | |
| | Last 4 digits of account number **5003** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| | **Katie Swafford** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **5136 Dahlia Dr** | ☐ Disputed | |
| | **Plainfield, IN 46168-5716** | | |
| | Date(s) debt was incurred __ | Basis for the claim: **Customer prepayment or Deposit** | |
| | Last 4 digits of account number **3368** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$586.00** |
| | **KatieMcGowan** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **172 E Lakeview Dr** | ☐ Disputed | |
| | **Milledgeville, GA 31061** | | |
| | Date(s) debt was incurred __ | Basis for the claim: **Customer prepayment or Deposit** | |
| | Last 4 digits of account number **5155** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,351.12** |
| | **Kay Clinton** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1273 Country Place Dr** | ☐ Disputed | |
| | **Houston, TX 77079-3123** | | |
| | Date(s) debt was incurred __ | Basis for the claim: **Customer prepayment or Deposit** | |
| | Last 4 digits of account number **3923** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
| | **Kay Marie Carden** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1702 Zinfandel Dr** | ☐ Disputed | |
| | **Brentwood, CA 94513-4342** | | |
| | Date(s) debt was incurred __ | Basis for the claim: **Customer prepayment or Deposit** | |
| | Last 4 digits of account number **5027** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,866.00** |
| | **Kaylene Nienhueser** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **10521 Cary St** | ☐ Disputed | |
| | **La Vista, NE 68128-3248** | | |
| | Date(s) debt was incurred __ | Basis for the claim: **Customer prepayment or Deposit** | |
| | Last 4 digits of account number **3316** | Is the claim subject to offset? ■ No ☐ Yes | |

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document    Page 193 of 255

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,578.00 |
|---|---|---|---|

**Kayron Smith**

2443 Stewarts Ferry Pike
Hermitage, TN 37076-3926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5353**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Keely Culpepper**

3309 Dunbrooke Dr
Birmingham, AL 35243-4818

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5081**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,854.00 |
|---|---|---|---|

**Keith Kirkman**

2104 Surrey Ln
Rock Hill, SC 29732-7302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5208**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,316.00 |
|---|---|---|---|

**Keith Young**

308 Bluebonnet Dr
Lafayette, LA 70508-5412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5349**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,777.00 |
|---|---|---|---|

**Kelley Brown Lutz**

9 Colberts Ln
Newport News, VA 23601-3115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5157**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,285.00 |
|---|---|---|---|

**Kelly Ruml**

PO Box 807
South Wellfleet, MA 02663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5116**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Kelly Johnson**

29665 442nd Ave
Aitkin, MN 56431-4625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5003**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document      Page 194 of 255

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,950.00 |
|---|---|---|---|

**Kelly Moore**

10234 SE Harrison St
Portland, OR 97216-2914

Date(s) debt was incurred _

Last 4 digits of account number **5200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Kenice Earleen Short**

1630 Healing Rock Ct
Brentwood, CA 94513-4264

Date(s) debt was incurred _

Last 4 digits of account number **5027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Kenneth Gooden**

8705 Witherbee Ct
Lewisville, NC 27023-7749

Date(s) debt was incurred _

Last 4 digits of account number **5005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Kenneth Furby**

3165 Capitan Dr
Port Neches, TX 77651-5803

Date(s) debt was incurred _

Last 4 digits of account number **9175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Kenneth Marion Gwin**

2110 Solera St
Brentwood, CA 94513-6482

Date(s) debt was incurred _

Last 4 digits of account number **5027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Keri Collins**

1407 N 22nd St
Nederland, TX 77627-5737

Date(s) debt was incurred _

Last 4 digits of account number **5175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,694.00 |
|---|---|---|---|

**Keri Merchman**

332 Honeysuckle Trl
Hamilton, AL 35570-5234

Date(s) debt was incurred _

Last 4 digits of account number **5045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document    Page 195 of 255

| | | |
|---|---|---|
| 3.411 | **Nonpriority creditor's name and mailing address** | **$9,099.02** |

**Kim Bastin-Myers**

1400 Gloria Terrell Dr
Wilder, KY 41076-9188

Date(s) debt was incurred __
Last 4 digits of account number **5345**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.412 | **Nonpriority creditor's name and mailing address** | **$400.00** |

**Kimberly Cagle**

653 Vass Carthage Rd
Carthage, NC 28327-9416

Date(s) debt was incurred __
Last 4 digits of account number **5055**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.413 | **Nonpriority creditor's name and mailing address** | **$50.00** |

**Kimberly Hodge**

13713 Randa Pkwy
Northport, AL 35475-3473

Date(s) debt was incurred __
Last 4 digits of account number **4369**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.414 | **Nonpriority creditor's name and mailing address** | **$1,008.00** |

**Kimberly Jump**

14328 Misty Meadow Ln
Houston, TX 77079-3185

Date(s) debt was incurred __
Last 4 digits of account number **3923**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.415 | **Nonpriority creditor's name and mailing address** | **$50.00** |

**Kory Wuenschal**

6738 Hansen St
Groves, TX 77619-5910

Date(s) debt was incurred __
Last 4 digits of account number **5175**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.416 | **Nonpriority creditor's name and mailing address** | **$3,762.66** |

**Kristene Ruddle**

8471 Southwestern Blvd
Dallas, TX 75206-2243

Date(s) debt was incurred __
Last 4 digits of account number **5285**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.417 | **Nonpriority creditor's name and mailing address** | **$2,533.00** |

**Kristi Sackett**

2127 280th St
Mount Ayr, IA 50854-8964

Date(s) debt was incurred __
Last 4 digits of account number **5093**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $955.00 |
|---|---|---|---|

**Kristin Hanson**

13219 Oakwood Rd
Zimmerman, MN 55398-9331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number __5003__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,120.00 |
|---|---|---|---|

**Kristine Coates**

PO Box 1835
Julian, CA 92036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number __4700__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,587.00 |
|---|---|---|---|

**LaJean Herman**

1105 Fairway Dr
Princeton, MN 55371-2242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number __5003__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,750.00 |
|---|---|---|---|

**Larinda Rainwater**

1825 E Nettleton Ave Ste H
Jonesboro, AR 72401-5152

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number __4815__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,834.00 |
|---|---|---|---|

**Larry Goddard**

5255 Eastside Rd
Redding, CA 96001-4271

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number __5106__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,690.00 |
|---|---|---|---|

**Larry Lunsford**

313 Camp Forrest Trl
Helena, AL 35080-8622

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number __5143__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $786.00 |
|---|---|---|---|

**Latasha Powell**

329 Chapel Creek Way
Fultondale, AL 35068-6036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number __5019__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Latretta Morvant**

**9831 FM 365 Rd**
**Beaumont, TX 77705-9325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5175**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,434.00 |
|---|---|---|---|

**Laura Rondot**

**4312 Briarwood Rd**
**Louisville, KY 40207-4038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5298**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,530.00 |
|---|---|---|---|

**Laura F Tyree**

**19129 Forest Rd**
**Lynchburg, VA 24502-4487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **3841**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,134.34 |
|---|---|---|---|

**Laura Lequire**

**1249 Butler Rd**
**Maryville, TN 37804-2313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5104**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,406.00 |
|---|---|---|---|

**Laura Perry**

**PO Box 1360**
**Wimberley, TX 78676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5218**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Lauren Brown**

**2530 SW Longleaf Dr**
**Pinehurst, NC 28374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5055**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Lauren Malueg**

**932 Edward Ave**
**Jefferson, GA 30549-7295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5190**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document   Page 198 of 255

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,828.00 |
|---|---|---|---|

**Lawrence Mcghee**

**3 Brightleaf Ct**
**Durham, NC 27713-9018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Date(s) debt was incurred __

Last 4 digits of account number __4936__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158.30 |
|---|---|---|---|

**LBAC Travel**
"

**1907 Julia Goldbach Ave**
**Ronkonkoma, NY 11779-6416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262.40 |
|---|---|---|---|

**Leisure Pass Group, Inc.**

**711 Atlantic Ave Fl 4**
**Boston, MA 02111-2809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Lesa  Wilson**

**2296 Breland Rd**
**Mathiston, MS 39752-4442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Date(s) debt was incurred __

Last 4 digits of account number __4968__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,398.00 |
|---|---|---|---|

**Lesia Stuart**

**310 Island Ave**
**Chattanooga, TN 37405-4276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Date(s) debt was incurred __

Last 4 digits of account number __5305__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,370.00 |
|---|---|---|---|

**Letrice Golden**

**3083 Malcolm Ave**
**Oakland, CA 94605-5349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Date(s) debt was incurred __

Last 4 digits of account number __5034__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,019.00 |
|---|---|---|---|

**Lezli Madden**

**16890 N River Shores Rd**
**Northport, AL 35475-2519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Date(s) debt was incurred __

Last 4 digits of account number __5153__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.60 |
|---|---|---|---|

**Like A Local Tours**

730 Lafayette Ave Apt 1R
Brooklyn, NY 11221-6176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Linda Brooks**

1810 Hiawatha Pl
Ann Arbor, MI 48105-1235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer prepayment or Deposit__

Date(s) debt was incurred _

Last 4 digits of account number __5090__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,281.43 |
|---|---|---|---|

