| | |
|---|---|
| United States Bankruptcy Court for the: | |
| MIDDLE DISTRICT OF PENNSYLVANIA, WILKES-BARRE DIVISION | |
| Case number *(if known)* **5:20-bk-1790** | Chapter **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **New York City Vacations, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  New York City Vacation Packages (NYCVP)** |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | **23-3070549** |
| **4.** | **Debtor's address** | **Principal place of business** **300 Market St** **Kingston, PA 18704-5426** Number, Street, City, State & ZIP Code **Luzerne** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.nyctrip.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: |

| Debtor | **New York City Vacations, Inc.** | Case number (*if known*) **5:20-bk-1790** |
|---|---|---|
| | Name | |

7. **Describe debtor's business**

   A. *Check one:*
   
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   
   ■ None of the above

   B. *Check all that apply*
   
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   
   ■ Chapter 7
   
   ☐ Chapter 9
   
   ☐ Chapter 11. *Check all that apply*:
   
      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
      ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
      ☐ A plan is being filed with this petition.
   
      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   
      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   
      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.
   
   ■ No.
   
   ☐ Yes.

   | District | _____ | When | _____ | Case number | _____ |
   |---|---|---|---|---|---|
   | District | _____ | When | _____ | Case number | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list
    
    ■ No
    
    ☐ Yes.

    | Debtor | _____ | | Relationship | _____ |
    |---|---|---|---|---|
    | District | _____ | When _____ | Case number, if known | _____ |

| Debtor | **New York City Vacations, Inc.** | Case number (*if known*) | 5:20-bk-1790 |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in** *this district?*

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **New York City Vacations, Inc.** | Case number (*if known*) **5:20-bk-1790** |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** | page 4 |
|---|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 10, 2020**
MM / DD / YYYY

X **/s/ Barry Tenenbaum**                          **Barry Tenenbaum**
Signature of authorized representative of debtor         Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ David Harris**                              Date **June 10, 2020**
Signature of attorney for debtor                        MM / DD / YYYY

**David Harris**
Printed name

**Law Office of David J. Harris**
Firm name

**67-69 Public Sq Ste 700**
**Wilkes Barre, PA 18701-2515**
Number, Street, City, State & ZIP Code

Contact phone  **(570) 823-9400**     Email address  **dh@lawofficeofdavidharris.com**

**48558 (PA)**
Bar number and State