## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                     :

                              :    **CHAPTER 7**

**NEW YORK CITY VACATIONS, INC.**    :

                              :    **CASE NO. 5:20-01790**

           **Debtor**            :

## APPLICATION BY TRUSTEE TO AUTHORIZE
## SHEILS LAW ASSOCIATES, P.C. AS ATTORNEY FOR TRUSTEE

TO THE HONORABLE ROBERT N. OPEL, II, BANKRUPTCY JUDGE:

1.      On June 10, 2020, applicant was appointed Trustee in the above matter.

2.      Applicant wishes to employ Sheils Law Associates, P.C. as of the date of this application, as an attorney duly admitted to practice in this Court, and makes this application pursuant to Rule 2014, Federal Rules of Bankruptcy Procedure. Applicant has selected Sheils Law Associates, P.C. for the reason that said law offices have had considerable experience in bankruptcy matters, and applicant believes that said law office is well qualified to represent them in this proceeding. Under Section 327(d) of the Bankruptcy Code, the Trustee may act as attorney for the estate if it is in the best interest of the estate for him to do so.

3.      It is necessary that your applicant employ an attorney in connection with this case (a) to recover other assets rightfully belonging to the estate; (b) to document the sale of assets of the estate; and (c) to do all other necessary legal acts as would be required to represent the Trustee in this proceeding.

4.    To the best of applicant's knowledge, Sheils Law Associates, P.C. has no connection with the debtors, creditors, or any other party of interest, and represents no interest adverse to the Trustee of the estate in matters upon which it is to be engaged, and its employment would be in the best interest of the estate.

5.    The normal hourly billing rates of said law firm, at the time of this application, range from $315.00 per hour for a senior attorney to $275.00 per hour for attorneys with lesser experience and $115.00 per hour for paraprofessionals.  It is contemplated that said law firm will seek compensation based upon its normal and usual hourly billing rates, and reimbursement of expenses.

WHEREFORE, applicant prays that he be authorized to retain Sheils Law Associates, P.C. in this case effective as of the date of this Application, and that he have such other and further relief as is just.


Dated: June 12, 2020                              /s/ Robert P. Sheils, Jr._____
                                                  Robert P. Sheils, Jr., Esquire
                                                  Supreme Court ID: 36340
                                                  108 North Abington Road
                                                  Clarks Summit, PA 18411
                                                  570-587-2600
                                                  570-585-0313 – Facsimile
                                                  rsheils@sheilslaw.com