# New York City Vacation Packages
## Invoice List by Date
### January 1 - June 10, 2020

| Date | Transaction Type | Num | Name | Memo/Description | Due Date | Amount | Open Balance |
|---|---|---|---|---|---|---|---|
| 01/02/2020 | Invoice | 1831 | VMD merchant services | | 02/01/2020 | 23,382.00 | 0.00 |
| 01/02/2020 | Invoice | 1832 | American express merch serv | | 02/01/2020 | 1,682.00 | 0.00 |
| 01/03/2020 | Invoice | 1833 | VMD merchant services | | 02/02/2020 | 43,724.00 | 0.00 |
| 01/03/2020 | Invoice | 1834 | American express merch serv | | 02/02/2020 | 2,539.00 | 0.00 |
| 01/06/2020 | Invoice | 1824 | Master Customer | | 02/05/2020 | 25,802.30 | 0.00 |
| 01/06/2020 | Invoice | 1835 | VMD merchant services | | 02/05/2020 | 14,485.26 | 0.00 |
| 01/06/2020 | Invoice | 1836 | American express merch serv | | 02/05/2020 | 1,537.00 | 0.00 |
| 01/06/2020 | Invoice | 1853 | Master Customer | | 02/05/2020 | 36,112.00 | 0.00 |
| 01/07/2020 | Invoice | 1837 | VMD merchant services | | 02/06/2020 | 20,568.00 | 0.00 |
| 01/07/2020 | Invoice | 1838 | American express merch serv | | 02/06/2020 | 4,180.00 | 0.00 |
| 01/08/2020 | Invoice | 1839 | Jax Fax Travel Mrktng | | 01/08/2020 | 500.00 | 0.00 |
| 01/08/2020 | Invoice | 1840 | VMD merchant services | | 02/07/2020 | 21,189.16 | 0.00 |
| 01/09/2020 | Invoice | 1841 | Barry's Tenenbaum | | 01/13/2020 | 416.76 | 0.00 |
| 01/09/2020 | Invoice | 1842 | VMD merchant services | | 02/08/2020 | 16,926.85 | 0.00 |
| 01/10/2020 | Invoice | 1843 | VMD merchant services | | 02/09/2020 | 26,852.06 | 0.00 |
| 01/10/2020 | Invoice | 1856 | Master Customer | | 02/09/2020 | 63.82 | 0.00 |
| 01/11/2020 | Invoice | 1844 | VMD merchant services | | 02/10/2020 | 250.00 | 0.00 |
| 01/12/2020 | Invoice | 1845 | VMD merchant services | | 02/11/2020 | 1,550.00 | 0.00 |
| 01/12/2020 | Invoice | 1846 | American express merch serv | | 02/11/2020 | 250.00 | 0.00 |
| 01/13/2020 | Invoice | 1847 | VMD merchant services | | 02/12/2020 | 26,029.78 | 0.00 |
| 01/13/2020 | Invoice | 1848 | American express merch serv | | 02/12/2020 | 118.00 | 0.00 |
| 01/13/2020 | Invoice | 1854 | Master Customer | | 02/12/2020 | 10,000.00 | 0.00 |
| 01/14/2020 | Invoice | 1849 | VMD merchant services | | 02/13/2020 | 14,997.40 | 0.00 |
| 01/14/2020 | Invoice | 1850 | American express merch serv | | 02/13/2020 | 6,964.00 | 0.00 |
| 01/15/2020 | Invoice | 1851 | VMD merchant services | | 02/14/2020 | 11,424.25 | 0.00 |
| 01/15/2020 | Invoice | 1852 | American express merch serv | | 02/14/2020 | 2,106.08 | 0.00 |
| 01/15/2020 | Invoice | 1859 | Master Customer | | 02/14/2020 | 38,737.00 | 0.00 |
| 01/16/2020 | Invoice | 1857 | VMD merchant services | | 02/15/2020 | 16,955.98 | 0.00 |
| 01/16/2020 | Invoice | 1858 | American express merch serv | | 02/15/2020 | 12,731.00 | 0.00 |
| 01/17/2020 | Invoice | 1860 | VMD merchant services | | 02/16/2020 | 32,552.78 | 0.00 |
| 01/17/2020 | Invoice | 1861 | American express merch serv | | 02/16/2020 | 36,730.00 | 0.00 |
| 01/20/2020 | Invoice | 1862 | VMD merchant services | | 02/19/2020 | 15,507.00 | 0.00 |
