# New York City Vacation Packages
## Bills and Applied Payments Totaling $6825.00 and More
### Since March 11, 2020

| Date | Transaction Type | Memo/Description | Num | Amount Paid *** | Total Paid *** |
|---|---|---|---|---|---|
| **David J Harris** | | | | | |
| 05/05/2020 | Bill Payment (Check) | | 29634 | -5,000.00 | |
| 05/04/2020 | Bill | | | 5,000.00 | |
| 05/15/2020 | Bill Payment (Check) | | 33327 | -335.00 | |
| 05/04/2020 | Bill | | | 335.00 | |
| 05/15/2020 | Bill Payment (Check) | | 33328 | -2,500.00 | |
| 05/04/2020 | Bill | | | 2,500.00 | |
| **Total** | | | | | **7,835.00** |
| **Geisinger Quality Options Inc** | | | | | |
| 05/07/2020 | Bill Payment (Check) | | 94009 | -4,666.51 | |
| 03/19/2020 | Bill | | | 4,666.51 | |
| 05/29/2020 | Bill Payment (Check) | | EFT 2020 0131 | -7,314.58 | |
| 05/28/2020 | Bill | | | 3,913.61 | |
| 04/19/2020 | Bill | | | 3,913.61 | |
| 05/28/2020 | Vendor Credit | | | -512.64 | |
| **Total** | | | | | **11,981.09** |
| **Joel Cohen / BROADWAY INBOUND TICKET** | | | | | |
| 03/11/2020 | Bill Payment (Credit Card) | | 062020 195370 | -3,184.00 | |
| 03/10/2020 | Bill | | 195370 | 6,368.00 | |
| 03/14/2020 | Bill Payment (Credit Card) | | 031420 193316 | | |
| 01/01/2020 | Bill | | 193316 | 9,756.00 | |
| 03/14/2020 | Vendor Credit | | 031420 193316 | -9,756.00 | |
| 03/14/2020 | Bill Payment (Credit Card) | | 031920 193841 | | |
| 01/22/2020 | Bill | | 193841 | 11,976.50 | |
| 03/14/2020 | Vendor Credit | | 031920 193841 | -11,497.20 | |
| 03/14/2020 | Bill Payment (Credit Card) | | 073020 193589 | | |
| 02/21/2020 | Bill | | 193589 | 1,092.00 | |
| 03/14/2020 | Vendor Credit | | 073020 193589 | -546.00 | |
| 03/27/2020 | Bill Payment (Check) | | EFT 2020 0092 | -23,646.10 | |

| Date | Type | Ref | Amount | Balance |
|---|---|---|---|---|
| 03/12/2020 | Bill | jax031220 | 39,349.30 | |
| 03/24/2020 | Vendor Credit | | -15,703.20 | |
| 04/05/2020 | Bill Payment (Credit Card) | 040920 193307 | | |
| 01/31/2020 | Bill | 193307 | 19,022.50 | |
| 04/05/2020 | Vendor Credit | 193307 | -9,504.00 | |
| 04/08/2020 | Bill Payment (Credit Card) | 051520 193390 | | |
| 01/01/2020 | Bill | 193390 | 10,747.40 | |
| 04/08/2020 | Vendor Credit | 193390 | -4,112.10 | |
| 04/08/2020 | Bill Payment (Credit Card) | 051220 194502 | | |
| 02/04/2020 | Bill | 194502 | 15,915.00 | |
| 04/08/2020 | Vendor Credit | 194502 | -5,482.50 | |
| 04/08/2020 | Bill Payment (Credit Card) | 052720 195301 | | |
| 02/28/2020 | Bill | 195301 | 11,804.00 | |
| 04/08/2020 | Vendor Credit | 195301 | -4,592.00 | |
| 04/15/2020 | Bill Payment (Credit Card) | 043020 195003 | 0.00 | |
| 02/28/2020 | Bill | 195003 | 8,330.00 | |
| 04/15/2020 | Vendor Credit | 195003 | -4,165.00 | |
| 04/15/2020 | Bill Payment (Credit Card) | 051520 193390 | | |
| 01/01/2020 | Bill | 193390 | 10,747.40 | |
| 04/15/2020 | Vendor Credit | 193390 | -3,483.00 | |
| 04/09/2020 | Bill Payment (Credit Card) | 050120 194603 | | |
| 01/01/2020 | Bill | 194603 | 4,775.00 | |
| 04/09/2020 | Vendor Credit | 194603 | -4,775.00 | |
| 04/10/2020 | Bill Payment (Credit Card) | 042120 195128 | | |
| 02/06/2020 | Bill | 195128 | 5,640.00 | |
| 04/10/2020 | Vendor Credit | 195128 | -2,820.00 | |
| 04/15/2020 | Bill Payment (Credit Card) | 043020 195014 | | |
| 01/06/2020 | Bill | 195014 | 3,780.00 | |
| 04/15/2020 | Vendor Credit | 195014 | -1,890.00 | |
| 04/15/2020 | Bill Payment (Credit Card) | 051220 194502 | | |
| 02/18/2020 | Bill | 194502 | 5,979.00 | |
| 04/15/2020 | Vendor Credit | 194502 | -5,464.50 | |
| 04/16/2020 | Bill Payment (Credit Card) | 052720 195301 | | |
| 02/28/2020 | Bill | 195301 | 11,804.00 | |
| 04/16/2020 | Vendor Credit | 195301 | -1,310.00 | |
| 04/21/2020 | Bill Payment (Credit Card) | 042220 193670 | 0.00 | |

