| Date | Num | Memo/Description | Account | Clr | Amount |
|---|---|---|---|---|---|
| 03/12/2020 | credit day 031220 | | 4026-75 Refunds - Sales (NYCVP) | | -419.50 |
| 03/16/2020 | 31620 | v | 4026-75 Refunds - Sales (NYCVP) | | -237.00 |
| 03/16/2020 | 31620 | m/c | 4026-75 Refunds - Sales (NYCVP) | | -376.86 |
| 03/17/2020 | credit day 031720 | v | 4026-75 Refunds - Sales (NYCVP) | | -841.75 |
| 03/18/2020 | credit day 031820 | | 4026-75 Refunds - Sales (NYCVP) | | -295.00 |
| 03/18/2020 | 195256 Ref | 031820 195256 | 4026-75 Refunds - Sales (NYCVP) | | -1,330.00 |
| 03/20/2020 | 1035889499 | 1035889499 Debra Yahne $1,722.00 vp195325 | 4026-75 Refunds - Sales (NYCVP) | | -1,722.00 |
| 03/20/2020 | 1035889499 | dispute pending responce 032420 195325 | 4026-75 Refunds - Sales (NYCVP) | | -1,722.00 |
| 03/30/2020 | credit day 033020 | m/c credit day | 4026-75 Refunds - Sales (NYCVP) | | -411.00 |
| 03/30/2020 | credit day 033020 | visa authnet incomeing credit day | 4026-75 Refunds - Sales (NYCVP) | | 41.00 |
| 04/02/2020 | 1036020834 | dispute pending responce 083020 195202 | 4026-75 Refunds - Sales (NYCVP) | | -400.00 |
| 04/06/2020 | 10360594020100 | 032620 195290 | 4026-75 Refunds - Sales (NYCVP) | | -925.00 |
| 04/06/2020 | 10360594020100 | 032620 195290 | 4026-75 Refunds - Sales (NYCVP) | | -925.00 |
| 04/06/2020 | 10360594020100 | Carole Kemper (VP1951776): CASE #1036067401 ($2093.20) | 4026-75 Refunds - Sales (NYCVP) | | -2,093.20 |
| 04/06/2020 | 10360594020100 | charge back on 051920 195348 for Kathlyn | 4026-75 Refunds - Sales (NYCVP) | | -1,420.00 |
| 04/07/2020 | credit day 040720 | credit day visa | 4026-75 Refunds - Sales (NYCVP) | | -426.00 |
| 04/08/2020 | | dispute pending responce 032420 195325 | 4026-75 Refunds - Sales (NYCVP) | | 1,722.00 |
| 04/08/2020 | | Margaret Gideon (VP1951776): CASE #1036083412 ($2093.19). | 4026-75 Refunds - Sales (NYCVP) | | -2,093.19 |
| 04/10/2020 | | 041425 195176 for Nancy Helveston | 4026-75 Refunds - Sales (NYCVP) | | -2,093.19 |
| 04/15/2020 | 195348 | 051920 195348 for Steve Phipps | 4026-75 Refunds - Sales (NYCVP) | | -1,420.00 |
| 04/21/2020 | credit day 042120 | credit day 04/21/20 | 4026-75 Refunds - Sales (NYCVP) | | -95.00 |
| 04/23/2020 | won disp 042320 | 032620 195290 | 4026-75 Refunds - Sales (NYCVP) | | 925.00 |
| 04/27/2020 | 195348 | 051920 195348 for Kathlyn | 4026-75 Refunds - Sales (NYCVP) | | 1,420.00 |
| 04/27/2020 | 195348 | 051920 195348 for Steve Phipps | 4026-75 Refunds - Sales (NYCVP) | | 1,420.00 |
| 05/06/2020 | | refunded Carole Kemper (VP1951776): CASE #1036067401 ($2093.20) | 4026-75 Refunds - Sales (NYCVP) | | 2,093.20 |
| 05/06/2020 | | 051920 195348 for Kathlyn | 4026-75 Refunds - Sales (NYCVP) | | 2,093.19 |
