**Payroll Summary by Employee Report**      **New York City Vacation Packages**

New York City Vacation Packages
Employee Payroll Summary
Jun 8 2019 - Jun 8 2020

|  | TOTAL AMOUNT | William Tenenbaum |
|---|---|---|
| **EMPLOYEES WAGES, TAXES & ADJUSTMENTS** | | |
| **Gross Pay** | | |
| Regular | $39,354.10 | $39,354.10 |
| Vac | $1,249.92 | $1,249.92 |
| Sick | $1,231.98 | $1,231.98 |
| Holiday | $1,317.28 | $1,317.28 |
| Gift Cards | $595.00 | $595.00 |
| **Total Gross Pay** | **$43,748.28** | **$43,748.28** |
| Other Pay | | |
| **Total Other Pay** | | |
| **Deductions from Gross Pay** | | |
| 401(k) | $4,374.83 | $4,374.83 |
| Geisinger | $2,232.40 | $2,232.40 |
| VBA | $22.55 | $22.55 |
| Metlife | $232.91 | $232.91 |
| **Total Deductions from Gross Pay** | **$6,862.69** | **$6,862.69** |
| **Adjusted Gross Pay** | **$36,885.59** | **$36,885.59** |
| **Taxes Withheld** | | |
| FIT | -$4,014.30 | -$4,014.30 |
| SS | -$2,558.14 | -$2,558.14 |
| Med | -$598.28 | -$598.28 |
| PA PIT | -$1,266.69 | -$1,266.69 |
| PA SUIEE | -$26.22 | -$26.22 |
| City | -$412.55 | -$412.55 |
| **Total Taxes Withheld** | **-$8,876.18** | **-$8,876.18** |
| **Deductions from Net Pay** | | |
| Gift Card Adjustment | $595.00 | $595.00 |
| LST | $44.00 | $44.00 |
| **Total Deductions from Net Pay** | **$639.00** | **$639.00** |
| **NET PAY** | **$27,370.41** | **$27,370.41** |
| **EMPLOYER TAXES & CONTRIBUTIONS** | | |
| FUTA | -$42.00 | -$42.00 |
| SS | -$2,558.14 | -$2,558.14 |
| Med | -$598.28 | -$598.28 |
| PA SUI | -$287.15 | -$287.15 |
| 401(k) | $1,312.53 | $1,312.53 |
| **Total Employer Taxes and Contributions** | **-$4,798.10** | **-$4,798.10** |

# Payroll Summary by Employee Report

New York City Vacation Packages

**New York City Vacation Packages**
**Employee Payroll Summary**
Jun 8 2019 - Jun 8 2020

|  | TOTAL AMOUNT | Joel Cohen |
|---|---|---|
| **EMPLOYEES WAGES, TAXES & ADJUSTMENTS** | | |
| **Gross Pay** | | |
| Regular | $43,744.96 | $43,744.96 |
| Holiday | $1,588.80 | $1,588.80 |
| Gift Cards | $595.00 | $595.00 |
| **Total Gross Pay** | **$45,928.76** | **$45,928.76** |
| **Other Pay** | | |
| **Total Other Pay** | | |
| **Deductions from Gross Pay** | | |
| Medical Insurance | $1,444.80 | $1,444.80 |
| Pre Tax Aflac | $615.09 | $615.09 |
| VBA | $22.55 | $22.55 |
| Metlife | $232.91 | $232.91 |
| **Total Deductions from Gross Pay** | **$2,315.35** | **$2,315.35** |
| **Adjusted Gross Pay** | **$43,613.41** | **$43,613.41** |
| **Taxes Withheld** | | |
| FIT | -$4,677.79 | -$4,677.79 |
| SS | -$2,704.03 | -$2,704.03 |
| Med | -$632.39 | -$632.39 |
| PA PIT | -$1,338.93 | -$1,338.93 |
| PA SUIEE | -$27.56 | -$27.56 |
| City | -$218.09 | -$218.09 |
| Sch Dist | -$218.09 | -$218.09 |
| **Total Taxes Withheld** | **-$9,816.88** | **-$9,816.88** |
| **Deductions from Net Pay** | | |
| Gift Card Adjustment | $595.00 | $595.00 |
| LST | $44.00 | $44.00 |
| **Total Deductions from Net Pay** | **$639.00** | **$639.00** |
| **NET PAY** | **$33,157.53** | **$33,157.53** |
| **EMPLOYER TAXES & CONTRIBUTIONS** | | |
| FUTA | -$42.00 | -$42.00 |
| SS | -$2,704.03 | -$2,704.03 |
| Med | -$632.39 | -$632.39 |
| PA SUI | -$287.15 | -$287.15 |
| **Total Employer Taxes and Contributions** | **-$3,665.57** | **-$3,665.57** |

https://qbo.onlinepayroll.intuit.com/reports/DesktopPayrollSummaryPrinterFriendly?sizeDateRange=1&startdate=06/08/2019&enddate=06/08/2020&wor…   1/1

