## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
  : **CHAPTER 7**
**NEW YORK CITY VACATIONS, INC.** :
  : **CASE NO. 5:20-01790**
        **Debtor** :

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER

**AND NOW,** upon consideration of the Trustee's Motion to Operate on a Limited Basis,

after hearing held on July 30, 2020, it is

**ORDERED** that the Trustee's Motion is DENIED.

The Court's findings and conclusions were stated on the record in open court pursuant

to F.R.B.P. 7052.


Dated:   July 30, 2020          By the Court,

                                             Robert N. Opel, II, Bankruptcy Judge  BI