UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:  NEW YORK CITY VACATIONS, INC., :   Chapter 7
        Debtor(s),                   :   Case Number **5:20-bk-01790**

## MOTION FOR ADMINISTRATIVE CLAIM

AND NOW COMES **THE MARKET STREET PARTNERSHIP,** by and through their attorneys, FISHER CHRISTMAN, with Motion for Administrative Claim and in support thereof aver(s):

1. Movant is **THE MARKET STREET PARTNERSHIP** ("Movant"), a Pennsylvania general partnership with a business address of 300 Market Street, Kingston, Pennsylvania 18704, but a mailing address of 140 Maffett Street, Plains, PA 18705.

2. Debtor **NEW YORK CITY VACATIONS, INC.**, "NYCV" filed the above-captioned Chapter 7 Bankruptcy Case on June 10, 2020.

3. At the time, NYCV occupied a rented premises known as 300 Market Street, Kingston, Pennsylvania 18704 ("the premises.").

4. NYCV rented the premises from Movant for $6,497.50 per month.

4. The Trustee and Debtor occupied the premises for the months of July and August of 2020.

5. The occupancy of the premises by Trustee allowed the Trustee to efficiently access the records of the Bankruptcy Estate and thereby marshal assets for the benefit of the Bankruptcy Estate.

6. 11 U.S.C. 503(a) authorizes Movant to "file a request for payment of an administrative expenses."

7. 11 U.S.C. 503(b) provides that, "after notice and a hearing, there shall be allowed administrative expenses [for] the actual, necessary costs and expenses of preserving the estate."

8. Occupancy/Rental of the premises of constituted an "actual, necessary costs and[/or] expenses of preserving the estate."

9. Movant has sought the concurrence of both the Trustee and Debtor in this Motion.

10. Both the Trustee and Debtor indicated their concurrence in this Motion.

WHEREFORE, **THE MARKET STREET PARTNERSHIP** pray(s) this Honorable Court for an Order that GRANTS this Motion for Administrative Claim in the amount of $12,995, authorizes the Trustee, in due course of the Trustee's administration of the Bankruptcy Estate, to distribute $12,995 to **THE MARKET STREET PARTNERSHIP**, and for such other and further relief as the Honorable Court deems just and appropriate.

FISHER & CHRISTMAN

By: /s/ J. Zac Christman
J. Zac Christman, Esquire
Attorney for Debtor(s)
530 Main Street
Stroudsburg, PA 18360
(570) 234-3960, fax: (570) 234-3965
zac@fisherchristman.com