**Linda Clarke**

146 Royster Dr
Crawfordville, FL 32327-4626

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer prepayment or Deposit__

Date(s) debt was incurred _

Last 4 digits of account number __5100__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,642.00 |
|---|---|---|---|

**Linda Tassin**

107 Wakefield Dr
Lafayette, LA 70503-4242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer prepayment or Deposit__

Date(s) debt was incurred _

Last 4 digits of account number __5329__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**Linda Williams**

1999 S Marion Ave
Lake City, FL 32025-0003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer prepayment or Deposit__

Date(s) debt was incurred _

Last 4 digits of account number __5371__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,008.00 |
|---|---|---|---|

**Linda Fields**

3115 Pennywell Ln
Katy, TX 77494-4546

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer prepayment or Deposit__

Date(s) debt was incurred _

Last 4 digits of account number __3923__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Linda Marie Rhodes Parks**

1634 Healing Rock Ct
Brentwood, CA 94513-4264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Customer prepayment or Deposit__

Date(s) debt was incurred _

Last 4 digits of account number __5027__

Is the claim subject to offset? ■ No ☐ Yes

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Linda Ralston**

4946 Mimosa Dr
Plainfield, IN 46168-5734

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **3368**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,397.14 |
|---|---|---|---|

**Linda Schmoeller**

12111 Logan St
Alton, IL 62002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5255**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,572.00 |
|---|---|---|---|

**Lisa Baker**

715 Estates Rd SE
Roanoke, VA 24014-4303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5126**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,858.00 |
|---|---|---|---|

**Lisa Caloss**

121 Hawthorne Vale
Ridgeland, MS 39157-2345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **6096**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,958.00 |
|---|---|---|---|

**Lisa Simpson**

1349 Sunhaven Rd
Alpine, CA 91901-2378

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4952**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $824.00 |
|---|---|---|---|

**Lisa Burud**

PO Box 21597
Bakersfield, CA 93390

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5193**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,289.00 |
|---|---|---|---|

**Liza Dozier**

PO Box 2754
Augusta, GA 30914

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,032.00 |
|---|---|---|---|

**Lois Hamilton**

2027 Elm St
Quincy, IL 62301-3233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4569**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Lois Songer**

1310 Newton St
Key West, FL 33040-7026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4769**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Lorely Lopez**

341 31st St
Nacogdoches, TX 75964-8729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5326**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,966.00 |
|---|---|---|---|

**Lori Pelosi**

619 Guernseytown Rd
Watertown, CT 06795-1820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5077**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $779.00 |
|---|---|---|---|

**Lori Przybysz**

1342 Route 78
South Wales, NY 14139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4914**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,090.00 |
|---|---|---|---|

**Lori Culotta**

6040 Brookhill Cir
Birmingham, AL 35242-3711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,230.50 |
|---|---|---|---|

**Lori Mandich**

PO Box 91
Seville, OH 44273

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4782**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,438.00 |
|---|---|---|---|

**Lorraine Crane**

22824 N Padaro Dr
Sun City West, AZ 85375-1621

Date(s) debt was incurred __
Last 4 digits of account number **5087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,225.86 |
|---|---|---|---|

**Lotte New York Palace**

455 Madison Ave
New York, NY 10022-6845

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,564.00 |
|---|---|---|---|

**Lula Waskom**

39 Buena Vista Dr
Marshall, TX 75670-6603

Date(s) debt was incurred __
Last 4 digits of account number **4097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,578.50 |
|---|---|---|---|

**Luzie Maxwell Lewallen**

PO Box 3393
McAllen, TX 78502

Date(s) debt was incurred __
Last 4 digits of account number **5115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,826.00 |
|---|---|---|---|

**Lynda Anderson**

68393 Moonlight Dr
Cathedral City, CA 92234-2105

Date(s) debt was incurred __
Last 4 digits of account number **5269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,272.00 |
|---|---|---|---|

**Lynda Strickland**

11559 Dunn Rd
Dunn, NC 28334-5067

Date(s) debt was incurred __
Last 4 digits of account number **4269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,471.50 |
|---|---|---|---|

**Lynda Eason**

1519 Hibiscus Ave
McAllen, TX 78501-3225

Date(s) debt was incurred __
Last 4 digits of account number **5115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Lynda Last**

3670 Dam Ln
Phelps, WI 54554-9499

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5291__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,516.68 |
|---|---|---|---|

**Lynn Eubanks**

PO Box 260
O Brien, FL 32071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __4027__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.00 |
|---|---|---|---|

**Lynne Brown**

1 Foggy Field Ln
Fredericksburg, VA 22406-8440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5034__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,840.00 |
|---|---|---|---|

**Lynne Hickney / My Travel Agency**

229 Russells Mills Rd
Dartmouth, MA 02748-2022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5359__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,062.00 |
|---|---|---|---|

**M Shannan Fastzkie**

13015 Old White Horse Rd
Travelers Rest, SC 29690-7830

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5046__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,817.00 |
|---|---|---|---|

**M. Teri Long**

20 Inverness Cir
Royersford, PA 19468-1545

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5221__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**Maccie Hardin**

24151 Bella Dolce Ln
Katy, TX 77494-7901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5175__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,221.00 |
|---|---|---|---|

**Machelle Crowley**

1628 W 400 S
Peru, IN 46970-7924

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4564**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Madonna Barry**

9799 Josey St
Beaumont, TX 77707-1016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5175**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $521.00 |
|---|---|---|---|

**Magical Moments Vacations**

2447 Tiffin Ave # 196
Findlay, OH 45840-8672

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.24 |
|---|---|---|---|

**Magnolia Travel Group**

PO Box 1666
Madison, MS 39130-1666

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $764.00 |
|---|---|---|---|

**Makayla Burkett**

606 Milligan Dr
Longview, TX 75604-3926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4097**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,032.00 |
|---|---|---|---|

**Mandy Herman**

1933 Glenn Rd
Gaston, SC 29053-9393

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5334**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Marbert Sise**

1614 Trinidad Dr
Key West, FL 33040-5220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4769**

Is the claim subject to offset? ■ No  ☐ Yes

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document        Page 205 of 255

| Debtor | **New York City Vacations, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.481**

Nonpriority creditor's name and mailing address
**Marcia VanValkenburg**

650 Main St NW
Elk River, MN 55330-1503

Date(s) debt was incurred _

Last 4 digits of account number **5003**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,176.00**

---

**3.482**

Nonpriority creditor's name and mailing address
**Margaret Bolejack**

PO Box 271
Pittsboro, NC 27312-0271

Date(s) debt was incurred _

Last 4 digits of account number **5110**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$7,436.00**

---

**3.483**

Nonpriority creditor's name and mailing address
**Margaret Hughes**

1321 Mountain Ridge Rd
Hickory, KY 42051-8954

Date(s) debt was incurred _

Last 4 digits of account number **4724**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,727.13**

---

**3.484**

Nonpriority creditor's name and mailing address
**Margaret Spearin**

16479 W Rowel Rd
Surprise, AZ 85387-6869

Date(s) debt was incurred _

Last 4 digits of account number **5232**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,258.53**

---

**3.485**

Nonpriority creditor's name and mailing address
**Marian Janet Sanchez**

1841 Vallejo Way
Sacramento, CA 95818-3840

Date(s) debt was incurred _

Last 4 digits of account number **5027**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$125.00**

---

**3.486**

Nonpriority creditor's name and mailing address
**Marianne Schwarz**

5 Knaves Ct
Nottingham, MD 21236-2708

Date(s) debt was incurred _

Last 4 digits of account number **5022**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$954.00**

---

**3.487**

Nonpriority creditor's name and mailing address
**Marion Fulce**
**Ambassador Travel**
5250 Vogel Rd
Evansville, IN 47715-7814

Date(s) debt was incurred _

Last 4 digits of account number **5131**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$2,938.08**

---

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document     Page 206 of 255

| Debtor | **New York City Vacations, Inc.** | Case number (If known) | |
|---|---|---|---|
| | Name | | |

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,310.00** |
|---|---|---|---|

**Markel Helms**

**2213 Croydon Dr**
**Tallahassee, FL 32303-4305**

Date(s) debt was incurred _

Last 4 digits of account number  **5231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,497.54** |
|---|---|---|---|

**Market Street Partnership**

**300 Market St**
**Kingston, PA 18704-5426**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$870.00** |
|---|---|---|---|

**Marquis Johnson**

**5949 E Christine Ave**
**Fresno, CA 93727-6558**

Date(s) debt was incurred _

Last 4 digits of account number  **5034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$260,024.55** |
|---|---|---|---|

**Marriott Business Services**
**Bank of America**
**PO Box 402642**
**Atlanta, GA 30384-2642**

Date(s) debt was incurred _

Last 4 digits of account number  **8463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72,784.67** |
|---|---|---|---|

**Marriott Business Services**
**Bank of America**
**PO Box 402642**
**Atlanta, GA 30384-2642**

Date(s) debt was incurred _

Last 4 digits of account number  **0566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,078.00** |
|---|---|---|---|

**Marriott Marquis**
**Marriott Business Services**
**PO Box 403003**
**Atlanta, GA 30384-3003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$160.00** |
|---|---|---|---|