| 01/20/2020 | Invoice | 1863 | American express merch serv | | 02/19/2020 | 2,456.00 | 0.00 |
| 01/21/2020 | Invoice | 1864 | VMD merchant services | | 02/20/2020 | 20,645.28 | 0.00 |
| 01/21/2020 | Invoice | 1865 | American express merch serv | | 02/20/2020 | 105.00 | 0.00 |
| 01/21/2020 | Invoice | 1866 | Master Customer | | 02/20/2020 | 4,000.00 | 0.00 |
| 01/21/2020 | Invoice | 1868 | VMD merchant services | | 02/20/2020 | 870.00 | 0.00 |
| 01/22/2020 | Invoice | 1867 | American express merch serv | | 02/21/2020 | 275.00 | 0.00 |
| 01/22/2020 | Invoice | 1869 | VMD merchant services | | 02/21/2020 | 42,605.92 | 0.00 |
| 01/22/2020 | Invoice | 1870 | American express merch serv | | 02/21/2020 | 1,041.00 | 0.00 |
| 01/23/2020 | Invoice | 1871 | VMD merchant services | | 02/22/2020 | 12,432.00 | 0.00 |
| 01/24/2020 | Invoice | 1872 | VMD merchant services | | 02/23/2020 | 19,963.76 | 0.00 |
| 01/24/2020 | Invoice | 1873 | American express merch serv | | 02/23/2020 | 3,920.00 | 0.00 |
| 01/25/2020 | Invoice | 1874 | VMD merchant services | | 02/24/2020 | 150.00 | 0.00 |
| 01/26/2020 | Invoice | 1875 | VMD merchant services | | 02/25/2020 | 100.00 | 0.00 |

| Date | Type | Num | Name | Due Date | Amount | Balance |
|---|---|---|---|---|---|---|
| 01/27/2020 | Invoice | 1876 | VMD merchant services | 02/26/2020 | 24,742.30 | 0.00 |
| 01/27/2020 | Invoice | 1877 | American express merch serv | 02/26/2020 | 10,444.00 | 0.00 |
| 01/28/2020 | Invoice | 1878 | VMD merchant services | 02/27/2020 | 12,118.42 | 0.00 |
| 01/28/2020 | Invoice | 1879 | American express merch serv | 02/27/2020 | 400.00 | 0.00 |
| 01/29/2020 | Invoice | 1880 | VMD merchant services | 02/28/2020 | 12,795.88 | 0.00 |
| 01/29/2020 | Invoice | 1881 | American express merch serv | 02/28/2020 | 11,790.50 | 0.00 |
| 01/29/2020 | Invoice | 1891 | Master Customer | 02/28/2020 | 547.50 | 0.00 |
| 01/29/2020 | Invoice | 1894 | Master Customer | 02/28/2020 | 19,318.74 | 0.00 |
| 01/30/2020 | Invoice | 1882 | VMD merchant services | 02/29/2020 | 20,060.04 | 0.00 |
| 01/30/2020 | Invoice | 1883 | American express merch serv | 02/29/2020 | 1,670.00 | 0.00 |
| 01/31/2020 | Invoice | 1884 | VMD merchant services | 03/01/2020 | 14,073.00 | 0.00 |
| 01/31/2020 | Invoice | 1885 | American express merch serv | 03/01/2020 | 14,106.00 | 0.00 |
| 02/02/2020 | Invoice | 1886 | VMD merchant services | 03/03/2020 | 536.00 | 0.00 |
| 02/03/2020 | Invoice | 1887 | VMD merchant services | 03/04/2020 | 47,500.00 | 0.00 |
| 02/03/2020 | Invoice | 1888 | American express merch serv | 03/04/2020 | 4,903.00 | 0.00 |
| 02/04/2020 | Invoice | 1889 | VMD merchant services | 03/05/2020 | 21,836.11 | 0.00 |
| 02/04/2020 | Invoice | 1890 | American express merch serv | 03/05/2020 | 600.00 | 0.00 |
| 02/04/2020 | Invoice | 1892 | Master Customer | 03/05/2020 | 9,875.00 | 0.00 |
| 02/04/2020 | Invoice | 1893 | Allianz | 03/05/2020 | 1,989.40 | 0.00 |
| 02/05/2020 | Invoice | 1895 | VMD merchant services | 03/06/2020 | 19,673.64 | 0.00 |
| 02/05/2020 | Invoice | 1896 | American express merch serv | 03/06/2020 | 824.00 | 0.00 |