| Date | Type | Num | Memo | Amount | Balance |
|---|---|---|---|---|---|
| 01/21/2020 | Bill | 193670 | | 2,217.60 | |
| 04/21/2020 | Vendor Credit | 193670 | | -1,108.80 | |
| 04/24/2020 | Bill Payment (Credit Card) | | 042320 195034 | 0.00 | |
| 02/18/2020 | Bill | 195034 | | 4,536.50 | |
| 04/24/2020 | Vendor Credit | 195034 | | -2,261.00 | |
| 04/24/2020 | Bill Payment (Credit Card) | | 042720 193133 | 0.00 | |
| 01/01/2020 | Bill | 193133 | | 10,827.00 | |
| 04/24/2020 | Vendor Credit | 193133 | | -10,827.00 | |
| 04/15/2020 | Bill Payment (Credit Card) | | 194502 | 0.00 | |
| 02/04/2020 | Bill | 194502 | | 15,915.00 | |
| 04/15/2020 | Vendor Credit | 194502 | | -5,464.50 | |
| 04/27/2020 | Bill Payment (Credit Card) | | 051520 193390 | | |
| 01/01/2020 | Bill | 193390 | | 10,747.40 | |
| 04/15/2020 | Vendor Credit | 193390 | | -281.30 | |
| 04/27/2020 | Vendor Credit | 193390 | | -2,871.00 | |
| 05/06/2020 | Bill Payment (Check) | | EFT 2020 0117 | | |
| 05/06/2020 | Bill | | | 23,116.85 | |
| 04/21/2020 | Vendor Credit | | | -21,627.50 | |
| 04/20/2020 | Vendor Credit | | | -6,569.65 | |
| 04/15/2020 | Bill | JAX040120 | | 5,080.30 | |
| 05/22/2020 | Bill Payment (Check) | | EFT 2020 0126 | | |
| 05/11/2020 | Bill | JAX042020 | | 211.50 | |
| 05/11/2020 | Vendor Credit | JAX042020 | | -2,929.10 | |
| 05/11/2020 | Bill | | | 2,717.60 | |
| 05/19/2020 | Bill Payment (Credit Card) | | 062420 194667 | | |
| 03/03/2020 | Bill | 194667 | | 4,577.00 | |
| 05/18/2020 | Vendor Credit | 062420 194667 | | -2,288.50 | |
| 05/18/2020 | Bill Payment (Credit Card) | | 051320 195219 | | |
| 02/10/2020 | Bill | 195219 | | 2,356.20 | |
| 05/18/2020 | Vendor Credit | 051320 195219 | | -1,178.10 | |
| 05/13/2020 | Bill Payment (Credit Card) | | 062020 195370 | | |
| 03/10/2020 | Bill | 195370 | | 6,368.00 | |
| 05/13/2020 | Vendor Credit | 062020 195370 | | -3,184.00 | |
| **Total** | | | | | **26,830.10** |

**Market Street Partnership**

| Date | Type | Memo/Ref | Amount | Balance |
|---|---|---|---:|---:|
| 03/13/2020 | Bill Payment (Check) | 18722 | -6,497.54 | |
| 03/12/2020 | Bill | | 6,497.54 | |
| 06/01/2020 | Bill Payment (Check) | | -6,497.54 | |
| 04/20/2020 | Bill | | 6,497.54 | |
| 06/09/2020 | Bill Payment (Check) | | -6,497.54 | |
| 05/20/2020 | Bill | | 6,497.54 | |
| **Total** | | | | **19,492.62** |