| 05/07/2020 | D-7ed90 | 194788 - Tory Tarsitano - D-7ed90 06-06-2020 Goodsservices cancelled - C05 - $1,617.32 | 4026-75 Refunds - Sales (NYCVP) | | -1,617.32 |
| 05/12/2020 | 1036375979 | 194915 Lois Eannel Case 1036375979 $3,039.00 | 4026-75 Refunds - Sales (NYCVP) | | -3,039.00 |
| 05/12/2020 | | refunded 041425 195176 for Nancy Helveston | 4026-75 Refunds - Sales (NYCVP) | | 2,093.19 |
| 05/14/2020 | 1036403702 | 195160 Michelle Hansen Case 1036403702 $712.00 | 4026-75 Refunds - Sales (NYCVP) | | -712.00 |
| 05/19/2020 | 1036441910 | arbitration | 4026-75 Refunds - Sales (NYCVP) | | -1,876.00 |

| Date | Reference | Description | Account | Amount |
|---|---|---|---|---|
| 05/19/2020 | Case# 1036455768 | vp 195220 Judee Spansel $938.00 Case# 1036455768 | 4026-75 Refunds - Sales (NYCVP) | -938.00 |
| 05/19/2020 | 1036441910 | Vp 195220 Mary Sandifer $1,876.00 Case# 1036441910 | 4026-75 Refunds - Sales (NYCVP) | -1,876.00 |
| 05/21/2020 | 1036467269 | Case# 1036467269 vp 193672 Sandra W. Howell $484.00 | 4026-75 Refunds - Sales (NYCVP) | -484.00 |
| 05/22/2020 | 1036481592 | Vp 193672 case# 1036481592 Sandra W. Howell $27.60 | 4026-75 Refunds - Sales (NYCVP) | -27.60 |
| 05/23/2020 | 1036503717 | vp 195170, Jeff Meyer case 1036503717 $2,796.00 | 4026-75 Refunds - Sales (NYCVP) | -2,796.00 |
| 05/25/2020 | 1036403702 | 195160 Michelle Hansen Case 1036403702 $712.00 | 4026-75 Refunds - Sales (NYCVP) | 712.00 |
| 05/27/2020 | 1036375979 | 194915 Lois Eannel Case 1036375979 $3,039.00 | 4026-75 Refunds - Sales (NYCVP) | 3,039.00 |
| 05/28/2020 | 1036565365 | Vp 194603, April Dunchie, $5,960.00, Case# 1036565365 | 4026-75 Refunds - Sales (NYCVP) | -5,960.00 |
| 05/29/2020 | 1036441910 | 194915 Lois Eannel Case 1036375979 $3,039.00 | 4026-75 Refunds - Sales (NYCVP) | 1,876.00 |
| 06/02/2020 | d-85ftr | 194868 - Denise O Haynes - d-85ftr 06-02-2020 Goodsservices cancelled - C05 - $1320.00 | 4026-75 Refunds - Sales (NYCVP) | -1,320.00 |
| 06/02/2020 | 10365890350 | Vp 193672 case# 10365890350 Sandra W. Howell $250. | 4026-75 Refunds - Sales (NYCVP) | -250.00 |
| 06/03/2020 | D-85fxu | Vp 194868 - Denise Haynes – D-85fxu 06-06-20 Goods/services cancelled - C05 - $1,535.00 | 4026-75 Refunds - Sales (NYCVP) | -1,535.00 |
| 06/08/2020 | 1036702961 | VP 195170 Jeff Meyer charge was $8,388.00, case 1036702961 cb $7588.00 | 4026-75 Refunds - Sales (NYCVP) | -7,588.00 |
| 06/09/2020 | 1036699806 | VP 194217 Nida Hollimon Purser $868.04 CASE 1036699806 | 4026-75 Refunds - Sales (NYCVP) | -868.04 |
| 06/09/2020 | 1036481592 | Vp 193672 case# 1036481592 Sandra W. Howell $27.60 | 4026-75 Refunds - Sales (NYCVP) | 27.60 |
| | | | | -$ 32,670.47 |
| **TOTAL** | | **Total for 4026-75 Refunds - Sales (NYCVP)** | | -$ 32,670.47 |