Case 5:20-bk-01790-MJC    Doc 12-3    Filed 06/18/20    Entered 06/18/20 11:23:44    Desc
Exhibit EXHIBIT SOFA #4 and #30    Page 2 of 10

EXHIBIT SOFA #30

**Payroll Summary by Employee Report**  **New York City Vacation Packages**

New York City Vacation Packages
Employee Payroll Summary
Jun 8 2019 - Jun 8 2020

|  | TOTAL AMOUNT | Barry Tenenbaum |
|---|---|---|
| **EMPLOYEES WAGES, TAXES & ADJUSTMENTS** | | |
| **Gross Pay** | | |
| Regular | $42,427.80 | $42,427.80 |
| Holiday | $1,571.40 | $1,571.40 |
| Gift Cards | $595.00 | $595.00 |
| **Total Gross Pay** | **$44,594.20** | **$44,594.20** |
| Other Pay | | |
| **Total Other Pay** | | |
| **Deductions from Gross Pay** | | |
| 401(k) | $2,675.61 | $2,675.61 |
| Medical Insurance | $1,880.34 | $1,880.34 |
| VBA | $22.55 | $22.55 |
| Metlife | $232.91 | $232.91 |
| **Total Deductions from Gross Pay** | **$4,811.41** | **$4,811.41** |
| **Adjusted Gross Pay** | **$39,782.79** | **$39,782.79** |
| **Taxes Withheld** | | |
| FIT | -$3,428.42 | -$3,428.42 |
| SS | -$2,632.42 | -$2,632.42 |
| Med | -$615.65 | -$615.65 |
| PA PIT | -$1,303.47 | -$1,303.47 |
| PA SUIEE | -$26.79 | -$26.79 |
| City | -$445.79 | -$445.79 |
| Sch Dist | -$212.31 | -$212.31 |
| **Total Taxes Withheld** | **-$8,664.85** | **-$8,664.85** |
| **Deductions from Net Pay** | | |
| Gift Card Adjustment | $595.00 | $595.00 |
| LST | $42.00 | $42.00 |
| **Total Deductions from Net Pay** | **$637.00** | **$637.00** |
| **NET PAY** | **$30,480.94** | **$30,480.94** |
| **EMPLOYER TAXES & CONTRIBUTIONS** | | |
| FUTA | -$42.00 | -$42.00 |
| SS | -$2,632.42 | -$2,632.42 |
| Med | -$615.65 | -$615.65 |
| PA SUI | -$287.15 | -$287.15 |
| 401(k) | $1,337.91 | $1,337.91 |
| **Total Employer Taxes and Contributions** | **-$4,915.13** | **-$4,915.13** |

Case 5:20-bk-01790-MJC   Doc 123 Filed 06/18/20 Entered 06/18/20 11:23:44   Desc
Exhibit EXHIBIT SOFA #4 and #30    Page 3 of 10

EXHIBIT SOFA #30

https://qbo.onlinepayroll.intuit.com/reports/DesktopPayrollSummaryPrinterFriendly?sizeDateRange=116&startdate=06/08/2019&enddate=06/08/2020&wor…   1/1