**Marsha Seldon**

**103 Dewey St**
**Warner Robins, GA 31093-2410**

Date(s) debt was incurred _

Last 4 digits of account number  **5340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document        Page 207 of 255

| Debtor | New York City Vacations, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.495** Nonpriority creditor's name and mailing address
**Marth Newsome**

4721 Martha Ln
Groves, TX 77619-5539

Date(s) debt was incurred __
Last 4 digits of account number __5175__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$424.00**

---

**3.496** Nonpriority creditor's name and mailing address
**Martha Riggs**

206 W Division St
Dowagiac, MI 49047-1734

Date(s) debt was incurred __
Last 4 digits of account number __4323__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$716.25**

---

**3.497** Nonpriority creditor's name and mailing address
**Martha Depoo**

108 Front St
Key West, FL 33040-8310

Date(s) debt was incurred __
Last 4 digits of account number __4769__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$250.00**

---

**3.498** Nonpriority creditor's name and mailing address
**Martha Green**

6745 Capitol St
Groves, TX 77619-5905

Date(s) debt was incurred __
Last 4 digits of account number __5175__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$300.00**

---

**3.499** Nonpriority creditor's name and mailing address
**Martha L. Taylor**

7272 N Belvedere Ave
Fresno, CA 93722-3407

Date(s) debt was incurred __
Last 4 digits of account number __5034__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$620.00**

---

**3.500** Nonpriority creditor's name and mailing address
**Martha Smart**

14329 Still Meadow Dr
Houston, TX 77079-3131

Date(s) debt was incurred __
Last 4 digits of account number __3923__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,008.00**

---

**3.501** Nonpriority creditor's name and mailing address
**Martha Taylor**

7272 N Belvedere Ave
Fresno, CA 93722-3407

Date(s) debt was incurred __
Last 4 digits of account number __5034__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ☑ No ☐ Yes

**$250.00**

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document    Page 208 of 255

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,417.00 |
|---|---|---|---|

**Mary Hollenkamp**

**10590 Prairie Dr**
**Breese, IL 62230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Date(s) debt was incurred __

Last 4 digits of account number  **5341**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Mary Allen**

**740 Kings Mountain Rd**
**Tuscaloosa, AL 35406-2732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Date(s) debt was incurred __

Last 4 digits of account number  **4369**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,234.72 |
|---|---|---|---|

**Mary Archer**

**9706 Harrowgate Dr**
**Houston, TX 77031-3117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Date(s) debt was incurred __

Last 4 digits of account number  **4290**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Mary Ellen Beattie**

**1200 4th St**
**Key West, FL 33040-3763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Date(s) debt was incurred __

Last 4 digits of account number  **4769**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Mary Jane Keller**

**4912 Mimosa Dr**
**Plainfield, IN 46168-5734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Date(s) debt was incurred __

Last 4 digits of account number  **3368**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Mary Jo Toler**

**4880 Mimosa Dr**
**Plainfield, IN 46168-5735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Date(s) debt was incurred __

Last 4 digits of account number  **3368**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,451.00 |
|---|---|---|---|

**Mary Kathleen Koontz**

**1417 Jolliff Rd**
**Chesapeake, VA 23321-1303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Date(s) debt was incurred __

Last 4 digits of account number  **4247**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document        Page 209 of 255

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,041.00** |
|---|---|---|---|

**Mary Lane Burford**

738 Coachlight Rd
Shreveport, LA 71106-7230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5108**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,448.00** |
|---|---|---|---|

**Mary Ledford**

PO Box 1561
Dunlap, TN 37327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4839**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,694.00** |
|---|---|---|---|

**Mary Louise Di Vito**

51 Bridgetown Rd
Hilton Head Island, SC 29928-3365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5374**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,619.00** |
|---|---|---|---|

**Mary Lucey**

15015 Pratolino Way
Naples, FL 34110-2717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5310**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Mary Smith**

1219 Grinnell St
Key West, FL 33040-3283

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4769**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,120.00** |
|---|---|---|---|

**Mary Waters King**

PO Box 771
Hawkins, TX 75765

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5245**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,633.00** |
|---|---|---|---|

**Mary White**

3408 E Briarcliff Rd
Birmingham, AL 35223-1309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5081**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document        Page 210 of 255

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,694.00 |

**Matthew Thiel**

1725 N Main St
High Point, NC 27262-2645

Date(s) debt was incurred __

Last 4 digits of account number  **5146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.00 |

**Matthew Brown**

1 Foggy Field Ln
Fredericksburg, VA 22406-8440

Date(s) debt was incurred __

Last 4 digits of account number  **5034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,398.00 |

**Matthew Whitenack**

15 W 139th St Apt 3A
New York, NY 10037-1512

Date(s) debt was incurred __

Last 4 digits of account number  **5171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,366.14 |

**Matthew Williams**

2203 Wimberly Woods Dr
Sanford, NC 27330-7089

Date(s) debt was incurred __

Last 4 digits of account number  **5385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

**Maureen Plauche**

7296 Backridge Rd
Sabine Pass, TX 77655-2004

Date(s) debt was incurred __

Last 4 digits of account number  **5175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,064.00 |

**McCall and George Govignon**

125 Stone Haven Dr
Calhoun, GA 30701-2053

Date(s) debt was incurred __

Last 4 digits of account number  **5247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**Mechelle Bailey**

5242 Jungle Orchard St N
Las Vegas, NV 89044

Date(s) debt was incurred __

Last 4 digits of account number  **5338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.43 |
|-------|---|---|---|

**Mega Travel**

3 N 5th St
Temple, TX 76501-4237

Date(s) debt was incurred _
Last 4 digits of account number _

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $988.00 |
|-------|---|---|---|

**Melanie Davis**

108 Lamport Blvd
Staten Island, NY 10305-3629

Date(s) debt was incurred _
Last 4 digits of account number **4458**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,276.00 |
|-------|---|---|---|

**Melanie King**

70 Bullock Rd
East Freetown, MA 02717-1016

Date(s) debt was incurred _
Last 4 digits of account number **5186**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|-------|---|---|---|

**Melanie McKenzie**

720 Connell Rd
Carthage, NC 28327-7970

Date(s) debt was incurred _
Last 4 digits of account number **5055**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,717.00 |
|-------|---|---|---|

**Melinda Mosca**

4085 Canvas Ave
Rock Hill, SC 29732-8195

Date(s) debt was incurred _
Last 4 digits of account number **3968**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,010.08 |
|-------|---|---|---|

**Melindie Burke**

15235 Old SD Highway 79
Newell, SD 57760-5871

Date(s) debt was incurred _
Last 4 digits of account number **5308**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,976.62 |
|-------|---|---|---|

**Melissa King-Polsinelli**

1701 Spruce Ave
Winter Park, FL 32789-2021

Date(s) debt was incurred _
Last 4 digits of account number **5323**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document     Page 212 of 255

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Melissa McNatt**

144 Linville Ln
Easley, SC 29640-6625

Date(s) debt was incurred __

Last 4 digits of account number **5314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Mendy Ford**

410 Scottsville Rd
Marshall, TX 75672-3337

Date(s) debt was incurred __

Last 4 digits of account number **5672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,050.00 |
|---|---|---|---|

**Michael Conway**

335 W 7th St
Salem, OH 44460-2121

Date(s) debt was incurred __

Last 4 digits of account number **5267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $943.00 |
|---|---|---|---|

**Michael Culotta**

388 Strathaven Dr
Pelham, AL 35124-6282

Date(s) debt was incurred __

Last 4 digits of account number **4356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,548.36 |
|---|---|---|---|

**Michael Grout**

941 Collins Rd
Villa Hills, KY 41017-1113

Date(s) debt was incurred __

Last 4 digits of account number **4253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,234.00 |
|---|---|---|---|

**Michael Severin**

9122 Cottonwood Canyon Dr
Lenexa, KS 66219-8145

Date(s) debt was incurred __

Last 4 digits of account number **3870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Michael Bailey**

5916 Bullboat Ct
North Las Vegas, NV 89031-3489

Date(s) debt was incurred __

Last 4 digits of account number **5338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document      Page 213 of 255

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Michael Cavanugh**

7020 Concord Rd
Savannah, GA 31410-2506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer prepayment or Deposit

Last 4 digits of account number **5333**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Michael Maita**

1515 Miwok Ct
Brentwood, CA 94513-4343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer prepayment or Deposit

Last 4 digits of account number **5027**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

**Michael Meninger**

3440 Laurelwood Ct NE
Roswell, GA 30075-5250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer prepayment or Deposit

Last 4 digits of account number **4369**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,386.00 |
|---|---|---|---|

**Michael Sattler CC**

700 Colorado Blvd # 325
Denver, CO 80206-4084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** 193561

Last 4 digits of account number **3561**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $424.00 |
|---|---|---|---|

**Michayla Davis**

3845 Glaze Rd
Kountze, TX 77625-8119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer prepayment or Deposit

Last 4 digits of account number **5175**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,348.00 |
|---|---|---|---|

**Michele Chapman**

11360 Halcyon Loop
Daphne, AL 36526-8472

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer prepayment or Deposit

Last 4 digits of account number **5173**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Michele Doleshal**

1270 Covey Ln
Eagle River, WI 54521-9441

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer prepayment or Deposit

Last 4 digits of account number **5291**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,136.00** |

**Miriam Payne**

345 River Club Rd
Lexington, SC 29072-6720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5060__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |

**Misha Dent**

152 Glenwood Ln
Hurricane, WV 25526-9138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5055__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,585.00** |

**Mollie Tharp**

103 Lincoln Ave
Denton, KS 66017-4041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5389__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |

**Molly Hammack**

7481 Meadow Violet Ct
Avon, IN 46123-7630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __3368__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,950.14** |

**Mona Daugherty**

310 S Tyler St Apt 7
Morgantown, KY 42261-8184

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5295__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |

**Monica Donahue**

PO Box 1676
Eagle River, WI 54521

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5291__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |

**Monica Haskell**

2819 Harris Ave
Key West, FL 33040-4039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __4769__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|
| | **Monyette Cousett** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **8224 Swallow Falls St** | ☐ Disputed | |
| | **North Las Vegas, NV 89085-4415** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **5338** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,240.00 |
|---|---|---|---|
| | **Mountain Heritage High School Group** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 70** | ☐ Disputed | |
| | **Burnsville, NC 28714** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **3589** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,196.16 |
|---|---|---|---|
| | **Nancy Busch** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **5119 Fairhaven Rd** | ☐ Disputed | |
| | **Davenport, IA 52807-3078** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **4172** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,015.88 |
|---|---|---|---|
| | **Nancy Davis** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **506 E 11th St** | ☐ Disputed | |
| | **Dell Rapids, SD 57022-1051** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **5145** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|
| | **Nancy Marie Christian** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1930 Burgundy Ln** | ☐ Disputed | |
| | **Brentwood, CA 94513-6479** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **5027** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|
| | **Nancy Shelbourne** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **5094 Lilium Dr** | ☐ Disputed | |
| | **Plainfield, IN 46168-5701** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **3368** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.00 |
|---|---|---|---|
| | **Natasha Williams** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **2917 Chace Lake Dr** | ☐ Disputed | |
| | **Birmingham, AL 35244-1070** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number **5019** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **New York City Vacations, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124.50** |
|---|---|---|---|
| | **National September 11 Memorial**<br>**Attention: Finance**<br>**200 Liberty St Fl 16**<br>**New York, NY 10281-2103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|
| | **Nay Roach**<br><br>**305 Holcomb St**<br>**Marshall, TX 75670-3849** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Customer prepayment or Deposit** | |
| | Last 4 digits of account number  **4097** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,051.29** |
|---|---|---|---|
| | **New York Hilton**<br>**Attn: Accounting Dept.**<br>**1335 Avenue of Americas**<br>**New York, NY 10001-6078** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$474.00** |
|---|---|---|---|
| | **New York Water Taxi**<br><br>**459 E 12th St Pier 79**<br>**New York, NY 10009-4024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$202.78** |
|---|---|---|---|
| | **Nexion LLC**<br>**Linda Briseno, Nexion Accounting**<br>**6565 N Macarthur Blvd Ste 400**<br>**Irving, TX 75039-2468** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|
| | **Nichole Harward**<br><br>**350 S 200 E**<br>**Glenwood, UT 84730-7716** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Customer prepayment or Deposit** | |
| | Last 4 digits of account number  **5261** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,625.00** |
|---|---|---|---|
| | **Nicole Chelius**<br><br>**2112 Kings Xing SW**<br>**Winter Haven, FL 33880-2769** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Customer prepayment or Deposit** | |
| | Last 4 digits of account number  **5382** | Is the claim subject to offset? ■ No  ☐ Yes | |

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document        Page 217 of 255

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,668.00 |
|---|---|---|---|

**Nicole Gray**

121 Jacks Run Rd
Pittsburgh, PA 15122

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5136**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $868.04 |
|---|---|---|---|

**Nida Hollimon Purser**

7473 County Road 23
Mount Hope, AL 35651-9792

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4217**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,278.00 |
|---|---|---|---|

**Nita Martin**

2431 New Holland Cir
Murfreesboro, TN 37128-8272

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5105**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**Noelle Wachter**

4152 54th Ave NE
Hickory, PA 15340

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5197**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,132.00 |
|---|---|---|---|

**Norma Bull**

PO Box 169
Riner, VA 24149

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **3831**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,008.00 |
|---|---|---|---|

**Norma Guillen**

14359 Misty Meadow Ln
Houston, TX 77079-3167

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **3923**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18.45 |
|---|---|---|---|

**Northland Travel**

206 E Broadway Ave
Bismarck, ND 58501-3841

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case number (if known) _____

| 3.572 | Nonpriority creditor's name and mailing address<br>**Northwood Travel Inc**<br><br>**1969 Sunset Point Rd Ste 16**<br>**Clearwater Beach, FL 33765-1145**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **4117** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer prepayment or Deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,422.00** |

| 3.573 | Nonpriority creditor's name and mailing address<br>**NYC & Company**<br><br>**810 7th Ave Fl 3**<br>**New York, NY 10019-5896**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$785.88** |

| 3.574 | Nonpriority creditor's name and mailing address<br>**Olga M. Bezditny**<br><br>**Box 3116**<br>**Steinbach, Manitoba   R5G 1-P4**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **5052** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer prepayment or Deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$125.00** |

| 3.575 | Nonpriority creditor's name and mailing address<br>**Palm Coast Travel**<br><br>**4800 N Federal Hwy Ste D-200**<br>**Boca Raton, FL 33431-5188**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$517.20** |

| 3.576 | Nonpriority creditor's name and mailing address<br>**Pam White**<br><br>**20026 Walnut Main St**<br>**Aberdeen, MS 39730-8787**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **5179** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer prepayment or Deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,290.00** |

| 3.577 | Nonpriority creditor's name and mailing address<br>**Pam Spooner**<br><br>**5909 Stonegate Ln**<br>**Trussville, AL 35173-1087**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **5275** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer prepayment or Deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,329.00** |

| 3.578 | Nonpriority creditor's name and mailing address<br>**Pamela Bruse**<br><br>**33133 Paul Ave**<br>**Bigelow, MN 56117-1105**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **5003** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer prepayment or Deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,190.00** |

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document      Page 219 of 255

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Pamela Jean Bhaila**

2015 Andalucia Ln
Brentwood, CA 94513-6491

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5027__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,262.50 |
|---|---|---|---|

**Pamela Kranig**

4930 Brookglen Way
Carmichael, CA 95608-0957

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5222__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,181.68 |
|---|---|---|---|

**Pamela Mathews**

105 Mizell Ln
West Monroe, LA 71291-9058

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __3495__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,008.00 |
|---|---|---|---|

**Pamela Schaper**

14180 Misty Meadow Ln
Houston, TX 77079-3180

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __3923__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Pamela Spilbeler**

4983 Dahlia Dr
Plainfield, IN 46168-5712

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __3368__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,236.00 |
|---|---|---|---|

**Patricia Bushnell**

1006 Barstow Ave
Eugene, OR 97404-1510

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5368__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,206.63 |
|---|---|---|---|

**Patricia Torrence**

800 S Main St
Rossville, KS 66533-9660

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __4577__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Patricia Annette Kassawara**

1872 Fiano Ln
Brentwood, CA 94513-5280

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5027**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Patricia Cox**

1700 Fairburn Dr
Cumming, GA 30040-7842

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4369**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Patricia Graham**

397 Ashbury Way
Naples, FL 34110-1321

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **3368**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,537.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Patricia Gray**

PO Box 1868
Lusby, MD 20657

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5024**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,516.68 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Patricia Schossler**

16465 Hodges Ave
Cedar Key, FL 32625-4683

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4027**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,594.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Patricia Smith**

3111 Sleepy Hollow Ln
Temple, TX 76502-7145

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4136**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,578.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Patricia Worley**

4810 Trailing Fox Dr
Cumming, GA 30040-9596

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4877**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **New York City Vacations, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,940.00 |
|---|---|---|---|

**Patrick Weaver**

2828 E Linda Ct
Gilbert, AZ 85234-6399

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Customer prepayment or Deposit**

Last 4 digits of account number **5089**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**Patrick H Clements**

6165 Emily Ln
Longview, TX 75605-6781

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Customer prepayment or Deposit**

Last 4 digits of account number **4097**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,558.00 |
|---|---|---|---|

**Patsy and Rodney Plummer**

148 Woodstone Dr
Ruston, LA 71270-7522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Customer prepayment or Deposit**

Last 4 digits of account number **4964**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Patsy Talberg**

904 Fairway Dr
Princeton, MN 55371-2241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Customer prepayment or Deposit**

Last 4 digits of account number **5003**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,074.00 |
|---|---|---|---|

**Patsy Talberg**

904 Fairway Dr
Princeton, MN 55371-2241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Customer prepayment or Deposit**

Last 4 digits of account number **5003**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Patti Jo Styka**

1951 Burgundy Ln
Brentwood, CA 94513-6479

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Customer prepayment or Deposit**

Last 4 digits of account number **5027**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,690.00 |
|---|---|---|---|

**Paul Wendt**

1401 Laurel Leaf Ln
Pearland, TX 77581-3551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Customer prepayment or Deposit**

Last 4 digits of account number **5279**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,067.00 |

**Paula Dean**

180 Windwood Rd
Dothan, AL 36301-8374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer prepayment or Deposit__

Last 4 digits of account number  __4945__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |

**Paula Dearringer**

9380 Oak St
Zionsville, IN 46077-7656

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer prepayment or Deposit__

Last 4 digits of account number  __3368__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,635.00 |

**Pauline Anderson**

2081 Judith Pl
Longwood, FL 32779-2781

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer prepayment or Deposit__

Last 4 digits of account number  __5047__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,605.12 |

**Penny Key**

2310 Caroline Park Ln
Spring, TX 77386-1824

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer prepayment or Deposit__

Last 4 digits of account number  __5346__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**Perry Kaye**

8330 Charleston Peak St
Las Vegas, NV 89166-5168

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer prepayment or Deposit__

Last 4 digits of account number  __5338__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,610.00 |

**Phyllis Loudermilk**

576 NW 1391st Rd
Holden, MO 64040-8477

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer prepayment or Deposit__

Last 4 digits of account number  __5009__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,961.00 |

**Phyllis Tucker**

319 County Road 466
Gainesville, TX 76240-1759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Customer prepayment or Deposit__

Last 4 digits of account number  __5227__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,398.00 |
|---|---|---|---|

**Phyllis Grantham**

1414 Cypress Bend Cv
New Braunfels, TX 78130-3061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5061**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Polly Pressley**

PO Box 302
Jefferson, GA 30549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5190**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,187.75 |
|---|---|---|---|

**Rachel M Hobbs**

133 Oak Hollow Rd
Monroeville, AL 36460-5710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5271**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Ramona Pound**

4713 E Donington Dr
Bloomington, IN 47401-8897

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3368**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Ramona Pound**

5029 Silverbell Dr
Plainfield, IN 46168-5737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **3368**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,649.00 |
|---|---|---|---|

**Randall Robertson**

3291 NW 96th Ave
City of Sunrise, FL 33351-7138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5066**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,638.30 |
|---|---|---|---|

**Randy Swartz**

2420 NW 63rd Pl
Ocala, FL 34475-2458

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5095**

Is the claim subject to offset? ■ No ☐ Yes

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $331.00 |
|---|---|---|---|

**Rebeca Anselet**

623 S 6th St
Nederland, TX 77627-2621

Date(s) debt was incurred _

Last 4 digits of account number **5175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Rebecca Bossley**

524 W Bilbo St # Steet
Orange, TX 77630-2628

Date(s) debt was incurred _

Last 4 digits of account number **5175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Rebecca Ferguson**

1570 Burgundy Ct
Brentwood, CA 94513-6480

Date(s) debt was incurred _

Last 4 digits of account number **5027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Rebecca Jerrell**

888 SE Santee Dr
Greensburg, IN 47240-7810

Date(s) debt was incurred _

Last 4 digits of account number **3368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,008.00 |
|---|---|---|---|

**Rebecca Rodriguez**

14514 Misty Meadow Ln
Houston, TX 77079-3110

Date(s) debt was incurred _

Last 4 digits of account number **3923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Rebecca Smith**

4985 Silverbell Dr
Plainfield, IN 46168-5707

Date(s) debt was incurred _

Last 4 digits of account number **3368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,890.00 |
|---|---|---|---|

**Rebecca Starnes**

3122 Mayhem Dr Ste 801-270
Tallahassee, FL 32301

Date(s) debt was incurred _

Last 4 digits of account number **5128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Regina Butts**

202 Stafford Beach Dr
Byron, GA 31008-3861

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5340**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,257.00 |
|---|---|---|---|

**Renee Keilman**

14453 Pine Valley Dr
Lathrop, CA 95330-9690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5096**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Reni Miguez**

2734 15th St
Port Neches, TX 77651-5139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5175**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,513.26 |
|---|---|---|---|

**Residence Inn by Marriott**

1717 Broadway
New York, NY 10019-5214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Vendor**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,793.00 |
|---|---|---|---|

**Rhonda Christianson**

8100 Ridgewood Rd
Goodlettsville, TN 37072-9465

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5373**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164.00 |
|---|---|---|---|

**Richard Berning**

10 Beachview Ln
Springfield, IL 62712-9513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5274**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $716.25 |
|---|---|---|---|

**Richard J Duckworth**

1990 Blue Spring Rd
Decherd, TN 37324-3920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **4323**

Is the claim subject to offset? ■ No ☐ Yes

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,522.00 |
|---|---|---|---|

**Rick Black**

1114 Macarthur Dr
Papillion, NE 68046-3859

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4930**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,025.00 |
|---|---|---|---|

**Rinda Dedering**

N3130 Alfreds Rd
Weyauwega, WI 54983-8700

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4928**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,196.17 |
|---|---|---|---|

**Rita Smith**

1548 S Scott Park Rd
Eldridge, IA 52748-1308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4172**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,892.00 |
|---|---|---|---|

**Rob Simons**

221 Legends Club Dr
Mount Pleasant, SC 29466-9045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5035**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,498.00 |
|---|---|---|---|

**Robert  Largent**

840 Freedom Cir
Hazel Green, WI 53811-9382

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4490**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,877.86 |
|---|---|---|---|

**Robert  McGriff**

1021 Regas Dr S
Atlantic Beach, FL 32233-7008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5044**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,070.00 |
|---|---|---|---|

**Robert  Quinn**

524 Faulkner Dr
Schertz, TX 78154-1142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4889**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document         Page 227 of 255

| Debtor | **New York City Vacations, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,649.00 |
|---|---|---|---|

**Robert  Williams**

1425 SE 13th Ave
Deerfield Beach, FL 33441-7313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5066**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Robert Albert Woods**

1635 Shiraz Ct
Brentwood, CA 94513-4253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5027**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,933.00 |
|---|---|---|---|

**Robert Bond**

255 Winminster Dr
Cocoa, FL 32922

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **5240**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,087.05 |
|---|---|---|---|

**Robert Deasey**

8040 Lohn Road
Halfmoon Bay, BC VON-1Y1

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5138**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.00 |
|---|---|---|---|

**Robert Mark Linett**

2058 Navarra Way
Brentwood, CA 94513-5285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposits**

Last 4 digits of account number  **5027**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,457.00 |
|---|---|---|---|

**Robert Miller**

55 Morning Star Ln
Christiansburg, VA 24068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5030**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,533.00 |
|---|---|---|---|

**Roberta Gagliano**

13504 James Ave S
Burnsville, MN 55306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5093**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $938.00 |
|---|---|---|---|

**Rodney Garcia**

6 Shady Lake Ct
Sacramento, CA 95834-1516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4433**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,001.00 |
|---|---|---|---|

**Rodney Plummer**

148 Woodstone Dr
Ruston, LA 71270-7522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4976**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Roger Arnold**

5022 Wall Ln
Ball, LA 71405-3646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5174**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**Ronald Mosley**

310 Maple Dr
Vidalia, GA 30474-8909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4417**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |
|---|---|---|---|

**Ronda Holland**

3300 Renwick Ave
Elk Grove, CA 95758-7490

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5034**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,839.50 |
|---|---|---|---|

**Rosa L Rickman**

600 Ervin Coker Rd NE
Rome, GA 30161-9621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5249**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $517.00 |
|---|---|---|---|

**Rosalina Arias**

PO Box 2317
Julian, CA 92036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5018**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document     Page 229 of 255

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|
| | **Rosalyn D Earl** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **8807 C Island Way** | ☐ Disputed | |
| | **Tampa, FL 33601** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number __3782__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|
| | **Rose A. Yuhas** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1829 Moscato Pl** | ☐ Disputed | |
| | **Brentwood, CA 94513-5271** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number __5027__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,196.17 |
|---|---|---|---|
| | **Rose Simmons** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1905 E 47th Pl** | ☐ Disputed | |
| | **Davenport, IA 52807-1268** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number __4172__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,340.00 |
|---|---|---|---|
| | **Rosemary Henriksen** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **825 Maine Ave** | ☐ Disputed | |
| | **Adrian, MN 56110-1068** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number __5003__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.00 |
|---|---|---|---|
| | **Roxanne Donnan** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **682 Wildlife Rd # R** | ☐ Disputed | |
| | **Clinton, SC 29325-3708** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number __5167__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,871.68 |
|---|---|---|---|
| | **Roy Hutton** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **321 Palmer St** | ☐ Disputed | |
| | **Adamsville, TN 38310-2445** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number __3608__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|
| | **Ruth Harriet Costa** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1930 Burgundy Ln** | ☐ Disputed | |
| | **Brentwood, CA 94513-6479** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number __5027__ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document     Page 230 of 255

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Sabine Collins**

48 Sweet Gum Cir
Sanford, NC 27332-1346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5055**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,278.32 |
|---|---|---|---|

**Sadies Global Travel Ltd.**

8412 Crossland Loop
Montgomery, AL 36117-0903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,295.00 |
|---|---|---|---|

**Sallie McBride**

5150 Ellisboro Rd
Stokesdale, NC 27357-7445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4966**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Sammie Ryland**

545 Jeffrey Ln
Deville, LA 71328-9387

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5174**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Sandcastle Wishes Travel**

PO Box 275
Kimberly, AL 35091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5339**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Sandra Nolen**

58 Dogwood Ln
Fayette, AL 35555-1416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4369**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Sandra Preuss**

12150 E Briarwood Ave Unit 145
Centennial, CO 80112-6755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4965**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document        Page 231 of 255