| 02/06/2020 | Invoice | 1897 | VMD merchant services | 03/07/2020 | 21,180.00 | 0.00 |
| 02/06/2020 | Invoice | 1898 | American express merch serv | 03/07/2020 | 1,325.00 | 0.00 |
| 02/07/2020 | Invoice | 1899 | Master Customer | 03/08/2020 | 3,500.00 | 0.00 |
| 02/07/2020 | Invoice | 1900 | Master Customer | 03/08/2020 | 153.79 | 0.00 |
| 02/07/2020 | Invoice | 1901 | VMD merchant services | 03/08/2020 | 27,006.08 | 0.00 |
| 02/07/2020 | Invoice | 1902 | American express merch serv | 03/08/2020 | 1,951.88 | 0.00 |
| 02/09/2020 | Invoice | 1903 | VMD merchant services | 03/10/2020 | 570.00 | 0.00 |
| 02/10/2020 | Invoice | 1904 | VMD merchant services | 03/11/2020 | 37,115.42 | 0.00 |
| 02/10/2020 | Invoice | 1905 | American express merch serv | 03/11/2020 | 9,811.13 | 0.00 |
| 02/10/2020 | Invoice | 1908 | Master Customer | 03/11/2020 | 6,200.00 | 0.00 |
| 02/10/2020 | Invoice | 1909 | Master Customer | 03/11/2020 | 4,000.00 | 0.00 |
| 02/10/2020 | Invoice | 1911 | Master Customer | 03/11/2020 | 63.82 | 0.00 |
| 02/11/2020 | Invoice | 1906 | VMD merchant services | 03/12/2020 | 19,740.58 | 0.00 |
| 02/11/2020 | Invoice | 1907 | American express merch serv | 03/12/2020 | 1,550.00 | 0.00 |
| 02/11/2020 | Invoice | 1910 | Master Customer | 03/12/2020 | 5,740.00 | 0.00 |
| 02/11/2020 | Invoice | 1912 | Barry's Tenenbaum | 03/12/2020 | 280.25 | 0.00 |
| 02/12/2020 | Invoice | 1913 | VMD merchant services | 03/13/2020 | 14,453.14 | 0.00 |
| 02/12/2020 | Invoice | 1914 | American express merch serv | 03/13/2020 | 382.00 | 0.00 |
| 02/13/2020 | Invoice | 1915 | VMD merchant services | 03/14/2020 | 32,027.88 | 0.00 |
| 02/13/2020 | Invoice | 1916 | American express merch serv | 03/14/2020 | 1,747.88 | 0.00 |
| 02/13/2020 | Invoice | 1928 | Master Customer | 03/14/2020 | 8,859.20 | 0.00 |
| 02/14/2020 | Invoice | 1917 | VMD merchant services | 03/15/2020 | 20,035.41 | 0.00 |
| 02/14/2020 | Invoice | 1918 | American express merch serv | 03/15/2020 | 1,783.50 | 0.00 |
| 02/14/2020 | Invoice | 1925 | Master Customer | 03/15/2020 | 4,000.00 | 0.00 |
| 02/15/2020 | Invoice | 1919 | VMD merchant services | 03/16/2020 | 620.00 | 0.00 |
| 02/16/2020 | Invoice | 1920 | VMD merchant services | 03/17/2020 | 1,240.00 | 0.00 |
| 02/17/2020 | Invoice | 1921 | VMD merchant services | 03/18/2020 | 32,437.30 | 0.00 |
| 02/17/2020 | Invoice | 1922 | American express merch serv | 03/18/2020 | 65,286.50 | 0.00 |
| 02/18/2020 | Invoice | 1923 | VMD merchant services | 03/19/2020 | 39,497.29 | 0.00 |
| 02/18/2020 | Invoice | 1924 | American express merch serv | 03/19/2020 | 1,409.50 | 0.00 |
| 02/18/2020 | Invoice | 1926 | Master Customer | 03/19/2020 | 5,000.00 | 0.00 |

| Date | Type | Num | Name | Due Date | Amount | Balance |
|---|---|---|---|---|---|---|
| 02/18/2020 | Invoice | 1927 | Master Customer | 03/19/2020 | 7,500.00 | 0.00 |
| 02/19/2020 | Invoice | 1929 | VMD merchant services | 03/20/2020 | 4,312.76 | 0.00 |
| 02/19/2020 | Invoice | 1930 | American express merch serv | 03/20/2020 | 7,206.00 | 0.00 |
| 02/20/2020 | Invoice | 1931 | VMD merchant services | 03/21/2020 | 37,413.76 | 0.00 |