**Merchant Services visa, mc, disc**
**2 accts**

| Date | Type | Memo/Ref | Amount |
|---|---|---|---:|
| 03/12/2020 | Bill Payment (Check) | EFT 2020 0072 | -419.50 |
| 03/12/2020 | Bill | credit day 031220 | 419.50 |
| 03/16/2020 | Bill Payment (Check) | EFT 2020 0073 | -613.86 |
| 03/16/2020 | Bill | 31620 | 613.86 |
| 03/17/2020 | Bill Payment (Check) | EFT 2020 0075 | -841.75 |
| 03/17/2020 | Bill | credit day 031720 | 841.75 |
| 03/20/2020 | Bill Payment (Check) | EFT 2020 0091 | -1,722.00 |
| 03/20/2020 | Bill | 1035889499 | 5,166.00 |
| 03/30/2020 | Bill Payment (Check) | EFT 2020 0095 | -370.00 |
| 03/30/2020 | Bill | credit day 033020 | 370.00 |
| 04/02/2020 | Bill Payment (Check) | EFT 2020 0096 | -400.00 |
| 04/02/2020 | Bill | 1036020834 | 400.00 |
| 04/01/2020 | Bill Payment (Check) | EFT 2020 0097 | -4,759.99 |
| 04/01/2020 | Bill | March | 4,759.99 |
| 04/06/2020 | Bill Payment (Check) | EFT 2020 0101 | -4,438.20 |
| 04/06/2020 | Bill | 10360594020100 | 8,876.40 |
| 04/07/2020 | Bill Payment (Check) | EFT 2020 0100 | -426.00 |
| 04/07/2020 | Bill | credit day 040720 | 426.00 |
| 04/08/2020 | Bill Payment (Check) | EFT 2020 0103 | -2,093.19 |
| 04/08/2020 | Bill | | 4,186.38 |
| 03/20/2020 | Bill | 1035889499 | 5,166.00 |
| 04/08/2020 | Vendor Credit | | -1,722.00 |
| 04/10/2020 | Bill Payment (Check) | EFT 2020 0104 | -2,093.19 |
| 04/10/2020 | Bill | | 4,186.38 |
| 04/15/2020 | Bill Payment (Check) | EFT 2020 0108 | -1,420.00 |
| 04/15/2020 | Bill | 195348 | 2,840.00 |
| 04/21/2020 | Bill Payment (Check) | EFT 2020 0111 | -95.00 |
| 04/21/2020 | Bill | credit day 042120 | 95.00 |
| 04/23/2020 | Bill Payment (Check) | EFT 2020 0113 | |
| 04/06/2020 | Bill | 10360594020100 | 8,876.40 |

| Date | Type | Description | Ref/Memo | Amount | Balance |
|---|---|---|---|---:|---:|
| 04/23/2020 | Vendor Credit | | won disp 042320 | -925.00 | |
| | 04/27/2020 | Bill Payment (Credit Card) | | 195348 | |
| 04/15/2020 | Bill | | 195348 | 2,840.00 | |
| 04/27/2020 | Vendor Credit | | 195348 | -2,840.00 | |
| | 04/27/2020 | Bill Payment (Credit Card) | | 195348 | |
| 04/06/2020 | Bill | | 10360594020100 | 8,876.40 | |
| 04/27/2020 | Vendor Credit | | 195348 | -2,840.00 | |
| | 05/01/2020 | Bill Payment (Check) | | EFT 2020 0113 | -514.68 |
| 05/01/2020 | Bill | | April 2020 | 514.68 | |
| | 05/06/2020 | Bill Payment (Check) | | EFT 2020 0117 | |
| 04/08/2020 | Bill | | | 4,186.38 | |
| 05/06/2020 | Vendor Credit | | | -4,186.39 | |
| 04/06/2020 | Bill | | 10360594020100 | 8,876.40 | |
| | 05/12/2020 | Bill Payment (Check) | | EFT 2020 0119 | -3,039.00 |
| 04/10/2020 | Bill | | | 4,186.38 | |
| 05/12/2020 | Vendor Credit | | | -2,093.19 | |
| 05/12/2020 | Bill | | 1036375979 | 6,078.00 | |
| | 05/14/2020 | Bill Payment (Check) | | EFT 2020 0122 | -712.00 |
| 05/14/2020 | Bill | | 1036403702 | 1,424.00 | |
| | 05/19/2020 | Bill Payment (Check) | | EFT 2020 0123 | -2,814.00 |
| 05/19/2020 | Bill | | Case# 1036455768 | 938.00 | |
| 05/19/2020 | Bill | | 1036441910 | 5,628.00 | |
| | 05/21/2020 | Bill Payment (Check) | | EFT 2020 0124 | -1,722.00 |
| 03/20/2020 | Bill | | 1035889499 | 5,166.00 | |
| | 05/21/2020 | Bill Payment (Check) | | EFT 2020 0125 | -484.00 |
| 05/21/2020 | Bill | | 1036467269 | 484.00 | |
| | 05/22/2020 | Bill Payment (Check) | | EFT 2020 0126 | -27.60 |
| 05/22/2020 | Bill | | 1036481592 | 27.60 | |
| | 05/25/2020 | Bill Payment (Check) | | EFT 2020 0126 | 0.00 |
| 05/14/2020 | Bill | | 1036403702 | 1,424.00 | |
| 05/25/2020 | Vendor Credit | | 1036403702 | -712.00 | |
| | 05/23/2020 | Bill Payment (Check) | | EFT 2020 0127 | -2,796.00 |
| 05/23/2020 | Bill | | 1036503717 | 2,796.00 | |
| | 05/27/2020 | Bill Payment (Check) | | EFT 2020 0128 | |
| 05/12/2020 | Bill | | 1036375979 | 6,078.00 | |
| 05/27/2020 | Vendor Credit | | 1036375979 | -3,039.00 | |
| | 05/28/2020 | Bill Payment (Check) | | EFT 2020 0128 | -5,960.00 |
| 05/28/2020 | Bill | | 1036565365 | 5,960.00 | |