**Payroll Summary by Employee Report**     **New York City Vacation Packages**

New York City Vacation Packages
Employee Payroll Summary
Jun 8 2019 - Jun 8 2020

|  | TOTAL AMOUNT | Bethany Tenenbaum |
|---|---|---|
| **EMPLOYEES WAGES, TAXES & ADJUSTMENTS** | | |
| **Gross Pay** | | |
|   Regular | $41,090.00 | $41,090.00 |
|   Vac | $1,610.00 | $1,610.00 |
|   Sick | $810.00 | $810.00 |
|   Holiday | $1,370.00 | $1,370.00 |
|   Gift Cards | $725.00 | $725.00 |
|   Pager | $250.00 | $250.00 |
|   Incentive | $1,069.76 | $1,069.76 |
| **Total Gross Pay** | **$46,924.76** | **$46,924.76** |
| **Other Pay** | | |
| **Total Other Pay** | | |
| **Deductions from Gross Pay** | | |
|   401(k) | $2,815.49 | $2,815.49 |
|   Pre Tax Aflac | $806.19 | $806.19 |
|   Geisinger | $2,385.33 | $2,385.33 |
|   VBA | $22.55 | $22.55 |
|   Metlife | $232.91 | $232.91 |
| **Total Deductions from Gross Pay** | **$6,262.47** | **$6,262.47** |
| **Adjusted Gross Pay** | **$40,662.29** | **$40,662.29** |
| **Taxes Withheld** | | |
|   FIT | -$4,801.77 | -$4,801.77 |
|   SS | -$2,695.62 | -$2,695.62 |
|   Med | -$630.43 | -$630.43 |
|   PA PIT | -$1,334.76 | -$1,334.76 |
|   PA SUIEE | -$28.17 | -$28.17 |
|   City | -$217.37 | -$217.37 |
|   Sch Dist | -$217.37 | -$217.37 |
| **Total Taxes Withheld** | **-$9,925.49** | **-$9,925.49** |
| **Deductions from Net Pay** | | |
|   Christmas Club | $588.00 | $588.00 |
|   Gift Card Adjustment | $725.00 | $725.00 |
|   LST | $44.00 | $44.00 |
|   Incentive | $100.00 | $100.00 |
| **Total Deductions from Net Pay** | **$1,457.00** | **$1,457.00** |
| **NET PAY** | **$29,279.80** | **$29,279.80** |
| **EMPLOYER TAXES & CONTRIBUTIONS** | | |
|   FUTA | -$42.00 | -$42.00 |
|   SS | -$2,695.62 | -$2,695.62 |
|   Med | -$630.43 | -$630.43 |
|   PA SUI | -$287.15 | -$287.15 |
|   401(k) | $1,407.74 | $1,407.74 |
| **Total Employer Taxes and Contributions** | **-$5,062.94** | **-$5,062.94** |

https://qbo.onlinepayroll.intuit.com/reports/DesktopPayrollSummaryPrinterFriendly/?dateRange=116&startdate=06/08/2019&enddate=06/08/2020&wor… 1/1

Case 5:20-bk-01790-MJC    Doc 12-3   Filed 06/18/20   Entered 06/18/20 11:23:44   Desc
Exhibit EXHIBIT SOFA #4 and #30     Page 4 of 10

EXHIBIT SOFA #30

# Payroll Summary by Employee Report

**New York City Vacation Packages**

**New York City Vacation Packages**
**Employee Payroll Summary**
Jun 8 2019 - Jun 8 2020

|  | TOTAL AMOUNT | Frances Tenenbaum |
|---|---|---|
| **EMPLOYEES WAGES, TAXES & ADJUSTMENTS** | | |
| **Gross Pay** | | |
| Regular | $10,056.96 | $10,056.96 |
| Holiday | $419.04 | $419.04 |
| Gift Cards | $35.00 | $35.00 |
| **Total Gross Pay** | **$10,511.00** | **$10,511.00** |
| **Other Pay** | | |
| **Total Other Pay** | | |
| **Deductions from Gross Pay** | | |
| 401(k) | $630.65 | $630.65 |
| Medical Insurance | $390.15 | $390.15 |
| VBA | $5.11 | $5.11 |
| Metlife | $55.47 | $55.47 |
| **Total Deductions from Gross Pay** | **$1,081.38** | **$1,081.38** |
| **Adjusted Gross Pay** | **$9,429.62** | **$9,429.62** |
| **Taxes Withheld** | | |
| FIT | -$812.69 | -$812.69 |
| SS | -$623.74 | -$623.74 |
| Med | -$145.87 | -$145.87 |
| PA PIT | -$308.84 | -$308.84 |
| PA SUIEE | -$6.32 | -$6.32 |
| City | -$100.60 | -$100.60 |
| **Total Taxes Withheld** | **-$1,998.06** | **-$1,998.06** |
| **Deductions from Net Pay** | | |
| Gift Card Adjustment | $35.00 | $35.00 |
| LST | $10.00 | $10.00 |
| **Total Deductions from Net Pay** | **$45.00** | **$45.00** |
| **NET PAY** | **$7,386.56** | **$7,386.56** |
| **EMPLOYER TAXES & CONTRIBUTIONS** | | |
| FUTA | | |
| SS | -$623.74 | -$623.74 |
| Med | -$145.87 | -$145.87 |
| PA SUI | | |
| 401(k) | $315.35 | $315.35 |
| **Total Employer Taxes and Contributions** | **-$1,084.96** | **-$1,084.96** |