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $922.00 |
|---|---|---|---|
| | **Sandra Rhoads** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **264 State Road 327** | ☐ Disputed | |
| | **Hudson, IN 46747-9405** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number __5362__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,054.20 |
|---|---|---|---|
| | **Sandra W. Howell** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **9005 Saffron Ln** | ☐ Disputed | |
| | **Silver Spring, MD 20901-4267** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __3672__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,376.14 |
|---|---|---|---|
| | **Sara Cochran-Kelton** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1132 Farmhouse Rd** | ☐ Disputed | |
| | **Lascassas, TN 37085-4592** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number __5067__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,881.34 |
|---|---|---|---|
| | **Sara Stokes** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **5519 McCommas Blvd** | ☐ Disputed | |
| | **Dallas, TX 75206-5633** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number __5285__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,952.00 |
|---|---|---|---|
| | **Sarah Oettle** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **463 High Tech Dr** | ☐ Disputed | |
| | **Georgetown, TX 78626-2185** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number __5248__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|
| | **Sarah Rodgers** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **8300 Lake Powell Dr** | ☐ Disputed | |
| | **Nederland, TX 77627-5655** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number __5175__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|
| | **Scherry Bryant** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **6006 Hobby Ln** | ☐ Disputed | |
| | **Pinson, AL 35126-4466** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Customer prepayment or Deposit__ | |
| | Last 4 digits of account number __4369__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Shabrya Lott**

8224 Swallow Falls St
North Las Vegas, NV 89085-4415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number **5338**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $620.00 |
|---|---|---|---|

**Shanise Earl Johnson**

5949 E Christine Ave
Fresno, CA 93727-6558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number **5034**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Shanise Johnson**

5949 E Christine Ave
Fresno, CA 93727-6558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number **5034**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,018.14 |
|---|---|---|---|

**Shannon Burgess**

315 S Wingfield Rd
Greer, SC 29650-3431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number **5034**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $947.00 |
|---|---|---|---|

**Sharon Brown**

8060 Frankford Rd Apt 424
Dallas, TX 75252-6883

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number **3693**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,112.00 |
|---|---|---|---|

**Sharon Filips**

9060 Tucson St
Plymouth, MI 48170-4132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number **5015**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143.00 |
|---|---|---|---|

**Sharon Ritchie**

1326 Heather Dr
Murphys, CA 95247-9688

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number **4335**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document    Page 233 of 255

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
| --- | --- | --- | --- |

**Sharon Ball**

1572 California Trl
Brentwood, CA 94513-4337

Date(s) debt was incurred _

Last 4 digits of account number **5027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
| --- | --- | --- | --- |

**Sharon Johnson**

218 Hill Ln
West Blocton, AL 35184-5002

Date(s) debt was incurred _

Last 4 digits of account number **5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
| --- | --- | --- | --- |

**Sharon Lou Burris**

229 Marble Dr
Antioch, CA 94509-6218

Date(s) debt was incurred _

Last 4 digits of account number **5027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
| --- | --- | --- | --- |

**Sharyn Marie Metez**

291 Cheshire Dr
Brentwood, CA 94513-2944

Date(s) debt was incurred _

Last 4 digits of account number **5027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,262.50 |
| --- | --- | --- | --- |

**Shauna Richards**

13716 Field Stream Ln
Manor, TX 78653-3776

Date(s) debt was incurred _

Last 4 digits of account number **5222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,111.00 |
| --- | --- | --- | --- |

**Shea DiBenedetto**

6962 Meadow Ridge Dr
Mc Calla, AL 35111

Date(s) debt was incurred _

Last 4 digits of account number **5053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,126.08 |
| --- | --- | --- | --- |

**Sheila Gray**

115 Angel Oak Trl
Dallas, GA 30132-6315

Date(s) debt was incurred _

Last 4 digits of account number **5070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 5:20-bk-01790-HWV  Doc 1  Filed 06/10/20  Entered 06/10/20 13:19:57  Desc
Main Document  Page 234 of 255

| Debtor | **New York City Vacations, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,517.05 |
|---|---|---|---|

**Shelbie Tarlowski**

11013 N 35th Dr
Phoenix, AZ 85029-4001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5232**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,271.00 |
|---|---|---|---|

**Shelby St Romain**

19021 Turnberry Ct
Baton Rouge, LA 70809-6607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4926**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,695.00 |
|---|---|---|---|

**Shelley Greene**

869 Cedar Creek Dr
Asheboro, NC 27205-2621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5056**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,806.00 |
|---|---|---|---|

**Shelley Scarborough**

4346 Vista Ln
Lynn Haven, FL 32444-4419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5388**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Shelley Permenter**

2010 Llano Rd
Beaumont, TX 77713-5612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5175**

Is the claim subject to offset? ■ No ☐ Yes

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,028.00 |
|---|---|---|---|

**Shelly Mohr Johnsen**

501 Belvedere Ave
Beatrice, NE 68310-4850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4110**

Is the claim subject to offset? ■ No ☐ Yes

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Sheraton NY Times Square**
ATTN: Valerie Dillon
811 7th Ave
New York, NY 10019-6002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **New York City Vacations, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,508.00** |
|---|---|---|---|

**Sherri Singleton**
**Premier Vacations LLC**
**4892 Colonial Hwy**
**Evington, VA 24550-1900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **5036**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,706.00** |
|---|---|---|---|

**Sherry Hammond**

**471 Barbados Cir**
**Lakeland, FL 33803-5611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5306**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,587.76** |
|---|---|---|---|

**Sherry Hendrickson**

**6330 Atherly Cres**
**Mississauga, ON   L5N 8-J2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,444.00** |
|---|---|---|---|

**Sherry Stauffer**

**3801 Steltz Rd**
**New Freedom, PA 17349-9285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5163**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,978.00** |
|---|---|---|---|

**Sherry Sinnard**

**1108 Plantation Lakes Cir**
**Chesapeake, VA 23320-8106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4830**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Shirah Umansky**

**4150 Regents Park Row**
**La Jolla, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5175**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,631.00** |
|---|---|---|---|

**Sondra McCorquodale**

**PO Box 8980**
**Rocky Mount, NC 27804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5188**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document    Page 236 of 255

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,120.00 |
|---|---|---|---|

**St. Louis Thanksgiving Group**
**Dream Vacations, a Cruise**
**1 Company 1201 W Cypress Creek Rd**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,584.04 |
|---|---|---|---|

**Stacy Tomlinson**

**44 Crestline Dr**
**Somerset, KY 42503-6242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number __5150__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,110.00 |
|---|---|---|---|

**Stanley Silver**

**3688 Underbrush Trl**
**The Villages, FL 32163-2706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number __5166__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,287.04 |
|---|---|---|---|

**Stephanie Strzelecki**

**8500 W Roseview Dr**
**Niles, IL 60714-1856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number __4965__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Stephanie Grayson**

**162 Royal Dr**
**Madison, AL 35758-3167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number __4369__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,430.00 |
|---|---|---|---|

**Stephanie Taylor**

**13200 Carriage Way**
**Oklahoma City, OK 73142-3310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number __5103__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,935.00 |
|---|---|---|---|

**Stephen Munt**

**5535 Shipley Ct**
**Centreville, VA 20120-3308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Customer prepayment or Deposit__

Last 4 digits of account number __5303__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.705** | |

**Nonpriority creditor's name and mailing address**

**Stephen Muth**

**44087 W Granite Dr**
**Maricopa, AZ 85139-8865**

Date(s) debt was incurred _

Last 4 digits of account number  **5114**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,703.00**

---

| | |
|---|---|
| **3.706** | |

**Nonpriority creditor's name and mailing address**

**Steven  Johnson**
**Turnberry Travel**
**1184 Hill Rd N**
**Pickerington, OH 43147-8657**

Date(s) debt was incurred _

Last 4 digits of account number  **4891**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer prepayment or Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,398.00**

---

| | |
|---|---|
| **3.707** | |

**Nonpriority creditor's name and mailing address**

**Steven Murphy**

**1624 Gamay Ln**
**Brentwood, CA 94513-4332**

Date(s) debt was incurred _

Last 4 digits of account number  **5027**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

| | |
|---|---|
| **3.708** | |

**Nonpriority creditor's name and mailing address**

**Steven W. Tsunekawa**

**7002 Harborhaven Way**
**Discovery Bay, CA 94505-1756**

Date(s) debt was incurred _

Last 4 digits of account number  **5027**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| | |
|---|---|
| **3.709** | |

**Nonpriority creditor's name and mailing address**

**Stires & Company**

**22 Preston Rd**
**Dallas, PA 18612-9082**

Date(s) debt was incurred _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Accountant**

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

| | |
|---|---|
| **3.710** | |

**Nonpriority creditor's name and mailing address**

**Stuart Rothenberg**

**10 Avondale Dr**
**Cold Spring Harbor, NY 11724-1602**

Date(s) debt was incurred _

Last 4 digits of account number  **5020**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

| | |
|---|---|
| **3.711** | |

**Nonpriority creditor's name and mailing address**

**Sue Paulzine**

**600 Parnell St**
**Iona, MN 56141-1009**

Date(s) debt was incurred _

Last 4 digits of account number  **5003**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,680.00**

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$160.00** |
|---|---|---|---|