| 02/20/2020 | Invoice | 1932 | American express merch serv | 03/21/2020 | 10,076.00 | 0.00 |
| 02/21/2020 | Invoice | 1933 | VMD merchant services | 03/22/2020 | 24,347.52 | 0.00 |
| 02/21/2020 | Invoice | 1934 | American express merch serv | 03/22/2020 | 5,255.38 | 0.00 |
| 02/21/2020 | Invoice | 1947 | Master Customer | 03/22/2020 | 3,500.00 | 0.00 |
| 02/21/2020 | Invoice | 1948 | Master Customer | 03/22/2020 | 6,422.00 | 0.00 |
| 02/22/2020 | Invoice | 1935 | VMD merchant services | 03/23/2020 | 1,470.00 | 0.00 |
| 02/23/2020 | Invoice | 1936 | VMD merchant services | 03/24/2020 | 600.00 | 0.00 |
| 02/24/2020 | Invoice | 1937 | VMD merchant services | 03/25/2020 | 80,599.41 | 0.00 |
| 02/24/2020 | Invoice | 1938 | American express merch serv | 03/25/2020 | 32,760.07 | 0.00 |
| 02/25/2020 | Invoice | 1940 | VMD merchant services | 03/26/2020 | 23,651.96 | 0.00 |
| 02/25/2020 | Invoice | 1941 | American express merch serv | 03/26/2020 | 9,257.88 | 0.00 |
| 02/26/2020 | Invoice | 1942 | VMD merchant services | 03/27/2020 | 4,771.00 | 0.00 |
| 02/26/2020 | Invoice | 1943 | American express merch serv | 03/27/2020 | 2,752.62 | 0.00 |
| 02/27/2020 | Invoice | 1944 | VMD merchant services | 03/28/2020 | 5,838.00 | 0.00 |
| 02/27/2020 | Invoice | 1945 | Master Customer | 03/28/2020 | 3,431.61 | 0.00 |
| 02/27/2020 | Invoice | 1946 | Master Customer | 03/28/2020 | 199.42 | 0.00 |
| 02/27/2020 | Invoice | 1949 | Master Customer | 03/28/2020 | 7,460.90 | 0.00 |
| 02/28/2020 | Invoice | 1950 | VMD merchant services | 03/29/2020 | 16,286.78 | 0.00 |
| 02/28/2020 | Invoice | 1951 | American express merch serv | 03/29/2020 | 8,185.36 | 0.00 |
| 03/01/2020 | Invoice | 1952 | VMD merchant services | 03/31/2020 | 637.00 | 0.00 |
| 03/02/2020 | Invoice | 1953 | VMD merchant services | 04/01/2020 | 17,221.60 | 0.00 |
| 03/02/2020 | Invoice | 1954 | American express merch serv | 04/01/2020 | 1,300.50 | 0.00 |
| 03/02/2020 | Invoice | 1955 | Allianz | 04/01/2020 | 2,219.35 | 0.00 |
| 03/02/2020 | Invoice | 1971 | Master Customer | 04/01/2020 | 250.00 | 0.00 |
| 03/03/2020 | Invoice | 1957 | VMD merchant services | 04/02/2020 | 26,996.38 | 0.00 |
| 03/03/2020 | Invoice | 1958 | American express merch serv | 04/02/2020 | 6,461.87 | 0.00 |
| 03/03/2020 | Invoice | 1968 | Barry's Tenenbaum | 04/02/2020 | 910.42 | 0.00 |
| 03/03/2020 | Invoice | 1970 | Master Customer | 04/02/2020 | 923.22 | 0.00 |
| 03/04/2020 | Invoice | 1964 | VMD merchant services | 04/03/2020 | 17,366.00 | 0.00 |
| 03/04/2020 | Invoice | 1965 | American express merch serv | 04/03/2020 | 6,000.00 | 0.00 |
| 03/05/2020 | Invoice | 1959 | VMD merchant services | 04/04/2020 | 36,713.27 | 0.00 |
| 03/05/2020 | Invoice | 1960 | American express merch serv | 04/04/2020 | 1,666.00 | 0.00 |
| 03/06/2020 | Invoice | 1961 | VMD merchant services | 04/05/2020 | 21,104.87 | 0.00 |
| 03/06/2020 | Invoice | 1962 | American express merch serv | 04/05/2020 | 228.00 | 0.00 |
| 03/07/2020 | Invoice | 1963 | VMD merchant services | 04/06/2020 | 500.00 | 0.00 |
| 03/09/2020 | Invoice | 1966 | VMD merchant services | 04/08/2020 | 12,580.11 | 0.00 |