| Date | Type | Num | Amount | Balance |
|---|---|---|---|---|
| 05/29/2020 | Bill Payment (Check) | EFT 2020 0132 | | |
| 05/19/2020 | Bill | 1036441910 | 5,628.00 | |
| 05/29/2020 | Vendor Credit | 1036441910 | -1,876.00 | |
| 06/02/2020 | Bill Payment (Check) | EFT 2020 0132 | -250.00 | |
| 06/02/2020 | Bill | 10365890350 | 250.00 | |
| 06/02/2020 | Bill Payment (Check) | EFT 2020 0135 | -180.68 | |
| 06/02/2020 | Bill | may 2020 | 180.68 | |
| 06/08/2020 | Bill Payment (Check) | EFT 2020 0139 | -7,588.00 | |
| 06/08/2020 | Bill | 1036702961 | 7,588.00 | |
| **Total** | | | | **45,780.64** |

.

**Sheraton NY Times SQ Hotel**

| Date | Type | Num | Amount | Balance |
|---|---|---|---|---|
| 03/14/2020 | Bill Payment (Credit Card) | 022020 195168 | -7,159.54 | |
| 03/02/2020 | Bill | 29WFC042691 | 7,159.54 | |
| 03/14/2020 | Bill Payment (Credit Card) | 022720 195037 | -475.18 | |
| 02/29/2020 | Bill | 29WFC042609 | 475.18 | |
| 03/14/2020 | Bill Payment (Credit Card) | 121519 193485 | -592.27 | |
| 01/07/2020 | Bill | 29WFC039642 | 592.27 | |
| 03/14/2020 | Bill Payment (Credit Card) | 122219 194750 | -371.92 | |
| 01/01/2020 | Bill | 29WFC038355 | 371.92 | |
| 03/14/2020 | Bill Payment (Credit Card) | 121919 193671 | -835.62 | |
| 01/01/2020 | Bill | 29WFC038246 | 835.62 | |
| 04/14/2020 | Bill Payment (Credit Card) | 022720 195037 | -486.66 | |
| 03/11/2020 | Bill | 29WFC042863 | 486.66 | |
| 04/18/2020 | Bill Payment (Credit Card) | 020720 194722 | -371.91 | |
| 02/09/2020 | Bill | 29WFC041615 | 371.91 | |
| **Total** | | | | **10,293.10** |

**Stires & Company**

| Date | Type | Num | Amount | Balance |
|---|---|---|---|---|
| 03/12/2020 | Bill Payment (Check) | EFT 2020 0069 | -3,750.00 | |
| 03/03/2020 | Bill | 12312019 | 3,750.00 | |
| 05/29/2020 | Bill Payment (Check) | | -4,000.00 | |
| 05/12/2020 | Bill | 0120-0420 | 4,000.00 | |
| **Total** | | | | **7,750.00** |

**Synergistic Networks Inc**

| Date | Type | Num | Amount | Balance |
|---|---|---|---|---|
| 04/22/2020 | Bill Payment (Check) | EFT 2020 0112 | -8,400.00 | |
| 04/22/2020 | Bill | 9160 | 8,400.00 | |
| **Total** | | | | **8,400.00** |

**White Glove Destinations, LLC**

| Date | Type | Num | Amount |
|---|---|---|---|
| 04/23/2020 | Bill Payment (Check) | 94006 | -9,809.20 |
| 03/08/2020 | Bill | 192850 | 9,809.20 |
| **Total** | | | **9,809.20** |

EXHIBIT SOFA #3