# New York City Vacation Packages
## Insiders Report - Officers and Shareholders 365 days
### May 8, 2019 - May 8, 2020

| Date | Transaction Type | Memo/Description | Num | Amount |
|---|---|---|---|---|
| **Barry Tenenbaum** | | | | |
| 06/05/2019 | Bill Payment (Check) | Payment of Quarterly taxes | 92215 | -2,056.00 |
| 08/28/2019 | Bill Payment (Check) | | EFT 2019 0253 | -1,628.00 |
| 01/03/2020 | Bill Payment (Check) | | EFT 2020 0002 | -1,628.00 |
| **Barry Tenenbaum (medicare)** | | | | |
| 06/27/2019 | Bill Payment (Check) | | EFT 2019 0186 | -1,137.60 |
| 07/19/2019 | Bill Payment (Check) | | EFT 2019 0208 | -189.60 |
| 08/22/2019 | Bill Payment (Check) | | EFT 2019 0246 | -189.60 |
| 09/13/2019 | Bill Payment (Check) | | EFT 2019 0264 | -189.60 |
| 10/18/2019 | Bill Payment (Check) | | EFT 2019 0302 | -189.60 |
| 11/13/2019 | Bill Payment (Check) | | EFT 2019 0329 | -189.60 |
| 12/13/2019 | Bill Payment (Check) | | EFT 2019 0365 | -189.60 |
| **Barry Tenenbaum (T&E)** | | | | |
| 12/17/2019 | Bill Payment (Check) | | EFT 2019 0371 | -82.00 |
| 01/20/2020 | Bill Payment (Check) | | EFT 2020 0026 | -91.00 |
| **Beth Tenenbaum (T&E)** | | | | |
| 09/09/2019 | Bill Payment (Credit Card) | | 1 | -21.20 |
| 09/17/2019 | Bill Payment (Credit Card) | | 1 | -23.85 |
| 11/20/2019 | Bill Payment (Credit Card) | | ax112019 | -1,046.17 |
| 01/01/2020 | Bill Payment (Credit Card) | | ax010120 | -101.10 |
| 12/31/2019 | Bill Payment (Credit Card) | | ax123119 | -121.70 |
| 12/31/2019 | Bill Payment (Credit Card) | | ax123119 | -20.21 |
| 11/26/2019 | Bill Payment (Credit Card) | | 1 | -30.81 |
| 11/26/2019 | Bill Payment (Credit Card) | | 1 | -22.10 |
| 01/01/2020 | Bill Payment (Credit Card) | | ax010120 | -201.00 |
| 01/27/2020 | Bill Payment (Credit Card) | | ax012720 | -31.02 |
| **Comcast - Xfinity - Barry's** | | | | |
| 06/14/2019 | Bill Payment (Credit Card) | | auth# 6219329541 | -233.90 |
| 07/08/2019 | Bill Payment (Credit Card) | | ax070819 | -233.90 |
| 08/09/2019 | Bill Payment (Credit Card) | | ax080919 | -234.31 |
| 09/13/2019 | Bill Payment (Credit Card) | | conf# 6724529191 | -234.31 |
| 10/11/2019 | Bill Payment (Credit Card) | | conf#6890572821 | -234.31 |
| 11/06/2019 | Bill Payment (Credit Card) | | conf# 7038836651 | -245.48 |
| 12/17/2019 | Bill Payment (Credit Card) | | Conf# 7260731591 | -245.48 |
| 01/13/2020 | Bill Payment (Credit Card) | | conf# 3798612332 | -255.61 |
| 02/11/2020 | Bill Payment (Credit Card) | | conf# 7572051531 | -255.30 |
| 03/12/2020 | Bill Payment (Credit Card) | | conf# 3969684442 | -255.30 |
| 04/16/2020 | Bill Payment (Credit Card) | | conf# 7919090541 | -255.19 |
| **Faye Tenenbaum (medicare)** | | | | |
| 06/25/2019 | Bill Payment (Check) | | 92352 | -813.00 |
| 07/19/2019 | Bill Payment (Check) | | 92497 | -135.50 |
| **Faye Tenenbaum 1** | | | | |
| 06/05/2019 | Bill Payment (Check) | Payment of Quarterly taxes | 92216 | -2,056.00 |

**Frontier (Faye)**

| Date | Type | Reference | Amount |
|---|---|---|---|
| 05/15/2019 | Bill Payment (Check) | 92113 | -69.80 |
| 06/14/2019 | Bill Payment (Credit Card) | ax061319 | -70.50 |
| 07/11/2019 | Bill Payment (Credit Card) | ax071119 | -70.52 |
| 09/07/2019 | Bill Payment (Credit Card) | ax090719 | -70.52 |
| 09/26/2019 | Bill Payment (Credit Card) | ax092519 | -71.45 |
| 10/25/2019 | Bill Payment (Credit Card) | ax102519 | -70.67 |
| 11/25/2019 | Bill Payment (Credit Card) | ax112519 | -70.67 |
| 12/26/2019 | Bill Payment (Credit Card) | ax122619 | -71.76 |
| 01/29/2020 | Bill Payment (Credit Card) | ax012720 | -70.85 |
| 02/25/2020 | Bill Payment (Credit Card) | ax022520 | -70.85 |
| 03/25/2020 | Bill Payment (Credit Card) | ax032520 | -70.85 |
| 04/27/2020 | Bill Payment (Credit Card) | ax042320 | -70.47 |