**Summer Moore**

**210 Cox Dr**
**Warner Robins, GA 31093-1910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5340**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$600.00** |
|---|---|---|---|

**Sundee Warren**

**1177 Brush Creek Rd**
**Colbert, GA 30628-3904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5190**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$3,689.00** |
|---|---|---|---|

**Susan Collins**

**916 E Green Acres Dr**
**Hobbs, NM 88240-4532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5377**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$3,340.00** |
|---|---|---|---|

**Susan Gentry**

**2118 Companero Ave**
**Orlando, FL 32804-6504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5079**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,394.00** |
|---|---|---|---|

**Susan Birk**

**1790 Grandview Dr**
**Jasper, IN 47546-2434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5264**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,495.88** |
|---|---|---|---|

**Susan Dolinar**

**7212 Timberlake Rd**
**Lynchburg, VA 24502-2337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5214**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,917.00** |
|---|---|---|---|

**Susan Kettelhodt**

**12921 282nd Ave NW**
**Zimmerman, MN 55398-9447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5003**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Susan Lantz**

**3421 S 400 W**
**New Palestine, IN 46163-9155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **3368**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,074.00 |
|---|---|---|---|

**Susan Lueck**

**9489 County Road 6 NW**
**Princeton, MN 55371-5202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5003**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $924.00 |
|---|---|---|---|

**Susan Poynor**

**6366 Elm Crest Ct**
**Fort Worth, TX 76132-4309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5122**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
|---|---|---|---|

**Susie Sarrasin**

**Box 664**
**St. Malo, MN R0A-1T0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5052**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,029.00 |
|---|---|---|---|

**Suzanne Meyer**

**82039 Deniro Ct**
**Indio, CA 92201-8115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4072**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.00 |
|---|---|---|---|

**Suzanne Bowering**

**402 Main St**
**Wakefield, MA 01880-3018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5277**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $853.00 |
|---|---|---|---|

**Suzanne Brown**

**500 N Duke St Apt 54-103**
**Durham, NC 27701-2059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4898**

Is the claim subject to offset? ■ No  ☐ Yes

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document   Page 240 of 255

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,475.07 |

**Suzzane Burtchaell**

313 Henry Russell St
Franklin, TN 37064-1524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5306**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,390.00 |

**Tamara Elrite**

11321 Silverton Dr
Milton, FL 32583-6905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5361**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.00 |

**Tamita T. Williams**

1543 20th St N
Birmingham, AL 35234-2650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5019**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |

**Tamita Williams**

1543 20th St N
Birmingham, AL 35234-2650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5019**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |

**Tammy Andrew**

PO Box 875
Asheboro, NC 27204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5055**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,307.00 |

**Taylor Bastin-Platt**

205 W Shelby St
Falmouth, KY 41040-1139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5345**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $611.00 |

**Taylor Whisneant**

1030 Dalton St
Bridge City, TX 77611-2610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5175**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $716.25 |
|---|---|---|---|

**Teena Perry**

13 Hidden Hills Ln
Ellisville, MS 39437-6401

Date(s) debt was incurred __

Last 4 digits of account number __4323__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Teresa Hail**

604 Rolling Acres Dr
Kathleen, GA 31047-1608

Date(s) debt was incurred __

Last 4 digits of account number __5340__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $938.00 |
|---|---|---|---|

**Teresa Saenz**

11 Moonrise Cir
Sacramento, CA 95834-3820

Date(s) debt was incurred __

Last 4 digits of account number __4433__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $978.00 |
|---|---|---|---|

**Terri Russell**

1003 Crest Rd
Leeds, AL 35094-2306

Date(s) debt was incurred __

Last 4 digits of account number __5262__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,170.00 |
|---|---|---|---|

**Terri Easter**

1354 Montague St NW
Washington, DC 20011-2876

Date(s) debt was incurred __

Last 4 digits of account number __5034__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Terri Huff**

7295 Murley
Beaumont, TX 77701

Date(s) debt was incurred __

Last 4 digits of account number __5175__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,094.00 |
|---|---|---|---|

**Terri Pendergrass**

13219 Oakwood Rd
Zimmerman, MN 55398-9331

Date(s) debt was incurred __

Last 4 digits of account number __5003__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer prepayment or Deposit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,398.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Terry Williams**

2601 Quail Run
San Marcos, TX 78666-9477

Date(s) debt was incurred _

Last 4 digits of account number **5048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,280.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Terry Flowers**

1056 Bretts Way
Cantonment, FL 32533-5641

Date(s) debt was incurred _

Last 4 digits of account number **5361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.25 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**The Travel Company**

1404 N 18th St
Monroe, LA 71201-4912

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,265.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Theresa Bennett**

16607 Almy Rd
Howard City, MI 49329-9570

Date(s) debt was incurred _

Last 4 digits of account number **5207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,893.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Theresa Callen**

12807 Cradle Mountain Ln
Lakeside, CA 92040-5727

Date(s) debt was incurred _

Last 4 digits of account number **3307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,252.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Theresa Shjandemaar**

3117 Eagle Butte Ave
Frederick, CO 80516-2611

Date(s) debt was incurred _

Last 4 digits of account number **5318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $474.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Theresa Smith**

1622 Eugene St
Port Neches, TX 77651-3216

Date(s) debt was incurred _

Last 4 digits of account number **5175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document     Page 243 of 255

| | |
|---|---|
| 3.747 | **Nonpriority creditor's name and mailing address** |

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,102.00 |

---

**3.747**

**Nonpriority creditor's name and mailing address**

**Theresa Staab**

**6 Sherman Pl**
**Bethpage, NY 11714**

Date(s) debt was incurred __

Last 4 digits of account number  **5293**

As of the petition filing date, the claim is: *Check all that apply.*            **$1,102.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.748**

**Nonpriority creditor's name and mailing address**

**Thomas Hearl**

**1625 SW 4th Pl**
**Cape Coral, FL 33991-5403**

Date(s) debt was incurred __

Last 4 digits of account number  **5251**

As of the petition filing date, the claim is: *Check all that apply.*            **$953.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.749**

**Nonpriority creditor's name and mailing address**

**Thomas Nawn**

**523 Pewter Dr**
**Exton, PA 19341-2077**

Date(s) debt was incurred __

Last 4 digits of account number  **5017**

As of the petition filing date, the claim is: *Check all that apply.*            **$1,600.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.750**

**Nonpriority creditor's name and mailing address**

**Thomas (Joe) Campbell**

**415 Pisgah Way**
**Calhoun, GA 30701-1939**

Date(s) debt was incurred __

Last 4 digits of account number  **5260**

As of the petition filing date, the claim is: *Check all that apply.*            **$1,634.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.751**

**Nonpriority creditor's name and mailing address**

**Thomas Edwards**

**817 McArthur Dr**
**Port Neches, TX 77651-2224**

Date(s) debt was incurred __

Last 4 digits of account number  **5175**

As of the petition filing date, the claim is: *Check all that apply.*            **$50.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.752**

**Nonpriority creditor's name and mailing address**

**Tiffany Black**

**10670 N Whitney Ave**
**Fresno, CA 93730-5959**

Date(s) debt was incurred __

Last 4 digits of account number  **5034**

As of the petition filing date, the claim is: *Check all that apply.*            **$500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.753**

**Nonpriority creditor's name and mailing address**

**Tiffany Black**

**10670 N Whitney Ave**
**Fresno, CA 93730-5959**

Date(s) debt was incurred __

Last 4 digits of account number  **5034**

As of the petition filing date, the claim is: *Check all that apply.*            **$1,240.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document      Page 244 of 255

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $715.00 |
|---|---|---|---|

**Timothy Ryan**

**3004 Looking Glass Ct**
**Virginia Beach, VA 23456-8277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5111**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,709.11 |
|---|---|---|---|

**Timothy Tisdale**

**283 Saint Phillips Church Rd**
**Prosperity, SC 29127-6936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4980**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,273.00 |
|---|---|---|---|

**Tonia Epps**

**PO Box 443**
**Scottsville, TX 75688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4097**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,128.00 |
|---|---|---|---|

**Tonirae Vojacek**

**3935 E Rough Rider Rd Unit 1179**
**Phoenix, AZ 85050-7357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5280**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,648.00 |
|---|---|---|---|

**Tony Camara**

**2022 Red Hawk Rd**
**Prattville, AL 36067-8523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4339**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,738.00 |
|---|---|---|---|

**Tonya Hoffman**

**2004 Jadewood Dr**
**Midland, TX 79707-5057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **4912**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Tonya Alexander**

**301 Millside Dr**
**Warner Robins, GA 31088-8159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer prepayment or Deposit**

Last 4 digits of account number  **5340**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,160.00 |
|---|---|---|---|

**Tonya Matthews**

117 Dogwood Dr
Hazlehurst, MS 39083-2903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5301__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Tora Christopher**

409 Canter Way
Jefferson, GA 30549-1445

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5190__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,700.00 |
|---|---|---|---|

**Tracy Anderson**

2910 Kerry Forest Pkwy
Tallahassee, FL 32309-6892

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5354__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,776.00 |
|---|---|---|---|

**Tramaine Yarbrough**

5125 Summer Place Pkwy
Hoover, AL 35244-3099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customer prepayment or Deposit__

Last 4 digits of account number __5258__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.80 |
|---|---|---|---|