| 03/09/2020 | Invoice | 1967 | American express merch serv | 04/08/2020 | 4,370.00 | 0.00 |
| 03/09/2020 | Invoice | 1969 | Master Customer | 04/08/2020 | 7,598.00 | 0.00 |
| 03/10/2020 | Invoice | 1956 | Master Customer | 04/09/2020 | 63.82 | 0.00 |
| 03/10/2020 | Invoice | 1973 | VMD merchant services | 04/09/2020 | 15,800.00 | 0.00 |
| 03/10/2020 | Invoice | 1974 | American express merch serv | 04/09/2020 | 290.00 | 0.00 |
| 03/11/2020 | Invoice | 1972 | Master Customer | 04/10/2020 | 12,324.00 | 0.00 |
| 03/13/2020 | Invoice | 1975 | Master Customer | 04/12/2020 | 9,678.14 | 0.00 |
| 03/13/2020 | Invoice | 1979 | Master Customer | 04/12/2020 | 1,560.00 | 0.00 |
| 03/16/2020 | Invoice | 1977 | Master Customer | 04/15/2020 | 2,860.00 | 0.00 |
| 03/16/2020 | Invoice | 1978 | Master Customer | 04/15/2020 | 1,197.54 | 0.00 |
| 03/18/2020 | Invoice | 1976 | VMD merchant services | 04/17/2020 | 61.00 | 0.00 |
| 03/19/2020 | Invoice | 1980 | VMD merchant services | 04/18/2020 | 1,084.00 | 0.00 |

| Date | Type | Num | Customer | Due Date | Amount | Balance |
|---|---|---|---|---|---|---|
| 03/20/2020 | Invoice | 1981 | VMD merchant services | 04/19/2020 | 291.00 | 0.00 |
| 03/20/2020 | Invoice | 1982 | American express merch serv | 04/19/2020 | 252.00 | 0.00 |
| 03/23/2020 | Invoice | 1983 | VMD merchant services | 04/22/2020 | 117.00 | 0.00 |
| 03/26/2020 | Invoice | 1984 | VMD merchant services | 04/25/2020 | 100.00 | 0.00 |
| 03/27/2020 | Invoice | 1985 | VMD merchant services | 04/26/2020 | 2,880.00 | 0.00 |
| 03/27/2020 | Invoice | 1986 | American express merch serv | 04/26/2020 | 187.00 | 0.00 |
| 03/31/2020 | Invoice | 1987 | VMD merchant services | 04/30/2020 | 394.00 | 0.00 |
| 04/01/2020 | Invoice | 1988 | VMD merchant services | 05/01/2020 | 481.00 | 0.00 |
| 04/01/2020 | Invoice | 1989 | American express merch serv | 05/01/2020 | 20.00 | 0.00 |
| 04/01/2020 | Invoice | 1992 | Allianz | 05/01/2020 | 1,374.20 | 0.00 |
| 04/02/2020 | Invoice | 1990 | Barry's Tenenbaum | 05/02/2020 | 222.97 | 0.00 |
| 04/02/2020 | Invoice | 1991 | VMD merchant services | 05/02/2020 | 4,003.00 | 0.00 |
| 04/03/2020 | Invoice | 1993 | VMD merchant services | 05/03/2020 | 5,057.53 | 0.00 |
| 04/10/2020 | Invoice | 1994 | VMD merchant services | 05/10/2020 | 120.00 | 0.00 |
| 04/15/2020 | Invoice | 1995 | American express merch serv | 05/15/2020 | 783.87 | 0.00 |
| 04/17/2020 | Invoice | 1996 | VMD merchant services | 05/17/2020 | 3,584.80 | 0.00 |
| 04/27/2020 | Invoice | 1997 | VMD merchant services | 05/27/2020 | 187.00 | 0.00 |
| 04/27/2020 | Invoice | 1998 | American express merch serv | 05/27/2020 | 187.00 | 0.00 |
| 05/06/2020 | Invoice | 2001 | Joel C. | 06/05/2020 | 20,780.90 | 0.00 |
| 05/07/2020 | Invoice | 2002 | Master Customer | 06/06/2020 | 6,178.82 | 0.00 |
| 05/08/2020 | Invoice | 2003 | VMD merchant services | 06/07/2020 | 1,149.00 | 0.00 |
| 05/14/2020 | Invoice | 2004 | Barry's Tenenbaum | 06/13/2020 | 115.27 | 0.00 |
| 06/09/2020 | Invoice | 2010 | Master Customer | 07/09/2020 | 408.66 | 0.00 |

Year to date received   1,756,337.06