**Joel Cohen (medicare)**

| Date | Type | Reference | Amount |
|---|---|---|---|
| 06/27/2019 | Bill Payment (Check) | EFT 2019 0187 | -1,922.88 |
| 07/19/2019 | Bill Payment (Check) | EFT 2019 0209 | -345.52 |
| 08/27/2019 | Bill Payment (Check) | EFT 2019 0247 | -345.52 |
| 09/16/2019 | Bill Payment (Check) | EFT 2019 0269 | -345.52 |
| 10/22/2019 | Bill Payment (Check) | EFT 2019 0303 | -345.52 |
| 11/16/2019 | Bill Payment (Check) | EFT 2019 0332 | -345.52 |
| 12/13/2019 | Bill Payment (Check) | EFT 2019 0366 | -345.52 |

**Joel Cohen CC (T&E)**

| Date | Type | Reference | Amount |
|---|---|---|---|
| 05/15/2019 | Bill Payment (Check) | 92106 | -3,141.12 |
| 06/12/2019 | Bill Payment (Check) | 92241 | -2,718.12 |
| 07/22/2019 | Bill Payment (Check) | EFT 2019 0210 | -10,000.00 |
| 07/23/2019 | Bill Payment (Check) | EFT 2019 0212 | -6,955.12 |
| 08/22/2019 | Bill Payment (Check) | EFT 2019 0243 | -2,329.95 |
| 09/18/2019 | Bill Payment (Check) | EFT 2019 0272 | -2,805.12 |
| 10/18/2019 | Bill Payment (Check) | EFT 2019 0301 | -2,904.12 |
| 11/13/2019 | Bill Payment (Check) | EFT 2019 0328 | -2,315.71 |
| 12/30/2019 | Bill Payment (Check) | EFT 2019 0388 | -6,755.03 |
| 01/20/2020 | Bill Payment (Check) | EFT 2020 0025 | -5,073.08 |
| 02/20/2020 | Bill Payment (Check) | EFT 2020 0056 | -3,145.83 |
| 03/25/2020 | Bill Payment (Check) | EFT 2020 0090 | -3,608.95 |

**Joel Cohen T&E**

| Date | Type | Reference | Amount |
|---|---|---|---|
| 07/08/2019 | Bill Payment (Check) | EFT 2019 0196 | -34.48 |
| 08/01/2019 | Bill Payment (Check) | EFT 2019 0225 | -689.58 |
| 09/12/2019 | Bill Payment (Check) | EFT 2019 0259 | -1,205.04 |
| 09/20/2019 | Bill Payment (Check) | EFT 2019 0275 | -231.47 |
| 10/30/2019 | Bill Payment (Check) | EFT 2019 0311 | -358.38 |
| 11/20/2019 | Bill Payment (Check) | EFT 2019 0336 | -1,800.30 |
| 12/06/2019 | Bill Payment (Check) | EFT 2019 0358 | -398.97 |
| 12/20/2019 | Bill Payment (Check) | EFT 2019 0380 | -2,203.72 |
| 01/10/2020 | Bill Payment (Check) | EFT 2020 0012 | -847.19 |
| 02/07/2020 | Bill Payment (Check) | EFT 2020 0040 | -269.09 |
| 03/20/2020 | Bill Payment (Check) | EFT 2020 0079 | -183.59 |

**Sunoco Inc.**

| Date | Type | Reference | Amount |
|---|---|---|---|
| 05/28/2019 | Bill Payment (Check) | 92187 | -243.88 |
| 06/25/2019 | Bill Payment (Check) | 92350 | -316.69 |
| 08/01/2019 | Bill Payment (Check) | 92607 | -388.84 |
| 09/05/2019 | Bill Payment (Check) | 92815 | -393.39 |
| 10/02/2019 | Bill Payment (Check) | 92959 | -256.22 |
| 10/30/2019 | Bill Payment (Check) | 93114 | -241.22 |
| 11/29/2019 | Bill Payment (Check) | 93285 | -294.41 |