**Travel Concepts Inc. (Lenexa)**

9324 Rosner Dr Ste A
Lenexa, KS 66219-2214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206.50 |
|---|---|---|---|

**Travel Equity Partners  (dba Travel Ques**

70 Mansell Ct Ste 100
Roswell, GA 30076-4857

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Travelport, LP**

PO Box CS198537
Atlanta, GA 30301-8537

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 5:20-bk-01790-HWV   Doc 1   Filed 06/10/20   Entered 06/10/20 13:19:57   Desc
Main Document     Page 246 of 255

| Debtor | **New York City Vacations, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,398.00** |
|---|---|---|---|

**Trudy Hughes**

12121 S Fox Den Dr
Knoxville, TN 37934-3727

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _

Last 4 digits of account number **4973**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,352.00** |
|---|---|---|---|

**Trudy Crain**

12985 N Ovenell Ln
Burlington, WA 98233-3816

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Date(s) debt was incurred _

Last 4 digits of account number **5223**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$792.93** |
|---|---|---|---|

**Twin America LLC**

1430 Broadway Rm 507
New York, NY 10018-3064

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Vendor**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$248.00** |
|---|---|---|---|

**Twynette Goggins**

2117 Carion Ct Unit 104
Birmingham, AL 35201

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Date(s) debt was incurred _

Last 4 digits of account number **5019**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,398.00** |
|---|---|---|---|

**Univa Shaw**

645 Westview Rd
Chattanooga, TN 37415-3407

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Date(s) debt was incurred _

Last 4 digits of account number **5305**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21.50** |
|---|---|---|---|

**Unum Life Insurance Company of America**

PO Box 406968
Atlanta, GA 30384-6968

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Vendor**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
|---|---|---|---|

**Valarie Eason**

1112 46th St N
Birmingham, AL 35212-1335

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Customer prepayment or Deposit**

Date(s) debt was incurred _

Last 4 digits of account number **5019**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,279.00 |

**Velma Powers**

2627 NW Pollard Ave
Lawton, OK 73505-1912

Date(s) debt was incurred _

Last 4 digits of account number **4989**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | | $243.00 |
|---|---|---|---|

**Velma Dunn Cooper**

29714 Orchard Grove Dr
Tomball, TX 77377-3965

Date(s) debt was incurred _

Last 4 digits of account number **5175**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | | $86.01 |
|---|---|---|---|

**Verizon Wireless**

PO Box 25505
Lehigh Valley, PA 18002-5505

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | | $3,786.00 |
|---|---|---|---|

**Vicki Steele**

473 Walter Dr
West Jefferson, NC 28694-9372

Date(s) debt was incurred _

Last 4 digits of account number **4951**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | | $1,580.00 |
|---|---|---|---|

**Vicki Oxley**

2550 S Ellsworth Rd Unit 543
Mesa, AZ 85209-2467

Date(s) debt was incurred _

Last 4 digits of account number **5029**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **195029**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | | $1,230.50 |
|---|---|---|---|

**Vicki Thomas**

12704 Shondel Rd
Rittman, OH 44270-9513

Date(s) debt was incurred _

Last 4 digits of account number **4782**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | | $3,566.43 |
|---|---|---|---|

**Vicki Vantrease**

189 Baker Rd
Martin, TN 38237-3819

Date(s) debt was incurred _

Last 4 digits of account number **4724**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document        Page 248 of 255

| Debtor | **New York City Vacations, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,953.07 |
|---|---|---|---|

**Vicky Gaddy**

108 Millet Cir
Cantonment, FL 32533-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5361**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Victor Eyre**

305 Glen Ellen Dr
Pineville, LA 71360-4439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5174**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**Victor Martinez**

1608 Highway 22 W
Falmouth, KY 41040-8865

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5345**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $458.00 |
|---|---|---|---|

**Victoria Sidon**

113 Ohio St
Wheeling, WV 26003-2118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5363**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Victoria Chastain**

651 Iris Ln
Winder, GA 30680-3786

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5590**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,560.00 |
|---|---|---|---|

**Victoria McCabe**

724 Killdeer Ln
Plymouth, WI 53073-4994

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **5331**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Victoria McFadyen**

PO Box 1693
Key West, FL 33041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Customer prepayment or Deposit**

Last 4 digits of account number  **4769**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **New York City Vacations, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,696.00** |
|---|---|---|---|

**Vincent O Driscoll**

☐ Contingent
☐ Unliquidated
☐ Disputed

7 Heritage Dr
Plattsburgh, NY 12901

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5281**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,220.00** |
|---|---|---|---|

**Virginia DeMoss**

☐ Contingent
☐ Unliquidated
☐ Disputed

403 N Jones Ave
Maquoketa, IA 52060

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5148**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,272.00** |
|---|---|---|---|

**Virginia Mazry**

☐ Contingent
☐ Unliquidated
☐ Disputed

501 Cliff Dr
Aptos, CA 95003-5309

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5113**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5.00** |
|---|---|---|---|

**Virginia Davis**

☐ Contingent
☐ Unliquidated
☐ Disputed

1135 Woodland Trce
Cumming, GA 30041-7268

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4369**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,167.10** |
|---|---|---|---|

**Vivian Carr**

☐ Contingent
☐ Unliquidated
☐ Disputed

7927 Blazing Gap
Missouri City, TX 77459-6054

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **3324**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,075.00** |
|---|---|---|---|

**Wallace State Hanceville**

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 2000
Hanceville, AL 35077

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **4502**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$481.00** |
|---|---|---|---|

**Wanda Schenk**

☐ Contingent
☐ Unliquidated
☐ Disputed

3296 FM 2864
Nacogdoches, TX 75965-8100

Date(s) debt was incurred __

Basis for the claim: **Customer prepayment or Deposit**

Last 4 digits of account number **5175**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **New York City Vacations, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,211.00 |
|---|---|---|---|

**Ward Fredrickson**

2924 Gentry Cir
Bismarck, ND 58503-0158

Date(s) debt was incurred _

Last 4 digits of account number  **5376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,743.00 |
|---|---|---|---|

**Wendell Boner**

115 E 11th St
Shiner, TX 77984-5419

Date(s) debt was incurred _

Last 4 digits of account number  **5324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,973.72 |
|---|---|---|---|

**Wendy Navarro**

2593 E 1569th Rd
Ottawa, IL 61350-9261

Date(s) debt was incurred _

Last 4 digits of account number  **5043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,074.00 |
|---|---|---|---|

**Wendy Thompson**

13505 290th Ave NW
Zimmerman, MN 55398-8692

Date(s) debt was incurred _

Last 4 digits of account number  **5003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,488.00 |
|---|---|---|---|

**William Knight**

102 Tulip Ln
Westminster, SC 29693-6446

Date(s) debt was incurred _

Last 4 digits of account number  **5292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,237.00 |
|---|---|---|---|

**Winston Hensley**

1700 Massanetta Springs Rd
Rockingham, VA 22801-2412

Date(s) debt was incurred _

Last 4 digits of account number  **5322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.40 |
|---|---|---|---|

**World Travel (Fort Pierce)**

2403 S 4th Street US Hwy # 1
Fort Pierce, FL 34945-5996

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,587.00** |

**Yvonne Culligan**

**1005 16th Ave S**
**Princeton, MN 55371-2326**

Date(s) debt was incurred __

Last 4 digits of account number  **5003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$976.00** |

**Zack Kincheloe**

**1174 Vallombrosa Ave**
**Chico, CA 95926-2847**

Date(s) debt was incurred __

Last 4 digits of account number  **5307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer prepayment or Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,227,153.12 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,227,153.12 |

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest     **Office Lease at 300 Market St Kingston, PA 18704-5426** | |
| State the term remaining | **The Market Street Partnership 300 Market St Kingston, PA 18704-5426** |
| List the contract number of any government contract | |

Case 5:20-bk-01790-HWV    Doc 1    Filed 06/10/20    Entered 06/10/20 13:19:57    Desc
Main Document    Page 253 of 255

Debtor name **New York City Vacations, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA, WILKES-BARRE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | _____ | _____ Street _____ City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | _____ Street _____ City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | _____ Street _____ City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | _____ Street _____ City State Zip Code | _____ | ☐ D ☐ E/F ☐ G |

# United States Bankruptcy Court
## Middle District of Pennsylvania, Wilkes-Barre Division

In re **New York City Vacations, Inc.**                                        Case No. _____

Debtor(s)                                        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,500.00 |
| Prior to the filing of this statement I have received | $ | 7,500.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **For all services not set forth in subparagraphs a, b, and c above, including responding to creditors inquiries, negotiating with creditors and attending and preparing for hearings and adversarial and contested proceedings of any kind, (except the meeting of creditors) at a rate of $350.00 per hour. The above fee is exclusive of the Debtor's advance of a filing fee of $335.00 in the case of a chapter 7 filing.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 10, 2020**                **/s/ David Harris**

*Date*                            **David Harris**

                              *Signature of Attorney*

                              **Law Office of David J. Harris**

                              **67-69 Public Sq Ste 700**
                              **Wilkes Barre, PA 18701-2515**
                              **(570) 823-9400**
                              **dh@lawofficeofdavidharris.com**

                              *Name of law firm*

Software Copyright (c) 2020 CINGroup - www.cincompass.com