|  | Date | Type | Ref | Amount |
|---|---|---|---|---|
|  | 01/03/2020 | Bill Payment (Check) | 93485 | -341.42 |
|  | 01/08/2020 | Bill Payment (Check) | EFT 2020 0009 | -25.00 |
|  | 02/03/2020 | Bill Payment (Check) | EFT 2020 0036 | -251.94 |
|  | 03/03/2020 | Bill Payment (Check) | EFT 2020 0061 | -298.40 |
|  | 04/08/2020 | Bill Payment (Check) | EFT 2020 0102 | -261.84 |
|  | 05/08/2020 | Bill Payment (Check) | EFT 2020 0117 | -116.70 |
| **Verizon Wireless (Barry)** | | | | |
|  | 05/09/2019 | Bill Payment (Check) | 92055 | -79.35 |
|  | 06/07/2019 | Bill Payment (Credit Card) | AX060519 | -79.35 |
|  | 07/09/2019 | Bill Payment (Credit Card) | con# 123825 | -79.38 |
|  | 08/09/2019 | Bill Payment (Credit Card) | conf#101556 | -81.65 |
|  | 09/06/2019 | Bill Payment (Credit Card) | conf# 173297 | -82.31 |
|  | 10/02/2019 | Bill Payment (Credit Card) | ax100219 | -82.31 |
|  | 12/06/2019 | Bill Payment (Credit Card) | conf# 188099 | -169.62 |
|  | 01/10/2020 | Bill Payment (Credit Card) | conf#104395 | -82.31 |
|  | 02/07/2020 | Bill Payment (Credit Card) | Conf# 123018 | -82.22 |
|  | 03/03/2020 | Bill Payment (Credit Card) | conf 184478 | -82.22 |
|  | 04/09/2020 | Bill Payment (Credit Card) | conf# 185362 | -82.22 |
| **Verizon Wireless (Faye)** | | | | |
|  | 05/21/2019 | Bill Payment (Check) | 92153 | -131.24 |
|  | 06/27/2019 | Bill Payment (Credit Card) | ax062719 | -131.27 |
|  | 08/09/2019 | Bill Payment (Credit Card) | conf 179037 | -133.48 |
|  | 09/06/2019 | Bill Payment (Credit Card) | conf 198939 | -139.14 |
|  | 10/01/2019 | Bill Payment (Credit Card) | ax100119 | -139.14 |
|  | 10/25/2019 | Bill Payment (Credit Card) | conf#128482 | -134.14 |
|  | 11/29/2019 | Bill Payment (Credit Card) | conf# 14723 | -134.14 |
|  | 12/30/2019 | Bill Payment (Credit Card) | Conf# 146564 | -134.14 |
|  | 01/31/2020 | Bill Payment (Credit Card) | ax013120 | -134.05 |
|  | 02/28/2020 | Bill Payment (Credit Card) | conf#124779 | -134.05 |
|  | 04/01/2020 | Bill Payment (Credit Card) | ax040120 | -134.05 |
|  | 05/07/2020 | Bill Payment (Credit Card) | ax050720 | -86.09 |
| **William Tenenbaum (T&E)** | | | | |
|  | 05/12/2019 | Bill Payment (Credit Card) | 1 | -39.19 |
|  | 05/15/2019 | Bill Payment (Credit Card) | 1 | -233.20 |
|  | 05/29/2019 | Bill Payment (Credit Card) | 1 | -187.80 |
|  | 06/19/2019 | Bill Payment (Check) | EFT 2019 0182 | -215.04 |
|  | 06/16/2019 | Bill Payment (Credit Card) | 1 | -135.65 |
|  | 06/19/2019 | Bill Payment (Credit Card) | 1 | -3,129.05 |
|  | 06/25/2019 | Bill Payment (Credit Card) | 1 | -85.00 |
|  | 07/25/2019 | Bill Payment (Credit Card) | 1 | -3,893.44 |
|  | 10/19/2019 | Bill Payment (Credit Card) | 1 | -4,340.45 |
|  | 10/26/2019 | Bill Payment (Credit Card) | 1 | -85.01 |
|  | 10/27/2019 | Bill Payment (Credit Card) | 1 | -65.58 |
|  | 10/24/2019 | Bill Payment (Credit Card) | 1 | -120.00 |
|  | 10/24/2019 | Bill Payment (Credit Card) | 1 | -73.88 |
|  | 10/24/2019 | Bill Payment (Credit Card) | 1 | -113.00 |
|  | 10/27/2019 | Bill Payment (Credit Card) | 1 | -34.36 |
|  | 10/22/2019 | Bill Payment (Credit Card) | 1 | -31.51 |
|  | 11/08/2019 | Bill Payment (Credit Card) | 1 | -14.95 |
|  | 11/08/2019 | Bill Payment (Credit Card) | 1 | -320.68 |
|  | 11/08/2019 | Bill Payment (Credit Card) | 1 | -46.73 |
|  | 11/19/2019 | Bill Payment (Credit Card) | 1 | -324.00 |
|  | 11/19/2019 | Bill Payment (Credit Card) | 1 | -66.72 |
|  | 11/11/2019 | Bill Payment (Credit Card) | 1 | -14.38 |
|  | 09/19/2019 | Bill Payment (Credit Card) | 1 | -156.69 |

| Date | Type | Num | Amount |
|---|---|---|---|
| 09/16/2019 | Bill Payment (Credit Card) | 1 | -18.30 |
| 09/11/2019 | Bill Payment (Credit Card) | 1 | -29.69 |
| 09/13/2019 | Bill Payment (Credit Card) | 1 | -210.73 |
| 09/14/2019 | Bill Payment (Credit Card) | 1 | -10.50 |
| 09/15/2019 | Bill Payment (Credit Card) | 1 | -67.00 |
| 09/17/2019 | Bill Payment (Credit Card) | 1 | -123.00 |
| 09/17/2019 | Bill Payment (Credit Card) | 1 | -134.79 |
| 08/31/2019 | Bill Payment (Credit Card) | 1 | -63.60 |
| 09/06/2019 | Bill Payment (Credit Card) | 1 | -126.54 |
| 09/05/2019 | Bill Payment (Credit Card) | 1 | -24.33 |
| 09/05/2019 | Bill Payment (Credit Card) | 1 | -206.41 |
| 08/24/2019 | Bill Payment (Credit Card) | 1 | -347.63 |
| 09/10/2019 | Bill Payment (Credit Card) | 1 | -23.26 |
| 09/11/2019 | Bill Payment (Credit Card) | 1 | -9.31 |
| 09/15/2019 | Bill Payment (Credit Card) | 1 | -1,247.08 |
| 09/16/2019 | Bill Payment (Credit Card) | 1 | -182.54 |
| 09/11/2019 | Bill Payment (Credit Card) | 1 | |
| 12/09/2019 | Bill Payment (Credit Card) | 1 | -32.74 |
| 11/27/2019 | Bill Payment (Credit Card) | 1 | -41.02 |
| 12/04/2019 | Bill Payment (Credit Card) | 1 | -15.62 |
| 11/27/2019 | Bill Payment (Credit Card) | 1 | -15.96 |
| 11/27/2019 | Bill Payment (Credit Card) | 1 | -22.00 |
| 11/27/2019 | Bill Payment (Credit Card) | 1 | -12.36 |
| 11/29/2019 | Bill Payment (Credit Card) | 1 | -201.00 |
| 12/03/2019 | Bill Payment (Credit Card) | 1 | -16.60 |
| 11/26/2019 | Bill Payment (Credit Card) | 1 | -42.06 |
| 11/27/2019 | Bill Payment (Credit Card) | 1 | -21.16 |
| 11/28/2019 | Bill Payment (Credit Card) | 1 | -30.66 |
| 11/29/2019 | Bill Payment (Credit Card) | 1 | -63.50 |
| 11/26/2019 | Bill Payment (Credit Card) | 1 | -176.98 |
| 11/26/2019 | Bill Payment (Credit Card) | 1 | -124.52 |
| 11/26/2019 | Bill Payment (Credit Card) | 1 | -50.00 |
| 11/27/2019 | Bill Payment (Credit Card) | 1 | -200.00 |
| 11/26/2019 | Bill Payment (Credit Card) | 1 | -11.51 |
| 11/26/2019 | Bill Payment (Credit Card) | 1 | -7.16 |
| 11/26/2019 | Bill Payment (Credit Card) | 1 | -127.79 |
| 11/27/2019 | Bill Payment (Credit Card) | 1 | -16.62 |
| 12/03/2019 | Bill Payment (Credit Card) | 1 | -164.27 |
| 12/04/2019 | Bill Payment (Credit Card) | 1 | -175.89 |
| 12/03/2019 | Bill Payment (Credit Card) | 1 | -43.65 |
| 12/03/2019 | Bill Payment (Credit Card) | 1 | -98.06 |
| 12/05/2019 | Bill Payment (Credit Card) | 1 | -134.00 |
| 11/15/2019 | Bill Payment (Credit Card) | 1 | -62.74 |
| 11/15/2019 | Bill Payment (Credit Card) | 1 | -13.50 |
| 12/17/2019 | Bill Payment (Check) | EFT 2019 0372 | -399.80 |
| 01/23/2020 | Bill Payment (Check) | 93830 | -1,390.76 |
| 01/16/2020 | Bill Payment (Credit Card) | ax011620 | -95.85 |
| 11/28/2019 | Bill Payment (Credit Card) | 1 | -195.89 |
| 11/26/2019 | Bill Payment (Credit Card) | 1 | -140.86 |
| 10/17/2019 | Bill Payment (Credit Card) | 1 | -53.24 |
| 10/20/2019 | Bill Payment (Credit Card) | 1 | -270.46 |
| 10/20/2019 | Bill Payment (Credit Card) | 1 | -55.36 |
| 10/20/2019 | Bill Payment (Credit Card) | 1 | -40.00 |
| 10/23/2019 | Bill Payment (Credit Card) | 1 | -63.75 |
| 10/23/2019 | Bill Payment (Credit Card) | 1 | -23.09 |
| 10/23/2019 | Bill Payment (Credit Card) | 1 | -53.02 |
| 10/27/2019 | Bill Payment (Credit Card) | 1 | -12.08 |
| 10/27/2019 | Bill Payment (Credit Card) | 1 | -36.00 |

| Date | Description | Num | Amount |
|---|---|---|---|
| 10/26/2019 | Bill Payment (Credit Card) | 1 | -48.00 |
| 10/27/2019 | Bill Payment (Credit Card) | 1 | -17.80 |
| 10/27/2019 | Bill Payment (Credit Card) | 1 | -40.00 |
| 10/27/2019 | Bill Payment (Credit Card) | 1 | -2,636.89 |
| 10/27/2019 | Bill Payment (Credit Card) | 1 | -58.78 |
| 12/08/2019 | Bill Payment (Credit Card) | 1 | -42.39 |
| 01/04/2020 | Bill Payment (Credit Card) | 1 | -24.28 |
| 01/01/2020 | Bill Payment (Credit Card) | 1 | -20.15 |
| 12/30/2019 | Bill Payment (Credit Card) | 1 | -25.59 |
| 12/30/2019 | Bill Payment (Credit Card) | 1 | -16.55 |
| 01/11/2020 | Bill Payment (Credit Card) | 1 | -60.94 |
| 12/30/2019 | Bill Payment (Credit Card) | 1 | -88.74 |
| 12/30/2019 | Bill Payment (Credit Card) | 1 | -14.33 |
| 01/04/2020 | Bill Payment (Credit Card) | 1 | -20.22 |
| 01/04/2020 | Bill Payment (Credit Card) | 1 | -7.02 |
| 01/05/2020 | Bill Payment (Credit Card) | 1 | -297.00 |
| 12/30/2019 | Bill Payment (Credit Card) | 1 | -121.64 |
| 01/05/2020 | Bill Payment (Credit Card) | 1 | -12.00 |
| 01/04/2020 | Bill Payment (Credit Card) | 1 | -300.00 |
| 01/06/2020 | Bill Payment (Credit Card) | 1 | -35.00 |
| 01/10/2020 | Bill Payment (Credit Card) | 1 | -55.97 |
| 01/11/2020 | Bill Payment (Credit Card) | 1 | -18.99 |
| 01/06/2020 | Bill Payment (Credit Card) | 1 | -40.00 |
| 12/26/2019 | Bill Payment (Credit Card) | 1 | -70.66 |
| 02/04/2020 | Bill Payment (Credit Card) | 1 | -233.20 |
| 02/25/2020 | Bill Payment (Credit Card) | 1 | -13.02 |
| 03/05/2020 | Bill Payment (Credit Card) | 1 | -8.48 |
| 03/05/2020 | Bill Payment (Credit Card) | 1 | -8.48 |
| 03/05/2020 | Bill Payment (Credit Card) | 1 | -20.09 |
| 03/20/2020 | Bill Payment (Credit Card) | 1 | -1.05 |
| 03/20/2020 | Bill Payment (Credit Card) | 1 | -1.05 |
| 03/20/2020 | Bill Payment (Credit Card) | 1 | -1.05 |
| 03/03/2020 | Bill Payment (Credit Card) | 1 | |
| 03/19/2020 | Bill Payment (Credit Card) | 1 | -17.00 |
| 02/20/2020 | Bill Payment (Credit Card) | 1 | -46.45 |
| 02/20/2020 | Bill Payment (Credit Card) | 1 | -89.59 |
| 03/03/2020 | Bill Payment (Credit Card) | 1 | -26.84 |
| 03/03/2020 | Bill Payment (Credit Card) | 1 | -201.38 |
| 03/03/2020 | Bill Payment (Credit Card) | 1 | -429.40 |
| 03/06/2020 | Bill Payment (Credit Card) | 1 | -231.97 |
| 03/15/2020 | Bill Payment (Credit Card) | 1 | -104.94 |
| 03/02/2020 | Bill Payment (Credit Card) | 1 | -74.19 |

Friday, May 08, 2020 04:15:31 PM GMT-7

Case 5:20-bk-01790-MJC    Doc 12-3    Filed 06/18/20    Entered 06/18/20 11:23:44    Desc
Exhibit EXHIBIT SOFA #4 and #30    Page 10 of 10